**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In Re:<br><br>Rancher's Legacy Meat Co.,<br><br>Debtor. | Case No.: 19-32928-MER<br><br>Chapter 11 |

**NOTICE OF INTENTION TO SEEK EXPEDITED HEARING**

Rancher's Legacy Meat Co. ("Debtor"), gives notice that it intends to seek expedited hearings regarding the following matters:

1. Notice of Expedited Hearing and Motion for Interim and Final Orders Authorizing Use of Cash Collateral and Granting Adequate Protection.

2. Notice of Expedited Hearing and Motion for Order (i) Granting an Expedited Hearing, (ii) Authorizing the Continued Use of Existing Bank Accounts and Business Forms and the Payment of Related Bank Fees and (iii) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers

3. Notice of Hearing and Motion for Expedited Hearing and for Order (i) Authorizing the Debtor to Pay Prepetition Wages, Salaries and Employee Benefits; (ii) Authorizing the Debtor to Continue the Maintenance of Employee Benefit Programs; and (iii) Directing All Banks to Honor Prepetition Payments of Employee Obligations; and

4. Notice of Expedited Hearing and Motion for Order Authorizing the Payment of Prepetition Claims of Certain Critical Vendors.

Dated: September 23, 2019              **FOLEY & MANSFIELD, PLLP**

BY: /s/ Cameron A. Lallier
Thomas J. Lallier (#163041)
Cameron A. Lallier (#393213)
250 Marquette Avenue, Suite 1200
Minneapolis, MN 55401
Telephone: (612) 338-8788

**ATTORNEYS FOR DEBTOR**

1183048 v1