**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In Re: | Case No.: 19-32928-MER |
| Rancher's Legacy Meat Co., | Chapter 11 |
| Debtor. | |

**APPLICATION TO EMPLOY AND RETAIN PLATINUM MANAGEMENT, LLC AS FINANCIAL CONSULTANTS AND ADVISORS FOR THE DEBTOR**

TO:   The United States Trustee and other parties in interest identified in Local Rule 2014-1.

Rancher's Legacy Meat Co., Debtor and Debtor-in-Possession ("Debtor"), makes this application for the authority to employ and retain Platinum Management, LLC to act as financial consultants and advisors to the Debtor in the above-referenced bankruptcy case. In connection with this application, the Debtor respectfully represents:

1.   On September 20, 2019, the Debtor filed a petition praying for an Order for relief under chapter 11 of title 11 of the United States Code. [ECF # 1].

2.   The Court has jurisdiction over this application pursuant to 28 U.S.C. §§ 157 and 1334, Bankruptcy Rule 5005, Local Rule 1070-1.  This is a core proceeding.  The case is currently pending before this Court.

3.   The Debtor wishes to employ, as financial consultants and advisors, Platinum Management, LLC, 12301 Whitewater Drive, Suite 10, Minnetonka, MN 55343 to assist it in connection with this Chapter 11 case. The Debtor believes Platinum Management, LLC is competent and experienced in maximizing the value of the assets of estates, including those of distressed businesses and/or businesses in active bankruptcy cases, and related financial matters and that its employment will be in the best interests of the Debtor and the estate.

1

4. The hourly rates for the individual advisors at Platinum who will provide these services are as follows:

Patrick Brennan - $350.

Rod Peterson – $350.

A true and correct copy of the proposed Retainer Agreement is attached as **Exhibit A** to the Affidavit of Rod Peterson, submitted contemporaneously herewith.

5. Pursuant to the Retainer Agreement, Platinum's fees will be capped at $7,500.00 per week.

6. The Debtor funded an initial retainer of $7,500.00 on September 19, 2019. Subject to bankruptcy court approval of the retention of Platinum, and the Debtor obtaining an order authorizing the use of cash collateral, the Debtor proposes to make payments to Platinum on a weekly basis as set forth in the Retainer Agreement; subject further to final allowance of said fees

7. This application arises under 11 U.S.C. §§ 1103 and 328 and Bankruptcy Rule 2014. This application is filed under Local Rules 2014-1 and 9013-1.

8. To the best of the Debtor's knowledge, Platinum Management, LLC has no connection with any creditor, or any other party in interest or their respective attorneys in this case.

9. Platinum Management, LLC does not represent any other entity in connection with this case, does not hold or represent any interest adverse to the estate, and is disinterested within the meaning of 11 U.S.C. §§ 327(a), 328, and Bankruptcy Rule 2014.

10. As financial consultants and advisors for the Debtor, Platinum Management, LLC will provide the following services for the Debtor:

2

1185978 V1

    A.    Assess the value of Debtor' assets, including accounts receivable, inventory and fixed assets;

    B.    Prepare all financial information required in connection with this case;

    C.    Assess value of the Debtor' businesses as a going concern;

    D.    Prepare the liquidation analysis to accompany any Plan of Reorganization;

    E.    Assist in preparation of Debtor' Plan of Reorganization and Disclosure Statement;

    F.    Prepare and valuate Debtor's projections in any Plan of Reorganization and assess its feasibility;

    G.    Determine adequacy of consideration for creditors;

11.    The Debtor has reviewed the Affidavit of Rod Peterson and the proposed Retainer Agreement and believes the proposed financial consultants and advisors selected by the Debtor do not represent any other entity in connection with this case, do not hold or represent any interest adverse to the estate, and are disinterested within the meaning of § 327 of the Bankruptcy Code. In the event the United States Trustee, the Court, or any other party asserts or is concerned that Platinum Management LLC is not disinterested, the Debtor requests that a hearing be scheduled.

12.    The Debtor requests the fee applications for Platinum Management, LLC be heard on 90-day intervals in this case.

**WHEREFORE**, The Debtor respectfully requests this Court approve the Debtor's employment of Platinum Management, LLC as financial consultants and advisors for the purposes set forth herein.

Dated: September 24, 2019.        RANCHER'S LEGACY MEAT CO.

                                            *[signature]*
                                          Arlyn J. Lomen, President

957849 V1

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>Rancher's Legacy Meat Co.,<br><br>Debtor. | Case No.: 19-32928-MER<br><br>Chapter 11 |

## AFFIDAVIT OF ROD PETERSON ON BEHALF OF PROPOSED FINANCIAL CONSULTANT AND ADVISOR, PLATINUM MANAGEMENT, LLC

Rod Peterson, being duly sworn on oath, deposes and says:

1. I am a Partner at Platinum Management, LLC, with a specialty in maximizing the value of financially distressed assets/businesses and financial restructuring.

2. Platinum Management LLC and affiant have no connection with any creditor of the Debtor, or any other party in interest herein, or its respective attorneys and do not hold or represent any interest adverse to the Debtor or the estate. Platinum Management, LLC and affiant have no connection with the United States Trustee or any person employed in the office of the United States Trustee.

3. Neither Platinum Management, LLC, nor affiant represents any interest adverse to the Debtor or the estate. Platinum Management LLC and affiant do not represent any other entity in connection with this case, do not hold or represent any interest adverse to the estate, and are disinterested within the meaning of 11 U.S.C. § 327(a) and Bankruptcy Rule 2014.

