# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

**In re:**

**Rancher's Legacy Meat Company**
**fka Unger Meat Company,**                      **Chapter 11**

**Debtor(s).**                                    **BKY No. 19-32928**

---

## APPOINTMENT OF COMMITTEE OF UNSECURED
## CREDITORS IN CHAPTER 11 CASE

---

The U.S. Trustee for Region 12 hereby appoints the following persons or entities to the Official Committee of Unsecured Creditors in the above case:

1. Creditor: Upper Iowa Beef, LLC
   Address: 4614 Hwy 63
   Circle Springs, IA 52155

   Contact Person: Bart Seebach   Phone: 563-547-3329
   Email:   seebachlaw.ia@outlook.com

2. Creditor: J&B Partners
   J&B Wholesale Dist.Inc.
   Address: 13200 43rd St NE
   St. Michael, MN 55376

   Contact Person: Denise Boock   Phone: 763-497-3913
   Email:   denise.boock@jbgroup.com

3. Creditor: Empirical Foods, Inc.
   d/b/a NVM Distribution, LLC
   Address: 950 Willow Drive
   Dakota Dunes, SD 57049

   Contact Person: Rich Jochum   Phone: 605-217-8032
   Email:   RJochum@empiricalfoods.com

4. Creditor: Ben E. Keith Company
   Address: 7650 Will Rogers Blvd
   Fort Worth, TX 76140

      Contact Person:   Dan Harvick   Phone:   817-759-6337
      Email:   dlharvick@benekeith.com

5.   Creditor:   Great Plains Beef LLC.
    Address:   PO Box 82545
                Lincoln, NE 68501

    Contact Person:   Don Straight   Phone:   402-326-5914
    Email:   don-straight@piedmontefe.com

  Bart Seebach of Upper Iowa Beef LLC is hereby designated as Acting Chairperson of said Committee pending selection by the Committee members of a permanent Chairperson.

In order to make the Committee more representative, the right to add or remove members of the Committee is reserved.

September 27, 2019                        Respectfully submitted,

                                          JAMES L. SNYDER
                                          Acting United States Trustee
                                          Region 12

                          By:   /e/Michael R. Fadlovich
                                   Trial Attorney
                                   MN Attorney ID No.
                                   U.S. Trustee's Office
                                   300 South Fourth St., #1015
                                   Minneapolis, MN   55415
                                   (612) 334-1350

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

| | |
|---|---|
| **Rancher's Legacy Meat Company** <br> **fka Unger Meat Company** | **Chapter 11** |
| Debtor(s). | BKY No. 19-32928 |

**CERTIFICATE OF SERVICE**

I, Lilia Serna de Coronado, declare under penalty of perjury that on September 27, 2019, a copy of the foregoing **NOTICE OF APPOINTMENT OF AN UNSECURED CREDITORS COMMITTEE IN A CHAPTER 11 CASE;** served via US mail postage prepaid to the following:

**Rancher's Legacy Meat Co.**
4301 White Bear Parkway
Vadnais Heights, MN 55110

Upper Iowa Beef
4614 Hwy 63
Circle Springs, IA 52155

Empirical Foods Inc.
950 Willow Drive
Dakota Dunes, SD 57049

Great Plains Beef, LLC
PO Box 82545
Lincoln, NE 68501

Cameron Lallier
Foley & Mansfield P.L.L.P.
250 Marquette Avenue Suite 1200
Minneapolis, MN 55401

J&B Partners
13200 43rd St NE
St. Michael, MN 55376

Ben E. Keith Company
7650 Will Rogers Blvd
Fort Worth, TX 76140

Dated:   September 27, 2019         By: /e/Lilia Serna de Coronado_____
                                                    **Lilia Serna de Coronado**
                                                    **Office of the United States Trustee**
                                                    **300 South 4th Street Suite 1015**
                                                    **Minneapolis, MN 55415**