**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re:<br><br>Rancher's Legacy Meat Co.,<br><br>Debtor. | Case No.: 19-32928-MER<br><br>Chapter 11 |

**ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL**
**AND GRANTING ADEQUATE PROTECTION**

This case came on for hearing on the Expedited Hearing and for Interim and Final Orders Authorizing Use of Cash Collateral and Granting Adequate Protection filed by Rancher's Legacy Meat Co. ("Debtor"). Based on the motion and the file and having determined that the Debtor's offer of adequate protection constitutes adequate protection of the secured parties' interests under 11 U.S.C. §§ 361 and 363,

**IT IS ORDERED:**

1. The Debtor's motion is granted.

2. The Debtor's request for expedited relief is granted.

3. The Debtor is authorized to use cash collateral in accordance with the terms of the budget attached hereto as **Exhibit A** through the Final Hearing to be held on October 23, 2019.

4. The Debtor is authorized and directed to grant adequate protection to Ratcliff and ULF on the terms as set forth in the motion. The replacement liens granted by the Debtor to Ratcliff and ULF shall have the same dignity, priority and effect as their respective prepetition interests, if any. The replacement liens shall not attach to any claims arising pursuant to Chapter 5 of the Bankruptcy Code.

1190810 v1

5. The Debtor shall provide weekly reports to Ratcliff. The weekly reports shall be provided no later than the close of business on Wednesday of each week and cover the proceeding week's operations.

6. Ratcliff shall be entitled to inspect the premises and audit the books and records of the Debtor upon reasonable request.

7. Except to the extent specifically set forth herein, all objections to the entry of this Order are hereby overruled.

8. The final hearing authorizing use of cash collateral will be held on **October 23, 2019 at 9:00 a.m.** before Judge Michael E. Ridgway, Courtroom 7W, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

Dated:  *September 27, 2019*

*/e/ Michael E. Ridgway*
Michael E. Ridgway
CHIEF UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/27/2019*
Lori Vosejpka, Clerk, by MJS

Case 19-32928    Doc 25    Filed 09/27/19    Entered 09/27/19 14:35:06    Desc Main
Document      Page 3 of 3

