# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>Rancher's Legacy Meat Co.,<br><br>Debtor. | Case No.: 19-32928<br><br>Chapter 11 |

## ORDER AUTHORIZING THE PAYMENT OF PREPETITION CLAIMS OF CERTAIN CRITICAL VENDORS

This matter came before the Court upon the motion (the "Motion")[1] of Rancher's Legacy Meat Co., debtor and debtor-in-possession in the above-referenced case ("Debtor") for entry of an order on an expedited basis authorizing the payment of prepetition amounts due to certain critical vendors; and it appearing that such relief is in the best interests of the Debtor and its estate and creditors; and it appearing that due and proper notice has been given under the circumstances; and it appearing that no other notice is necessary; and the Court being otherwise fully advised of the premises; and in light of the circumstances of the relief requested; and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1.  The Debtor's request for an expedited hearing with respect to the Motion is hereby granted.

2.  Except as otherwise Ordered herein, the Motion shall be continued to **1:30 p.m. on October 2, 2019**. Debtor's counsel shall file and serve an appropriate notice of continued hearing.

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

1191767 v1

3. The Debtor is authorized, as set forth in the Court's prior Order Authorizing Interim Use of Cash Collateral and Granting Adequate Protection, to make payment in satisfaction of the prepetition claims of the Critical Vendors identified on the attached **Exhibit A**.

4. Nothing in this Order shall be deemed to constitute an assumption or rejection of any executory contract or agreement between the Debtor and any Critical Vendor to make any of the payments authorized herein.

5. Nothing in this Order or in the Motion shall be construed as prejudicing the Debtor's right to dispute or contest the amount or validity of any claims asserted against the Debtor by any of the Critical Vendors.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

7. This Order is effective immediately upon its entry.

Dated: *September 27, 2019*

                              */e/ Michael E. Ridgway*
                              Michael E. Ridgway
                              CHIEF UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 09/27/2019
Lori Vosejpka, Clerk, by MJS

1191767 v1

**Exhibit A**

| Name of Creditor | Nature of Goods/Services Provided | Pre-petition Amount Due |
|---|---|---|
| United Staffing Solutions, Inc | Temporary labor agency | $3,123.79 |
| Team Personnel | Temporary labor agency | $14,388.28 |
| Award Staffing | Temporary labor agency | $1,636.74 |
| Pro Cleaning Brother's Services, LLC | production plant cleaning company | $3,558.03 |
| Definitive Technology Solutions, Inc. (DTS) | serves as Company's technology department (IT) - handles all aspects of IT department including IT equipment provider/technology troubleshooter/etc. | $4,193.16 |
| | **TOTAL** | **$26,900** |

1182790 v1