UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| In Re: | Case No.: 19-32928-MER |
|---|---|
| Rancher's Legacy Meat Co., | Chapter 11 |
| Debtor. | |

### NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE pursuant to Bankruptcy Rule 9010(b), that Foley & Mansfield, P.L.L.P. and Thomas J. Lallier, Foley & Mansfield, P.L.L.P., 250 Marquette Avenue, Suite 1200, Minneapolis, MN 55401, telephone number (612) 338-8788, facsimile number (612) 338-8690, E-mail address tlallier@foleymansfield.com, is the attorney for the Debtor in the above-captioned bankruptcy proceeding and said attorneys do hereby enter their appearance as counsel for the Debtor.

PLEASE TAKE FURTHER NOTICE pursuant to Bankruptcy Rule 2002 that the undersigned requests that all notices and papers specified by the Rule and all other notices given or required to be given in this case and all other papers served or required to be served in this case be given to and served upon:

> Thomas J. Lallier
> Foley & Mansfield, P.L.L.P.
> 250 Marquette Avenue, Suite 1200
> Minneapolis, MN 55401
> tlallier@foleymansfield.com

The foregoing request includes, without limitation, all notices, orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents or items of correspondence brought before this Court with respect to these

1205915 v1

proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated: October 3, 2019.                    **FOLEY & MANSFIELD PLLP**

BY: /s/ Thomas J. Lallier
    Thomas J. Lallier (#163041)
    Foley & Mansfield, PLLP
    250 Marquette Avenue, Suite 1200
    Minneapolis, MN 55401
    Telephone: (612) 338-8788
    Fax: (612) 338-8690
    tlallier@foleymansfield.com

**ATTORNEYS FOR RANCHER'S LEGACY MEAT CO.**

Unsworn Affidavit of Service

STATE OF MINNESOTA  )
                    ) ss.
COUNTY OF HENNEPIN  )

I, Jacquelyn J. LaVaque, declare under penalty of perjury that on October 3, 2019, I sent copies of the attached **Notice of Entry of Appearance and Request for Service** to each entity named below, at the address or method stated below for each entity:

| | |
|---|---|
| *Via CM/ECF*<br><br>Kenneth C. Edstrom<br>Attorney for James Ratcliff<br>Sapientia Law Group<br>120 South Sixth Street, Suite 100<br>Minneapolis, MN 55402<br>kene@sapentialaw.com<br>paralegal@sapientialaw.com<br>joyp@sapientialaw.com | *Via CM/ECF*<br><br>U.S. Trustee<br>Michael Fadlovich<br>1015 United States Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>michael.fadlovich@usdoj.gov<br>ustpregion12.mn.ecf@usdoj.gov |
| *Via CM/ECF*<br><br>Craig T. Dokken<br>Attorney for James Ratcliff<br>Henningson & Snoxell, Ltd.<br>6900 Wedgwood Road, Suite 200<br>Maple Grove, MN 55311<br>cdokken@hennsnoxlaw.com | *Via CM/ECF*<br><br>*Unsecured Creditors Committee Member/Acting Chairperson:*<br><br>Barton L. Seebach<br>Attorney for Upper Iowa Beef LLC<br>Story Schoeberl & Seebach, LLP<br>126 North Elm Street, PO Box 89<br>Cresco, IA 52136<br>Seebachlaw@outlook.com |
| *Via CM/ECF*<br><br>Roger W. Damgaard<br>Attorneys for New Angus, LLC, dba DemKota Ranch Beef<br>Woods, Fuller, Shultz & Smith P.C.<br>300 South Phillips Avenue, Suite 300<br>Post Office Box 5027<br>Sioux Falls, South Dakota 57117-5027 | *Via CM/ECF*<br><br>*Counsel for Unsecured Creditors Committee:*<br><br>Steven W. Golden<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801 |

