**UNITED STATE BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In Re:<br>Rancher's Legacy Meat Co.,<br><br>Debtor(s), | Case No. 19-32928 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Pursuant to Bankruptcy Rules 9010(b) and 2002(g) and Local Rule 2002-5, the undersigned hereby notes his appearance as attorney for Upper Lakes Foods, Inc., a creditor in the above case, and requests all parties in interest to serve copies of all notices and all papers (including pleadings, motions, applications, orders, financial and other reports), served or filed in this case upon the undersigned via Electronic Case Filing System or via US Mail at the following address:

Upper Lakes Foods, Inc.
c/o Seilerschindel, PLLC
5901 Cedar Lake Road
Minneapolis, MN 55416

Dated: October 11, 2019          **SEILERSCHINDEL, PLLC**

By:     /e/ Daniel M. Duffek
Daniel M. Duffek #388297
Kyle Moen, #0390945
5901 Cedar Lake Road
Minneapolis, MN   55416
Telephone: (612) 253-6970
dduffek@seilerschindel.com