4.  A copy of the proposed Retainer Agreement is attached hereto as **Exhibit A**.

PLATINUM MANAGEMENT, LLC

Dated: September 24, 2019

_____
Rod Peterson, Partner

Subscribed and sworn to before me
this 24th day of September, 2019.

_____
Notary Public

LA DONNA ELIZABETH GRAY
NOTARY PUBLIC
MINNESOTA
My Commission Expires January 31, 2020

2

957849 V1

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>Rancher's Legacy Meat Co.,<br><br>Debtor. | Case No.: 19-32928-MER |

## ORDER APPOINTING PLATINUM MANAGEMENT, LLC AS FINANCIAL CONSULTANT AND ADVISOR FOR THE DEBTOR

This matter came before the Court on the application of Rancher's Legacy Meat Co. ("Debtor") herein for an order authorizing the retention of Platinum Management, LLC to serve as financial consultants and advisors to the Debtor in this case.

The Court being satisfied that Platinum Management, LLC represents no interest adverse to the Debtor, that employment of said professional is necessary and in the best interest of the estate:

**IT IS ORDERED**, that the Debtor is authorized to employ Platinum Management LLC on the terms specified in the application, effective September 20, 2019.

**IT IS FURTHER ORDERED**, Platinum Management LLC may file fee applications on 90-day intervals from the commencement of the case.

Dated: _____          _____
                                Hon. Michael E. Ridgway
                                United States Bankruptcy Judge

1185978 V1



September 3, 2019

Mr. Arlyn Lomen
Rancher's Legacy Meat Co~~mpany~~
4301 White Bear Parkway
Vadnais Heights, MN 55110

Dear Mr. Lomen:

This letter is to memorialize the engagement of Platinum Management, LLC ("Platinum") by Rancher's Legacy Meats ("RLM" or the "Company"). The company intends to file for relief under Chapter 11 of the bankruptcy code. Platinum has extensive experience managing companies who have chosen to formally restructure through bankruptcy. This engagement letter will outline Platinum's participation and role as Chief Restructuring Officer during this bankruptcy period.

Platinum's role will be multi-faceted. It will last until the court approves a Plan of Reorganization or a 363 sale of the company's assets. As Chief Restructuring Officer, Platinum will be responsible for the following:

**Cash Management.** Platinum will oversee all cash management during the post petition period. This will include the development and on-going maintenance of a 13 week cash projection for the senior secured lender, the daily cash management and adherence to the budget provided the court.

**Senior Secured Lender Communications.** Platinum will submit financial analysis to and handle communications with the senior secured lender.

**A Plan of Reorganization.** We will begin immediately analyzing the Company's operational and financial viability with the goal of preparing a restructuring plan for the Company. Working with ownership, Platinum will develop a plan of reorganization which may include a 363 sale of all or part of the company's business units. As CRO, Platinum will be responsible for locating and negotiating with potential buyers.

**Compensation.** Our fees for assuming these roles and responsibilities will be billed at $350.00 per hour, capped at $7,500 per week and will include the time invested by several partners at Platinum. The first payment of $7,500 is due and payable upon your acceptance of this engagement and each subsequent payment due weekly from the date of the court order approving of this engagement. If a Chapter 11 petition is filed, RLM shall seek bankruptcy court approval of this engagement upon the terms set forth herein. If Platinum is successful in arranging a restructured debt facility with and / or a sale of all or a portion of the Company, a success fee of 2.0% of gross transaction value will be due at close of the transaction.

12301 Whitewater Drive, Suite 10, Minnetonka, MN 55343   PHONE 952-829-5700 · FAX 952-829-9103   www.thePlatInumGrp.com

**Exhibit A**

For the purposes of this Agreement, "Transaction" shall be defined to include any single or series of Transactions which result in (i) new committed financing that provides a senior secured credit facility, committed subordinated debt or a committed equity investment received from any source other than the Company's current lenders/investors or (ii) a sale (in whole or in part) of stock.

RLM also agrees to pay for any out-of-pocket travel expenses Platinum Group may incur as approved by the Company. There will be no charges for local travel, copies or telephone costs.

The following outline briefly describes our process and our expected timetable of events:

> **Weeks 1-3**  Assessment of the financial situation. Development of the 13 week cash flow projection requested by the senior secured lenders. Communication with secured lenders. On-going management of the cash collateral. Development of plan of reorganization.
>
> **Week 4-6**  On-going management of the cash collateral. On-going oversight of the 13 week cash projection requested by the senior secure lenders. Initiate and manage 363 sale process if this avenue is selected.
>
> **Weeks 7-12**  On-going management of the cash collateral. On-going oversight of the 13 week cash projection requested by the senior secure lenders. Preparation of a Plan of Reorganization with management and counsel for submission to the court.
>
> **Throughout:** Assist senior management with strategic decisions and operational improvements; facilitate communications with Company's president, Board of Directors, secured lenders and unsecured creditors committee as necessary and appropriate.

RLM agrees to indemnify and hold harmless Platinum and its associates against all charges or legal actions brought against Platinum while acting as consultants to RLM, other than as to matters where Platinum or its associates have been grossly negligent in their duties hereunder, or due to fraud, malfeasance have breached their obligations to RLM under this agreement.

Please countersign this agreement below and return it, keeping a copy for your file. We look forward to working with the Company on this critically important project.

Very truly yours,

_[signature]_
Patrick Brennan
Platinum Group

_[signature]_
Arlyn Lomen, President
Rancher's Legacy Meat Company

**Exhibit A**