**Rancher's Legacy Meat Co.**
**13 Week Cash Flow**
Last updated: 9/26/19

| Receipts | Week 1 9/27/19 | Week 2 10/4/19 | Week 3 10/11/19 | Week 4 10/18/19 | Week 5 10/25/19 | Totals 9/27-10/23 |
|---|---|---|---|---|---|---|
| A/R receipts | $ 575,000 | $ 650,000 | $ 700,000 | $ 675,000 | $ 650,000 | $ 3,250,000 |
| Other receipts | - | - | - | - | - | - |
| Other receipts | - | - | - | - | - | - |
| **Total cash receipts** | **$ 575,000** | **$ 650,000** | **$ 700,000** | **$ 675,000** | **$ 650,000** | **$ 3,250,000** |
| | | | | | | |
| **Operating Cash Disbursements** | 9/27/19 | 10/4/19 | 10/11/19 | 10/18/19 | 10/25/19 | 9/27-10/23 |
| Payroll & Taxes (All employee categories) | $76,000 | $0 | $76,000 | $0 | $76,000 | $228,000 |
| Fee for Payroll Service | 1,500 | - | 1,500 | - | 1,500 | 4,500 |
| Payment to Company 401(K) & Flex Spending | - | 5,800 | 200 | 5,800 | 200 | 12,000 |
| Payments to Temporary Labor Agencies | 6,900 | 20,000 | 27,000 | 27,000 | 27,000 | 107,900 |
| Workmen Compensation Premium | - | - | 2,206 | - | - | 2,206 |
| Health/dental/life/disability for employees | - | 720 | 27,900 | - | - | 28,620 |
| Raw Ingredients - domestic | 400,000 | 410,000 | 410,000 | 410,000 | 400,000 | 2,030,000 |
| Raw Ingredients - import | 102,000 | - | - | 102,000 | - | 204,000 |
| Packaging Supplies (boxes/film/etc) | 31,500 | 31,500 | 31,500 | 31,500 | 31,500 | 157,500 |
| QA and production supplies | - | 2,500 | 2,500 | 2,500 | 2,500 | 10,000 |
| Plant Cleaning Costs (outside service) | - | 6,900 | 6,900 | 6,900 | 6,900 | 27,600 |
| Outside manufacturing services | - | - | - | - | - | - |
| Shipping/Freight | 11,500 | 26,000 | 26,000 | 26,000 | 26,000 | 115,500 |
| Building/equipment repair | - | - | 2,250 | 2,250 | 2,250 | 6,750 |
| Equipment lease | 701 | - | - | - | 701 | 1,402 |
| Building lease | - | - | 12,720 | - | - | 12,720 |
| Real estate taxes | - | - | - | 48,138 | - | 48,138 |
| Refrigerated van repair/gas | 150 | 250 | 250 | 250 | 250 | 1,150 |
| Coats/gloves/hairnets for Production Workers | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 6,000 |
| Insurance | 10,520 | - | - | - | 9,370 | 19,890 |
| Utilities, including internet services | 21,965 | 450 | - | 21,965 | - | 44,380 |
| Garbage removal services | - | 2,250 | - | - | - | 2,250 |
| Advertising | - | - | - | - | - | - |
| Marketing Allowances - | - | - | - | - | - | - |
|   Upper Lakes Foods | - | 9,000 | 9,000 | 9,000 | 9,000 | 36,000 |
|   Martin Brothers | - | 2,500 | - | - | - | 2,500 |
|   Indianhead Foods | - | 1,100 | - | - | - | 1,100 |
|   Ben E Keith | - | - | - | - | - | - |
| Food Show Costs | - | - | - | - | 2,000 | 2,000 |
| Professional fees - tax return prep | - | - | - | - | - | - |
| Professional fees - legal | - | - | - | - | - | - |
| Professional fees - IT | - | 3,150 | - | - | - | 3,150 |
| Sales Commissions | - | - | - | 2,000 | - | 2,000 |
| Office expense | - | 250 | 250 | 250 | 250 | 1,000 |
| Bank fees | 1,500 | - | - | - | 1,500 | 3,000 |
| Office Cleaning Costs (outside service) | 540 | 540 | 540 | 540 | 540 | 2,700 |
| Employee expense/reimbursement | - | 5,700 | - | 3,500 | - | 9,200 |
| State Income Taxes/Fees | - | - | - | 2,450 | - | 2,450 |
| Weekly Payment to Platinum Group | | | | | | - |
| Other production costs | - | - | 500 | - | 500 | 1,000 |
| Product samples | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 5,000 |
| Debt service on Ochsner Equipment Note | - | | | | | |
| Misc. | - | 2,000 | 2,000 | 2,000 | 2,000 | 8,000 |
| **Total operating disbursements** | **$ 666,976** | **$ 532,810** | **$ 641,416** | **$ 706,243** | **$ 602,161** | **$ 3,149,606** |
| **Cash available after operating activities** | **$ (91,976)** | **$ 117,190** | **$ 58,584** | **$ (31,243)** | **$ 47,839** | **$ 100,394** |

| Summary Cash Flow | 9/27/19 | 10/4/19 | 10/11/19 | 10/18/19 | 10/25/19 | 9/27-10/23 |
|---|---|---|---|---|---|---|
| Beginning period cash | $ 158,488 | $ 66,512 | $ 183,702 | $ 242,286 | $ 211,043 | $ 158,488 |
| Cash receipts | 575,000 | 650,000 | 700,000 | 675,000 | 650,000 | 3,250,000 |
| Operating disbursements | (666,976) | (532,810) | (641,416) | (706,243) | (602,161) | (3,149,606) |
| Investing cash flow activity | - | - | - | - | - | - |
| Financing cash flow activity | - | - | - | - | - | - |
| Other | - | - | - | - | - | - |
| ending period cash (calculated) | $ 66,512 | $ 183,702 | $ 242,286 | $ 211,043 | $ 258,882 | $ 258,882 |

| Rolling A/R | 9/27/19 | 10/4/19 | 10/11/19 | 10/18/19 | 10/25/19 | 9/27-10/23 |
|---|---|---|---|---|---|---|
| Beginning A/R balance | $ 1,044,664 | $ 1,169,664 | $ 1,194,664 | $ 1,144,664 | $ 1,119,664 | $ 1,044,664 |
| Sales for period | 700,000 | 675,000 | 650,000 | 650,000 | 650,000 | 3,325,000 |
| A/R receipts | (575,000) | (650,000) | (700,000) | (675,000) | (650,000) | (3,250,000) |
| Other | - | - | - | - | - | - |
| Other | - | - | - | - | - | - |
| Ending A/R balance (calculated) | $ 1,169,664 | $ 1,194,664 | $ 1,144,664 | $ 1,119,664 | $ 1,119,664 | $ 1,119,664 |
| ending A/R balance (Actual) | | | | | | |

**Exhibit A**