1205919 v1

| | |
|---|---|
| Roger.Damgaard@woodsfuller.com<br>Glee.Brookhouse@woodsfuller.com | |
| *Via U.S. Mail:* | |
| Upper Lakes Foods<br>801 Industry Avenue<br>Cloquet, MN 55720 | TCF National Bank<br>Attn: Officer<br>1405 Xenium Lane<br>Plymouth, MN 55441 |
| ASC Meyners Inc<br>5140 Palm Valley Road<br>Ponte Vedra Beach FL 32082 | *Unsecured Creditors Committee Member:*<br><br>Ben E. Keith<br>Attn: Dan Harvick<br>7600 Will Rogers Blvd.<br>Fort Worth TX 76140<br>dlharvick@benekeith.com |
| Compart Family Farms, Inc.<br>45198 400th Street<br>Nicollet MN 56074 | *Unsecured Creditors Committee Member:*<br><br>Empirical Foods, Inc.<br>dba NVM Distribution LLC NV<br>950 Willow Drive<br>Dakota Dunes SD 57049 |
| Great Plains Beef LLC<br>Attn: Don Straight<br>4851 N 84th St.<br>Lincoln, NE 68507<br>Don-straight@piedmontefe.com | Green Bay Packaging, Inc.<br>1700 Webster Court<br>Green Bay, WI 54302 |
| J&B Partners Inc.<br>PO Box 212<br>13200 43rd St NE<br>Saint Michael MN 55376<br>Denise.Boock@jbgroup.com | Lower Foods<br>Double L Meats<br>700 South 200 West<br>Richmond UT 84333 |
| New Angus, LLC - DemKota<br>13 - 135th Street SW<br>Aberdeen, SD 57401 | Paydayz Staffing Solutions Inc<br>10740 Lyndale Ave. South, #16E<br>Bloomington MN 55420 |
| Ratcliff Ranch<br>24631 South Highway 2<br>Vinita OK 74301 | SSJR, LLC<br>1306 West Taylor<br>Cloquet MN 55720 |

2

1205919 v1

| | |
|---|---|
| UW Provision Co.<br>PO Box 620038<br>2315 Pleasant View Road<br>Middleton WI 53562-0038 | Upper Iowa Beef, LLC<br>4614 Highway 63<br>Lime Springs IA 52155 |
| Pro Cleaning Brother's Services, LLC<br>5441 N 4th Street<br>Brooklyn Center, MN 55430 | Veritiv Corporation<br>1000 Abernathy Road NE<br>Building 400, Ste. 1700<br>Atlanta, GA 30328 |
| Definitive Technology Solutions, Inc. (DTS)<br>9401 James Avenue S., Suite 120<br>Bloomington, MN 55431 | United Staffing Solutions, Inc.<br>5501 Lakeland Avenue N, Suite 202<br>Crystal, MN 55429 |
| Team Personnel – Headquarters<br>259 University Avenue W, Suite A<br>St. Paul, MN 55103 | Award Staffing<br>3035 White Bear Avenue, Suite 8<br>Maplewood, MN 55109 |
| ***Unsecured Creditors Committee Member:***<br><br>Barton L. Seebach<br>Attorney for Upper Iowa Beef LLC<br>Story Schoeberl & Seebach, LLP<br>15534 403rd Avenue<br>Canton, MN 55922<br>Seebachlaw.ia@outlook.com | ***Unsecured Creditors Committee Member:***<br><br>Empirical Foods, Inc.<br>d/b/a NVM Distribution, LLC<br>Attn: Rich Jochum<br>950 Willow Drive<br>Dakota Dunes, SD 57049<br>rjochum@empiricalfoods.com |

Executed on:  October 3, 2019.         Signed: /s/ Jacquelyn J. LaVaque
                                              Jacquelyn J. LaVaque
                                              Foley & Mansfield, P.L.L.P.
                                              250 Marquette Avenue, Suite 1200
                                              Minneapolis, MN 55401

3

1205919 v1