## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 11 |
| Rancher's Legacy Meat Co., | Case 19-32928 |
| Debtor. | |

## DECLARATION OF JOHN H. HEIDEBRECHT

John H. Heidebrecht, under penalty of perjury, declares the following to be true of his own knowledge.

1   I am a financial consultant employed by Berning & Heidebrecht, Ltd. a Medina, Minnesota-based consulting firm. I am currently a shareholder and the Vice-President of our firm.  I am often retained to assist individuals and businesses with complex financial matters and to testify in court concerning such matters.

2   Berning & Heidebrecht, Ltd. has been hired by James Ratcliff to evaluate whether the Debtor can operate on a cash-flow positive basis, both on a short term and a long-term basis and to perform such other services within our expertise as required in the case.

3   Attached as Exhibit A is my curriculum vitae showing my education, professional background and my experience.

4   The bases for my opinions include the documents and information provided by counsel, my general business experience and educational background.

5   Fees for services performed by Berning & Heidebrecht, Ltd. professionals have been charged at an hourly rate of $165-$275 per hour for time incurred, plus out-of-pocket expenses. My current rate is $275 per hour. My work on this case is anticipated to be

1

ongoing and Berning & Heidebrecht, Ltd.'s fees are not contingent upon the outcome of this Chapter 11 proceeding.

6    Attached as Exhibit B is a spreadsheet based upon a review of the Debtor's own financial information for May of 2018 to April of 2019.  The analysis also is based upon consultation with counsel for Mr. Ratcliff concerning the initial pricing of hamburger patties per a new contact entered into by the Debtor in September of this year and the guaranteed margin of .25/pound for the new contract. Exhibit B shows that over the next year the Debtor will lose significant sums of money if the income and costs of operation are similar to those sums expended in 2018 and the revenue of the debtor is equal to the 2018 revenue as supplemented by the revenue from the new hamburger patty supply contract. The largest additional costs are administrative costs from operating under Chapter 11 for a year. Averaging the costs and revenue from the yearly projection to describe the use of cash in the first 13 weeks of the case shows that the Debtor will lose cash collateral in the amount of $334,095 during that time.

7    Attached as Exhibit C is a spreadsheet that is based upon the Exhibit prepared by Rod Peterson [Docket 74] as adjusted as follows (all changes highlighted in brown):

   A. A column marked "Petition Date 9/20/19" was added to the left of the first column in Mr. Peterson's spreadsheet "Actual 9/27/19."

   B. Half of the amount in "Sales Not Previously Reported for W/E 09.21.19" of $229,726.56 was extracted from the column "Actual 9/27/19" and put into the column "Petition Date 9/20/19" to reflect that this amount was the estimated total for pre-petition sales for Debtor's work week that ended on Saturday, September 20.

   C. After the pre-petition sales of $114,863 (half of the "sales Not Previously Reported for W/E 09.21.19") were added as accounts receivable in the column Petition Date 9/20/19, ending accounts receivable (the actual amount of accounts receivable on the petition date) was corrected to $1,159,537.

2

D. This increase in accounts receivable as of the petition date increased the line item "total pre-petition estate value" as of the petition date to $1,318,015.

E. The US Trustees Fees were increased from $50,000 to $90,000.

F. An additional line was added at the bottom of the spreadsheet to denote the increase or decrease in cash collateral on a period-by-period basis.

8. The changes in Exhibit C appropriately classifying the starting cash collateral and correcting for the underreporting of the US Trustee's fee show that the Debtor will be unable to keep their cash collateral above the starting point at the end of the 13 weeks covered by the spreadsheet even using most of the figures for income and expenses used by Mr. Peterson.  The amount of total loss of cash collateral is <$39,769> as of the week ending January 24, 2020 even using the revenue assumptions of the Debtor's expert Mr. Peterson.

Further your declarant saith not.

Dated: October 22, 2019

John H. Heidebrecht

# EXHIBIT A

**Berning & Heidebrecht, Ltd.**
Business Valuation & Litigation Support Consultants



## PROFESSIONAL QUALIFICATIONS

## JOHN H. HEIDEBRECHT, ASA, CFE, MAFF, CDFA, CAC, MBA

### PROFESSIONAL DESIGNATIONS AND ADVANCED DEGREES

- Accredited Senior Appraiser in Business Valuation (ASA), American Society of Appraisers
- Certified Fraud Examiner (CFE), Association of Certified Fraud Examiners
- Master Analyst in Financial Forensics (MAFF), National Association of Certified Valuation Analysts
- Certified Divorce Financial Analyst (CDFA), Institute for Divorce Financial Analysts
- Compensation Analyst Credential (CAC), Economic Research Institute
- Master of Business Administration (MBA), Finance

### PROFESSIONAL EXPERIENCE

- **Shareholder** – Berning & Heidebrecht, Ltd Medina, Minnesota – 2003 to present. Specializing in business valuation and complex financial litigation support.

  Preparation of business appraisal and expert reports for marital dissolution, estate and gift tax planning, ESOPs, charitable contributions, S-corporation election, mergers and acquisitions, buy/sell agreements, business succession planning, purchase price allocations, goodwill impairment analysis, executive compensation, dissenting shareholder actions, lost profits/damages, forensic accounting, bankruptcy proceedings and other litigation matters.

  *Appraisal experience* includes the valuation of intangible assets and private companies in numerous industries with annual revenues ranging from $0 (startup) to more than $1 billion.

  *Litigation support experience* includes lost profit analysis, economic damage calculations, insolvency analysis, wrongful termination lost wage calculations, forensic accounting, non-marital and marital determination, property division, tax and cash flow projections, cost of living analysis, expert witness testimony and functioning as the FENE and Court appointed neutral expert.

  *Management consulting experience* includes succession planning, merger and acquisition consulting, operations management, financial management, financial modeling, compensation analysis and feasibility studies.

John H. Heidebrecht, ASA, CFE, MAFF, CDFA, CAC, MBA
Professional Qualifications
Page 2 of 11

- **Manager** – <u>Baker Tilly Virchow Krause, LLP</u> (formerly Virchow, Krause & Company, LLP), Minneapolis, Minnesota – 2000 to 2003.
- **Manager** – <u>Abdo, Eick & Meyers, LLP</u> (formerly Baune, Dosen & Co., LLP), Edina, Minnesota – 1994 to 2000.

## EDUCATION

- St. Cloud State University:  Received Master of Business Administration degree with a concentration in Finance.
- University of Minnesota – Carlson School of Management:  Received Bachelor of Science in Business degree with a concentration in Finance.

## PROFESSIONAL AFFILIATIONS

- Member, American Society of Appraisers
- Board Member, Minnesota Association of Business Valuation Professionals
- Member, Association of Certified Fraud Examiners
- Member, Twin Cities Chapter of Certified Fraud Examiners
- Member, National Association of Certified Valuation Analysts
- Member, Institute for Divorce Financial Analysts
- Family Business Advisors Group
- Past President (2 terms), Minnesota Association of Business Valuation Professionals
- Past President (2 terms), Twin Cities Chapter of the American Society of Appraisers
- Past President, Institute of Business Appraisers North Central Chapter

## PROFESSIONAL SPEAKING

- Developed and Presented Minnesota CLE's *Family Law Finance: Update on the Impact of the New Tax Plan on Divorce Clients and Lawyers* Live Webcast Seminar (2019).
- Faculty for Minnesota CLE and Minnesota State Bar Association's 40th Annual Family Law Institute.  Presentation entitled, "Update on the Impact of the New Tax Plan on Divorce Clients and Lawyers" (2019).
- Featured Speaker for 18th Annual MNCPA Business Valuation Conference.  Presentation entitled, "What we can Learn from the Lund's Case" (2018).
- Developed and Presented Minnesota CLE's *Family Law Series: Business Valuations in Divorce* Live Webcast Seminar (2018).
- Developed and Presented Minnesota CLE's *Family Law Series: Understanding the Tax Aspects of Divorce Under the New Tax Law* Live Webcast Seminar (2018).
- Developed and Presented Minnesota CLE's *The Impact of the New Tax Plan on Divorce Clients and Lawyers* Live Webcast Seminar (2018).

John H. Heidebrecht, ASA, CFE, MAFF, CDFA, CAC, MBA
Professional Qualifications
Page 3 of 11

- Developed and Presented Minnesota CLE's *Advanced Business Valuation Concepts* Live Webcast Seminar (2018).

- Featured Speaker for Minnesota Association of Business Valuation Professionals' October meeting.  Presentation entitled, "A Case Study:  Lunds & Byerlys" (2017).

- Featured Speaker for American Academy of Matrimonial Lawyers Minnesota Chapter's January meeting.  Presentation entitled, "Tax Consequences to Assets in Light of *Curtis v. Curtis* (2017).

- Developed and Presented Minnesota CLE's *Family Law Series: Understanding Basic Family Law Accounting Principles* Live Webcast Seminar (2016).

- Developed and Presented Minnesota *CLE's Family Law Series: The Top 10 Financial Cases Every Family Lawyer Must Know* Live Webcast Seminar (2016).

- Faculty for Minnesota State Bar Association's Real Estate Institute.  Presentation entitled, "Beyond the Basics: Considerations that Influence the Business Valuation for Holding Companies/Family Limited Partnerships" (2016).

- Faculty for Minnesota CLE and Minnesota State Bar Association's *Probate & Trust Law Section Conference*.  Presentation entitled, "Holding Company/Family Limited Partnerships – Focused on Ag-Related Issues and Holdings" (2016).

- Developed and Presented Minnesota CLE's *Business Valuation: Understanding Key Concepts* Live Webcast Seminar (2016).

- Developed and Instructor for Minnesota Society of Certified Public Accountants' *International Valuation for Corporate Professionals* Course (2016).

- Faculty for Minnesota State Bar Association's Business Law Institute.  Presentation entitled, "Buy-Sell Agreements: The Good, the Bad and the Ugly" (2016).

- Planning Task Force for *26th Annual Business Valuation Conference*, University of St. Thomas (2016).

- Faculty for Minnesota CLE and Minnesota State Bar Association's *37th Annual Family Law Institute (Judicial Officer Only Track)*.  Presentation entitled, "Demystifying the Property and Business Valuation Process" (2016).

- Developed and Presented Minnesota CLE's *Intellectual Property Series: Intangible Property – Transfer Pricing and International Valuation* Live Webcast Seminar (2016).

- Developed and Presented Minnesota CLE's *Business Law Series: Buy-Sell Agreements* Live Webcast Seminar (2016).

- Developed and Presented Minnesota CLE's *Business Law Series: Business Valuations for Shareholder Disputes* Live Webcast Seminar (2016).

- Developed and Presented Twin Cities Chapter-Society of Financial Service Professionals: *Tax and Financial Aspects of Divorce* (2015).

- Developed and Presented Minnesota CLE's *Family Law Series:  Business Valuations in Divorce* Live Webcast Seminar (2015).

- Developed and Presented Minnesota CLE's *Family Law Series:  Non-Marital Tracing* Live Webcast Seminar (2015).

- Developed and Presented Minnesota CLE's *New Lawyer Experience:  What You Need to Know about Accounting* Live Webcast Seminar (2015).

John H. Heidebrecht, ASA, CFE, MAFF, CDFA, CAC, MBA
Professional Qualifications
Page 4 of 11

- Developed and Presented Minnesota CLE's *Buy-Sell Agreements* Live Webcast Seminar (2015).

- Developed and Presented Minnesota CLE's *Family Law Non-Marital Tracing* Live Webcast Seminar (2015).

- Developed and Presented Minnesota CLE's *Family Law Business Valuations* Live Webcast Seminar (2015).

- Faculty for Minnesota CLE and Minnesota State Bar Association's *36th Annual Family Law Institute*. Presentation entitled, "The Top 10 Cases Every Family Lawyer Must Know" (2015).

- Developed and Presented Minnesota CLE's *Business Law Series: Advanced Business Valuation* Live Webcast Seminar (2015).

- Developed and Presented Minnesota CLE's *Business Law Series: Buy-Sell Agreements* Live Webcast Seminar (2015).

- Developed and Presented Minnesota CLE's *Business Law Series: Business Valuation Basics – What Judges and Attorneys Really Need to Know* Live Webcast Seminar (2015).

- Planning Task Force and Faculty for *25th Annual Business Valuation Conference*, University of St. Thomas. Presentation entitled, "Case Law Update" (2015).

- Developed and Presented Minnesota CLE's *Bankruptcy/Debtor-Creditor Series: Valuations* Live Webcast Seminar (2015).

- Developed and Presented Minnesota CLE's *Family Law Series: Non-Marital Tracing and Other Complex Financial Issues in Divorce* Live Webcast Seminar (2014).

- Developed and Presented Minnesota CLE's *Family Law Series: Understanding the Tax Aspects of Divorce* Live Webcast Seminar (2014).

- Developed and Presented Minnesota CLE's Business Law Series:  *Buy-Sell Agreements* Live Webcast Seminar (2014).

- Developed and Presented Minnesota CLE's *New Lawyer Experience:  What the New Lawyer Needs to Know about Accounting – Understanding Business Valuations, Financial Statements, Property Division, and Tax Returns* Live Webcast Seminar (2014).

- Developed and Presented Minnesota CLE's *Understanding Financial Statements & Tax Returns for Attorneys* Live Webcast Seminar (2014).

- Developed and Presented Minnesota CLE's *Business Valuation:  What Judges and Attorneys Really Need to Know* Live Webcast Seminar (2014).

- Developed and Presented Minnesota CLE's *Business Law Series: Business Valuation for Shareholder Disputes* Live Webcast Seminar (2014).

- Faculty for *24th Annual Business Valuation Conference*, University of St. Thomas. Presentation entitled, "Court Case Update" (2014).

- Featured Speaker for Dakota County Family Law Section's November meeting. Presentation entitled, "Real Nightmares Tracing Non-Marital Interests in Real Property" (2013).

- Faculty for Minnesota Society of CPA's *59th Annual MNCPA Tax Conference*. Presentation entitled, "Tax and Financial Aspects of Divorce" (2013).

John H. Heidebrecht, ASA, CFE, MAFF, CDFA, CAC, MBA
Professional Qualifications
Page 5 of 11

- Developed and Presented Minnesota CLE's *Family Law Series: Business Valuation for Divorce* Live Webcast Seminar (2013).

- Developed and Presented Minnesota CLE's *Business Valuations: What You Need to Know* Live Webcast Seminar (2013).

- Developed and Presented Minnesota CLE's *Reading/Understanding Financial Statements & Tax Returns for Attorneys* Live Webcast Seminar (2013).

- Faculty for Minnesota CLE and Minnesota State Bar Association's *34th Annual Family Law Institute*. Presentation entitled, "Buying and Selling a Law Practice" (2013).

- Developed and Presented Minnesota CLE's *Business Law Series: Buy-Sell Agreements* Live Webcast Seminar (2013).

- Planning and Education Task Force for *23rd Annual Business Valuation Conference*, University of St. Thomas (2013).

- Faculty for Minnesota CLE and Minnesota State Bar Association Business Law Section's *The Minnesota Closely Held Business Conference*. Presentation entitled, "Valuation of Closely Held Businesses" (2013).

- Developed and Presented Minnesota CLE's *Intellectual Property Series: Damages – A Financial Perspective* Live Webcast Seminar (2012).

- Faculty for Minnesota CLE and Minnesota State Bar Association's *Advising the Family Business Owner About Succession & Estate Planning Issues Conference*. Presentation entitled, "Valuation of Business Interests" (2012).

- Developed and Presented Minnesota CLE's *Reading/Understanding Financial Statements & Tax Returns for Attorneys* Live Webcast Seminar (2012).

- Faculty for Minnesota CLE and Minnesota State Bar Association's *Foundations of Practice: Family Law Basics*. Presentation entitled, "Divorce Math: Financial Calculations in Divorce Cases" (2012).

- Developed and Presented Minnesota CLE's *Business Valuation: What Judges and Attorneys Really Need to Know* Live Webcast Seminar (2012).

- Developed and Presented Minnesota CLE's *Managing Complex Family Law Non-Marital Issues* Live Webcast Seminar (2012).

- Faculty for Minnesota CLE and Minnesota State Bar Association's *33nd Annual Family Law Institute*. Presentation entitled, "Understanding Complex Non-Marital Issues" (2012).

- Planning and Education Task Force for *22nd Annual Business Valuation Conference*, University of St. Thomas (2012).

- Developed and Presented Minnesota CLE's *Intellectual Property Series: Damages – A Financial Perspective* Live Webcast Seminar (2011).

- Developed and Presented Institute of Business Appraisers North Central Chapter's *Valuation of Personal Goodwill* (2011).

- Developed and Instructor for Minnesota Society of Certified Public Accountants' *Business Valuations for CPAs Who Won't Be Preparing Independent Valuations* Course (2011).

John H. Heidebrecht, ASA, CFE, MAFF, CDFA, CAC, MBA
Professional Qualifications
Page 6 of 11

- Developed and Presented Institute of Business Appraisers North Central Chapter's *Update: Significant Recent Court Cases & Key Changes to Federal Rules of Civil Procedure* (2011).

- Faculty for Minnesota CLE and Minnesota State Bar Association's *32nd Annual Family Law Institute*.  Presentation entitled, "Managing Complex Non-Marital Issues" (2011).

- Developed and Presented Minnesota CLE's *Business Valuation for Probate & Estate Lawyers* Live Webcast Seminar (2011).

- Moderator and Conference Committee Member for American Society of Appraisers' *21st Annual Business Valuation Conference*.  "Is this the New Normal?" (2011).

- Faculty for Minnesota CLE and Minnesota State Bar Association's *Introduction to Minnesota Family Law*.  Presentation entitled, "Divorce Math:  Financial Calculations in Divorce Cases" (2011).

- Developed and Presented Minnesota CLE's *Intellectual Property Series:  Damages – A Financial Perspective* Live Webcast Seminar (2010).

- Chairperson and Featured Speaker for Hennepin County Bar Association's *Business Valuation Implications in the Current Economy* Live Seminar and Live Webcast (2010).

- Faculty for Minnesota CLE and Minnesota State Bar Association's *31st Annual Family Law Institute*.  Presentation entitled, "Basic Family Law Math:  Financial Calculations in Divorce Cases" (2010).

- Developed and Presented Minnesota CLE's *Business Law Series:  Business Valuations* Live Webcast Seminar (2009).

- Faculty for 10th Judicial District Law Clerks Continuing Legal Education.  Presentation entitled, "Business Valuations: Family Law Topics" (2009).

- Developed and Presented Minnesota CLE's *Family Law Series:  Advanced Business Valuation and Accounting* Live Webcast Seminar (2009).

- Developed and Presented Minnesota CLE's *Family Law Series:  General Valuation and Accounting* Live Webcast Seminar (2009).

- Developed and Presented Minnesota CLE's *Business Valuation in the Economic Downturn* Live Webcast Seminar (2009).

- Featured Speaker for Minnesota Paralegal Association's Annual Convention. Presentation entitled, "Business Valuation:  Understanding the Process" (2009).

- Developed and Instructor for Minnesota Society of Certified Public Accountants' *Business Valuations for CPAs Who Won't Be Preparing Independent Valuations* Course (2009).

- Chairperson and Featured Speaker for Hennepin County Bar Association's *Business Valuation in the Economic Downturn* Live Seminar and Live Webcast (2009).

- Developed and Instructor for Minnesota Society of Certified Public Accountants' *Business Valuations for CPAs in Industry* Course (2009).

- Faculty for Minnesota CLE and Minnesota State Bar Association's *30th Annual Family Law Institute*.  Presentation entitled, "Basic Family Law Math:  Financial Calculations in Divorce Cases" (2009).

John H. Heidebrecht, ASA, CFE, MAFF, CDFA, CAC, MBA
Professional Qualifications
Page 7 of 11

- Moderator for American Society of Appraisers' *19th Annual Business Valuation Conference.* "Riding out the Storm: How Do You Assess Risk and Determine Value in a Turbulent Economy?" (2009).

- Developed and Presented Minnesota CLE's *Business Valuation: What You Really Need to Know* Live Webcast Seminar (2008).

- Featured Speaker for Minnesota Paralegal Association's October meeting. Presentation entitled, "Fundamentals of Business Valuation*"* (2008).

- Faculty for Minnesota CLE and Minnesota State Bar Association's *29th Annual Family Law Institute.* Panel Presentation entitled, "Working With Business Valuation Experts" (2008).

- Featured Speaker for Hennepin County Bar Association's *What is a Business Worth? What the Numbers Really Mean* Local Seminar and Live National Webcast (2008).

- Faculty for Minnesota CLE and Minnesota State Bar Association's *New Lawyer Experience.* Presentations entitled, "Reading Financial Statements and Tax Returns for Lawyers" (2008).

- Presented (repeat presentation) Minnesota CLE's *Understanding Non-Marital Tracing* Live Webcast Seminar (2007).

- Featured Speaker for Hennepin County Bar Association's *Business Valuation: What Attorneys and Judges Need to Know* Seminar (2007).

- Developed and Presented Minnesota CLE's *Reading Financial Statements and Tax Returns for Lawyers* Live Webcast Seminar (2007).

- Developed and Presented Minnesota CLE's *Introduction to Business Valuation for Attorneys* Live Webcast Seminar (2007).

- Faculty for Minnesota CLE and Minnesota State Bar Association's *28th Annual Family Law Institute.* Presentation entitled, "Understanding Non-Marital Tracing" (2007).

- Faculty for Business Killers' *Avoiding the 6 Mistakes that Can Destroy Your Business and Your Future* Seminar (2007).

- Developed and Presented Minnesota CLE's *Understanding Non-Marital Tracing* Live Webcast Seminar (2007).

- Developed and Presented Minnesota CLE's *Reading Financial Statements and Tax Returns for Lawyers* Live Webcast Seminar (2006).

- Developed and Presented Minnesota CLE's *Introduction to Business Valuation for Attorneys* Live Webcast Seminar (2006).

- Faculty for Minnesota CLE and Minnesota State Bar Association's *27th Annual Family Law Institute.* Presentation entitled, "Case Law Update: Business Assets, Income and Property Issues" (2006).

- Moderator for American Society of Appraisers' *16th Annual Business Valuation Conference.* "Interact and Update: Learn How the Latest Professional Developments Affect Your Appraisal Practice" (2006).

- Moderator for Minnesota CLE and Minnesota State Bar Association's *The Lawyer's Guide to Business Valuations* video replay (2006).

- Faculty and Co-Planner for Minnesota CLE and Minnesota State Bar Association's *The Lawyer's Guide to Business Valuations.* Presentations entitled, "Business Valuations in

Divorce Litigation," included personal goodwill as a separate and distinguishable intangible asset, and "Common and Uncommon Mistakes Made by Business Appraisers," included relevant case law, reading and critiquing business valuation reports, and dealing with a valuation expert in a litigation setting (2005).

- Faculty for National Business Institute's *Tax Aspects of Divorce in Minnesota*. Presentation entitled, "Pay Attention to Key Concerns in the Valuation of Closely Held Business Assets" (2005).

- Faculty and Conference Committee Board Member for American Society of Appraisers' *15th Annual Business Valuation Conference*. "Learn Real World Valuation." Panelist in conference session entitled, "Unique Value Assignments, Books of Interest, Management Standards, Personal vs. Business Goodwill, A Case in Point and More." Presentations entitled, "Unique Assignments" and "Communicating Appraisal Information to Attorneys" (2005).

- Faculty for Minnesota CLE and Minnesota State Bar Association's *26th Annual Family Law Institute*. Presentation entitled, "Case Law Update:  Business Assets, Income and Property Issues" (2005).

- Faculty for Minnesota CLE and Minnesota State Bar Association's *25th Annual Family Law Institute*. Presentation entitled, "Case Law Update:  Business Assets, Income and Property Issues" (2004).

- Faculty and Conference Committee Board Member for American Society of Appraisers' *14th Annual Business Valuation Conference*. "Experts Learning from Experts." Panelist in conference session entitled, "When Theory and Practice Collide" (2004).

- Faculty for Minnesota State Chapter National Association of Certified Valuation Analysts' *Current Topics in Business Valuation*. Presentation entitled, "Succession Planning: Techniques and Tips for Transferring and Maximizing Wealth" (2003).

- Faculty for National Business Institute's *Tax Aspects of Divorce in Minnesota*. Presentation entitled, "Valuation of a Closely Held Asset," included the mechanics of performing a business appraisal and related Minnesota case law (2003, 2001, 1999 and 1997).

## SPECIALIZED EDUCATION

- Attended Minnesota Chapter National Association of Certified Valuation Analysts' 19th Annual Business Valuation Conference (2019).

- Attended Minnesota Chapter National Association of Certified Valuation Analysts' 18th Annual Business Valuation Conference (2018).

- Attended Minnesota Chapter National Association of Certified Valuation Analysts' *17th Annual Business Valuation Conference* (2017).

- Attended *17th Annual MNCPA Business Valuation Conference* (2017).

- Attended Minnesota Chapter National Association of Certified Valuation Analysts' *16th Annual Business Valuation Conference* (2016).

- Attended *16th Annual MNCPA Business Valuation Conference* (2016).

- Attended Minnesota Chapter National Association of Certified Valuation Analysts' *15th Annual Business Valuation Conference* (2015).

- Attended *15th Annual MNCPA Business Valuation Conference* (2015).
- Attended Minnesota Chapter National Association of Certified Valuation Analysts' *Current Topics in Business Valuation* Seminar (2014).
- Attended *14th Annual MNCPA Business Valuation Conference* (2014).
- Attended Minnesota Chapter National Association of Certified Valuation Analysts' *Current Topics in Business Valuation* Seminar (2013).
- Attended *13th Annual MNCPA Business Valuation Conference* (2013).
- Attended Minnesota Chapter National Association of Certified Valuation Analysts' *Current Topics in Business Valuation* Conference (2012).
- Attended *11th Annual MNCPA Business Valuation Conference* (2011).
- Successfully completed American Society of Appraisers' *BV302: Special Topics in the Valuation of Intangible Assets* coursework and exam in Manhattan Beach (2011).
- Attended American Society of Appraisers' *Non-Marketable Investment Company Evaluation (NICE) Income Approach Method* Seminar (2011).
- Attended Minnesota Chapter National Association of Certified Valuation Analysts' *Advanced Techniques for Exceptional Report Writing, Parts I and II* Seminar (2010).
- Attended Minnesota State Chapter National Association of Certified Valuation Analysts' *2010 Current Topics in Business Valuation* Conference (2010).
- Successfully completed National Association of Certified Valuation Analysts' *Matrimonial Litigation Support Workshop* coursework and exam in Washington, D.C. (2010).
- Attended Consultants' Training Institute's *Owners' Compensation in Physician Practice Valuations Seminar* (2010).
- Attended Minnesota Chapter of the American Academy of Matrimonial Lawyers' *Divorce Camp* (2010).
- Attended American Society of Appraisers' *20th Annual Business Valuation Conference. "Powerful Valuations in a Weak Economy"* (2010).
- Successfully completed The Institute of Business Appraisers' *Business Appraisal Review Accreditation Workshop* in Chicago (2009).
- Attended American Society of Appraisers' *Understanding and Valuing Non-Competition Agreements Seminar* (2008).
- Attended VPS/FCG's *Is Morningstar Ibbotson Data Still Relevant? Conference* (2008).
- Attended Compliance Week's *Getting Ready for SFAS 141R, Business Combinations Conference* (2008).
- Attended Consultants' Training Institute's *Using Ibbotson SBBI Database Seminar* (2008).
- Successfully completed Association of Certified Fraud Examiners' *CFE Exam Review Course* in Austin, Texas (2008).
- Successfully completed American Society of Appraisers' *BV301: Valuation of Intangible Assets* coursework and exam in Chicago (2008).
- Attended VPS/FCG's *Cost of Capital: A Consensus View? Conference* (2008).
- Attended *7th Annual MNCPA Business Valuation Conference* (2007).
- Attended Minnesota Chapter of the American Academy of Matrimonial Lawyers' *Divorce Camp* (2007).

- Attended Business Valuation Resources' *Active & Passive Appreciation in Divorce Conference* (2007).

- Attended Business Valuation Resources' *Valuing Entertainment Assets Conference* (2007).

- Attended American Society of Appraisers' *17th Annual Business Valuation Conference.* "Ever Forward:  Learn How the Latest Professional Developments Affect Your Practice" (2007).

- Attended *6th Annual MNCPA Business Valuation Conference* (2006).

- Attended Business Valuation Resources' *The Transaction Method:  Uses and Abuses of Market Data Conference* (2006).

- Attended Business Valuation Resources' *Early Stage Company Valuations Conference* (2006).

- Successfully completed all Economic Research Institute coursework and exams, earning the *Compensation Analyst Credential* (2006).

- Attended Dispute Resolution Services' *Mediation Training for Financial Professionals* (2006).

- Attended Business Valuation Resources' *Calculating Goodwill: What is Personal and What is Professional Conference?* (2006).

- Attended Merrill Lynch's *Investment Policy, Asset Allocation and Alternative Investments Seminar* (2005).

- Attended Merrill Lynch's *The Current M&A Market for Selling Businesses, Understanding the Process of Selling Your Business, and Maximizing the Value of Your Business for its Ultimate Sale Seminar* (2005).

- Attended Business Valuation Resources' *Succeeding as an Expert Witness Conference* (2005).

- Attended The National Center for Continuing Education's *Modern Financial Modeling*, including Advanced Workshop Sessions Covering Proper Financial Model Construction Techniques, Present and Future Value Modeling, Capital Budgeting Detailed Analysis and Modeling, Regression Analysis to Identify Key Revenue and Expense Drivers, Balance Sheet and Income Statement Forecasts and Projections, and Valuation Modeling and Analysis (2004).

- Attended *4th Annual MNCPA Business Valuation Conference* (2004).

- Successfully completed Center for Advanced Valuation Studies' *CAVSCC: Cost of Capital* sponsored by the American Society of Appraisers in Kansas City (2004).

- ASA Twin Cities Chapter Delegate at *American Society of Appraisers International Appraisal Conference* in Kansas City (2004).

- Attended Business Valuation Resources' *How to Discount for Trapped-In Capital Gains Tax Conference* (2004).

- Attended Northwestern Mutual Financial Network's *Advanced Planning Program*, Including Workshop Sessions Covering Compensation Planning, Estate Planning and Business Planning (2004).

- Attended Business Valuation Resources' *Critical Issues in Divorce Valuation Conference* (2004).

- Attended American Society of Appraisers' *13th Annual Business Valuation Conference* (2003).

- Attended *2nd Annual MNCPA Business Valuation Conference* (2002).

John H. Heidebrecht, ASA, CFE, MAFF, CDFA, CAC, MBA
Professional Qualifications
Page 11 of 11

- Attended Minnesota Institute of Legal Education Seminar *Economic Damages* (2002).

- ASA Twin Cities Chapter Delegate at *American Society of Appraisers International Appraisal Conference* in San Diego (2002).

- Attended AICPA Webcast *Implementing FASB 141:  A Practical Case Study of a Business Combination* (2002).

- Attended *AICPA National Business Valuation Conference* in Las Vegas (2001).

- Attended *1st Annual MNCPA Business Valuation Conference* (2001).

- Attended Minnesota State Bar Association Continuing Legal Education Seminar *Valuation Litigation:  Best Practices for Business, Tax and Transactional Disputes* (2001).

- Attended American Society of Appraisers' *11th Annual Business Valuation Conference* (2001).

- Attended *AICPA National Business Valuation Conference* in Miami Beach (2000).

- Attended American Society of Appraisers *18th Annual Advanced Business Valuation Conference* in New Orleans (1999).

- Attended Ibbotson Associates' *Business Valuation:  Cost of Capital Seminar* (1999).

- Attended CICBV / ASA *Joint Business Valuation Conference* in Montreal, Canada (1998).

- Successfully completed American Society of Appraisers' *BV204:  Selected Advanced Topics* coursework and exam in Chicago (1997).

- Successfully completed American Society of Appraisers' *BV203:  Business Valuation Case Study* coursework and exam in Denver (1997).

- Successfully completed American Society of Appraisers' *BV202:  Introduction to Business Valuation, Part Two* coursework and exam in Chicago (1997).

- Successfully completed American Society of Appraisers' *BV201:  Introduction of Business Valuation, Part One* coursework and exam in Chicago (1997).

- Attended American Society of Appraisers' *15th Annual Advanced Business Valuation Conference* in Memphis (1996).

- Attended MNCPA *Applying Valuation Techniques* Seminar (1996).

- Attended National Business Institute Seminar, Including Sessions Covering Tax Aspects of Divorce in Minnesota and Valuation of a Closely Held Business Asset (1996).

# EXHIBIT B

**Rancher's Legacy Meat Co.**
Statement of Operations
~~YTD Through Period 12 - FY 2017 - FY 2019~~          *updated 8/10/19*

| | FY2019 | |
|---|---|---|
| | YTD Period 12 (April 2019) | |
| | **Actual** | |
| | 364 Days | Per Pound |
| **Pounds Sold (Actual)** | 10,960,370 | |
| New Contract: | | |
| Large Beef Patties - Distri. Ctr 1 (40# cases) | 975,880 | |
| Large Beef Patties - Distri. Ctr 2 (40# cases) | 869,840 | |
| Small Beef Patties - Distri.  Ctr 1 (30# cases) | 1,371,210 | |
| Small Beef Patties - Distri.  Ctr 2 (30# cases) | 1,166,010 | |
| New Contract Subtotal | 4,382,940 | |
| **Total** | **15,343,310** | |
| | | |
| **Pounds of Production** | | |
| Fresh & Frozen Ground Beef/Pork | 9,681,752 | |
| Portion-Cut Steaks | 327,623 | |
| Tolling | 712,042 | |
| Other | 36,223 | |
| Pounds Total | 10,757,640 | |
| Weeks | 52 | |
| **Average Pounds Produced Per Week** | 206,878 | |
| | | |
| Sales | $29,934,396 | $1.951 |
| Less - Marketing Allowances | (1,208,538) | (0.079) |
| **Net Sales** | 28,725,858 | 1.872 |
| | | |
| **Cost of Goods Sold** | | |
| Meat Costs | 20,209,753 | 1.317 |
| Packaging Costs | 1,556,389 | 0.101 |
| Freight to Customers' Location | 1,193,729 | 0.078 |
| **Total COGS** | 22,959,870 | 1.496 |
| | | |
| **Gross Margin** | 5,765,988 | 0.376 |
| | | |
| **Production Costs** | | |
| Production Labor | 956,159 | 0.062 |
| Labor - PTO | 50,578 | 0.003 |
| Labor - Holiday Pay | 20,892 | 0.001 |
| Health Insurance | 134,463 | 0.009 |
| Payroll Taxes - Company-portion | 92,076 | 0.006 |
| 401K Plan - Company-portion | 16,519 | 0.001 |
| Workman Compensation Insurance | 31,194 | 0.002 |
| Payroll Processing Costs | 10,345 | 0.001 |
| Temporary Workers | 1,243,126 | 0.081 |
| **Total Production Labor** | 2,555,352 | 0.167 |
| | | |
| **Other Production Costs** | | |
| Utilities | 228,805 | 0.015 |
| Garbage Removal | 24,696 | 0.002 |
| Repairs & Maintenance | 122,845 | 0.008 |
| Building Rent | 99,189 | 0.006 |
| Equipment Lease Costs | 47,225 | 0.003 |
| Real Estate Taxes | 56,160 | 0.004 |
| Quality Control-Related Expenses | 45,203 | 0.003 |
| Sanitation & Production Supplies | 104,627 | 0.007 |
| Plant Cleaning Costs | 277,547 | 0.018 |
| Insurance | 93,872 | 0.006 |
| Other Production Costs | 19,955 | 0.001 |
| Depreciation | 144,530 | 0.009 |
| **Total Production Costs** | 3,820,005 | 0.249 |
| **Net Margin** | 1,945,982 | 0.127 |
| | | |
| **Operating Expenses** | | |
| Salaries & Benefits-Administrative | 626,027 | 0.041 |
| Salaries & Benefits-Sales | 514,974 | 0.034 |
| Travel & Entertainment | 80,448 | 0.005 |
| Marketing Expenses | 26,920 | 0.002 |
| Show Expenses | 24,267 | 0.002 |
| Samples | 67,292 | 0.004 |
| Sales Commissions/Broker Fees | 296,425 | 0.019 |
| Repairs & Maintenance - IT | 61,256 | 0.004 |
| Building Rent | 53,409 | 0.003 |
| Real Estate Taxes | 30,240 | 0.002 |
| Professional Services | 41,461 | 0.003 |
| Depreciation | 45,321 | 0.003 |
| Other | 232,969 | 0.015 |
| **Total S, G & A Expenses** | 2,101,009 | 0.137 |
| | | |
| New Contract Assumptions | | |
| Gross Margin Per Pound | | |
| Incremental Margin - New Customer | $0.250 | 1,095,735 | 0.071 |
| Less:  Variable Lablor Costs | (0.127) | (556,633) | (0.036) |
| Less:  Semi-Variable Costs | (0.020) | (87,659) | (0.006) |
| Net Margin After Incremental Variable Costs | $0.103 | 451,443 | 0.029 |
| | | |
| **Operating Income (Loss)** | 296,416 | $0.019 |
| | | |
| **Interest Expense** | | |
| Ratcliff Note | 0 | 0.000 |
| Other | 0 | 0.000 |
| **Total Interest Expense** | **0** | **0.000** |
| | | |
| Other Expense | | |
| Debt service on Ochsner Equipment Note | - | 0.000 |
| Platinum ($97,500 x 2) | 195,000 | 0.013 |
| Legal - Foley ($97,500 x 2) | 195,000 | 0.013 |
| Credit Committee ($97,500 x 2) | 195,000 | 0.013 |
| Adequate Protection to James Ratcliff ($1,886.15 x 364) | 686,559 | 0.045 |
| Payment of US Trustee Fees (1.0% x $36,123,630) | 361,236 | 0.024 |
| Total Other Expense | 1,632,795 | 0.106 |
| | | |
| Net Income (Loss) | ($1,336,379) | ($0.087) |
| | | |
| Total Expenses Less US Trustee Fees | $36,123,630 | |
| Average quarterly expenses less US Trustee Fees | $9,030,907 | |

**Rancher's Legacy Meat Co.**
**Total Cost Per Pound (New Contract)**

| | Large Patties | | Small Patties | |
|---|---|---|---|---|
| $ | 1.48 | $ | 1.45 | Sale Price Per/lb. |
| | 0.25 | | 0.25 | Less:  Incremental Margin - New Customer |
| $ | 1.23 | $ | 1.20 | Raw Materials Cost of Sales |
| | 0.13 | | 0.13 | Less:  Variable Lablor Costs |
| | 0.02 | | 0.02 | Less:  Semi-Variable Costs |
| $ | 1.38 | $ | 1.35 | Total Cost Per Pound |
| | 1,845,720 | | 2,537,220 | Total Pounds |
| $ | **2,543,402** | $ | **3,427,784** | **Total Cost** |
| | | | | |
| $ | 2,733,511 | $ | 3,689,118 | Revenue |
| | (2,543,402) | | (3,427,784) | Less:  Total Cost |
| $ | 190,109 | $ | 261,334 | Net Margin After Incremental Variable Costs |
| | | $ | **451,443** | Total Net Margin After Incremental Variable Costs |

**Rancher's Legacy Meat Co.**

| | YTD Period 12 (April 2019) | |
| --- | --- | --- |
| | 364 Days | Per Pound |
| Net Income (Loss) | $    (1,336,379) | ($0.087) |
| | | |
| Divided by: # weeks in a year | 52 | |
| Average Net Loss Per Week | (25,700) | |
| **Average Loss For 13 Week Period** | **$    (334,095)** | |

# EXHIBIT C

**Rancher's Legacy Meat Co.**
**13 Week Cash Flow**
**Last updated 10/18/2019**

| Receipts | petition Date 9/20/19 | Actual 9/27/19 | Actual 10/4/19 | Actual 10/11/19 | Week 4 10/18/19 | Week 5 10/25/19 | Week 1 11/1/19 | Week 2 11/8/19 | Week 3 11/15/19 | Week 4 11/22/19 | Week 5 11/29/19 | Week 6 12/6/19 | Week 7 12/13/19 | Week 8 12/20/19 | Week 9 12/27/19 | Week 10 1/3/20 | Week 11 1/10/20 | Week 12 1/17/20 | Week 13 1/24/20 | Totals 11/1 - 1/24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A/R receipts | $ | 588,547 | 584,810 | 599,312 | 643,492 | 726,458 | 700,000 | 650,000 | 675,000 | 675,000 | 675,000 | 675,000 | 600,000 | 625,000 | 675,000 | 650,000 | 600,000 | 500,000 | 600,000 | 8,300,000 |
| Other receipts | | | 2,789 | | | | | | | | | | | | | | | | | |
| Other receipts | $ | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total cash receipts** | $ | 588,547 | 587,598 | 599,312 | 643,492 | 726,458 | 700,000 | 650,000 | 675,000 | 675,000 | 675,000 | 675,000 | 600,000 | 625,000 | 675,000 | 650,000 | 600,000 | 500,000 | 600,000 | 8,300,000 |

**Operating Cash Disbursements**

| | 9/27/19 | 10/4/19 | 10/11/19 | 10/18/19 | 10/25/19 | 11/1/19 | 11/8/19 | 11/15/19 | 11/22/19 | 11/29/19 | 12/6/19 | 12/13/19 | 12/20/19 | 12/27/19 | 1/3/20 | 1/10/20 | 1/17/20 | 1/24/20 | 11/1 - 1/24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Payroll & Taxes (All employee categories) | 74,847 | 192 | 75,338 | - | 76,000 | - | 76,000 | - | 76,000 | - | 76,000 | - | 76,000 | - | 76,000 | - | 76,000 | - | 456,000 |
| Fee for Payroll Service | 469 | | 504 | | 1,000 | | 1,000 | | 1,000 | | 1,000 | | 1,000 | | 1,000 | | 1,000 | | 6,000 |
| Payment to Company 401(K) & Flex Spending | | | 6,366 | 5,800 | 200 | 6,200 | 200 | 6,200 | 200 | 6,200 | 200 | 6,200 | 200 | 6,200 | 200 | 6,200 | 200 | 6,200 | 38,400 |
| Payments to Temporary Labor Agencies | | 26,351 | 30,920 | 32,500 | 32,500 | 32,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 362,500 |
| Workmen Compensation Premium | | | 1,540 | | | | 2,206 | | | | 2,206 | | | | 2,206 | | | | 6,618 |
| Health/dental/life/disability for employees | | 659 | | 27,900 | | 720 | | 27,900 | | | 720 | 31,000 | | | 720 | 31,000 | | | 92,060 |
| Raw Ingredients - domestic | 430,567 | 401,047 | 409,095 | 420,000 | 420,000 | 415,000 | 415,000 | 415,000 | 415,000 | 415,000 | 390,000 | 390,000 | 390,000 | 380,000 | 380,000 | 380,000 | 380,000 | 380,000 | 5,145,000 |
| Raw Ingredients - import | | 98,736 | | | 102,000 | | 102,000 | | 102,000 | | 102,000 | | 102,000 | | 102,000 | | 102,000 | | 612,000 |
| Packaging Supplies (boxes/film/etc) | 20,653 | 14,873 | 44,369 | 31,500 | 31,500 | 26,000 | 26,000 | 26,000 | 26,000 | 26,000 | 26,000 | 26,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 333,000 |
| QA and production supplies | | 1,228 | | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 32,500 |
| Plant Cleaning Costs (outside service) | | 8,268 | 7,731 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 6,900 | 6,900 | 6,900 | 6,900 | 6,900 | 6,900 | 6,900 | 6,900 | 6,900 | 93,300 |
| Outside manufacturing services | | | | | | | | | | | | | | | | | | | |
| Shipping/Freight | 943 | 12,704 | 12,110 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 286,000 |
| Building/equipment repair | | | | 3,500 | 3,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 32,500 |
| Equipment lease | 701 | | | | 701 | 2,075 | | | 701 | | 2,075 | | | | 2,075 | | | | 6,926 |
| Building lease | 12,716 | | 12,716 | | | | 12,720 | | | | 12,720 | | | | 12,720 | | | | 38,160 |
| Real estate taxes | | | | 48,138 | | | | | | | | | | | | | | | |
| Refrigerated van repair/gas | | | 1,371 | 1,800 | 1,800 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 19,500 |
| Costs/gloves/frames for Production Workers | | | | 500 | 500 | | 500 | | 500 | | 500 | | 500 | | 500 | | 500 | | 4,500 |
| Insurance | 9,365 | | | 9,370 | | | | 10,000 | | | 10,000 | | | | 10,000 | | | | 65,000 |
| Utilities, including internet services | | 2,186 | 20,225 | 21,965 | | 1,000 | | 20,000 | 2,000 | | | 20,000 | 2,000 | | | 20,000 | | | 65,000 |
| Garbage removal services | | 2,219 | | | | 2,250 | | | | 2,250 | | | | 2,250 | | | | | 6,750 |
| Advertising | | | | | | | | | | | | | | | | | | | |
| Marketing Allowances | 2,067 | | 10,272 | 21,600 | 9,000 | 9,000 | 20,000 | 35,000 | 35,000 | 30,000 | 30,000 | 25,000 | 25,000 | 25,000 | 25,000 | 23,000 | 23,000 | 23,000 | 328,000 |
| Food Show Costs | | | 3 | | 2,000 | 3,000 | | | | | | | | | | | | | 3,000 |
| Professional fees - tax return prep | | | | | | | | | | | | | | | 2,000 | | | | 2,000 |
| Professional fees - Legal (internal) | | | | | | | | | 2,500 | | | | | | | | | | 2,500 |
| Professional fees - IT | | 3,146 | | | 3,150 | | | | 3,500 | | | | | 3,500 | | | | | 10,150 |
| Sales Commissions | | | | 2,000 | | | 17,000 | | | | 17,000 | | | | 18,000 | | | | 52,000 |
| Office expense | | | | 400 | 375 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,250 |
| Bank fees | 1,419 | | | | 1,500 | | | 1,500 | | | | 1,500 | | | | 1,500 | | | 4,500 |
| Office Cleaning Costs (outside service) | | 537 | 537 | 540 | 540 | 540 | 540 | 540 | 540 | 540 | 540 | 540 | 540 | 540 | 540 | 540 | 540 | 540 | 7,020 |
| Employee expense/reimbursement | | 4,226 | | 4,200 | | 3,500 | | | 3,500 | | | 3,500 | | | 3,500 | | | | 24,500 |
| State Income Taxes/Fees | | | | 2,450 | | | | | | | | | | | | | | | 2,450 |
| Legal - Foley | | | | | | | | | | 37,500 | | | | 30,000 | | | | 30,000 | 97,500 |
| Legal - Creditor Committee | | | | | | | | | | 37,500 | | | | 30,000 | | | | 30,000 | 97,500 |
| Platinum | | | | | | | | | | 37,500 | | | | 30,000 | | | | 30,000 | 97,500 |
| Other production costs | 665 | | | | 1,700 | | 500 | | 500 | | 500 | | 500 | | 500 | | 500 | | 3,000 |
| USDA Fees/SQF Annual Audit Fees | | | | | 4,000 | | | | | | 2,500 | | 7,500 | | | | | | 12,500 |
| Product samples | | | 1,432 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 13,000 |
| Installation of upgraded network back-up system | | | | | | | | | | 5,500 | | | | | | | | | 5,500 |
| Payment of US Trustee Fees | | | | | 325 | | | | | 45,000 | | | | | 45,000 | | | | 90,325 |
| Debt service on Ochsner Equipment Note | | | | | | | 18,900 | | | | | | 18,900 | | | | 18,900 | | 56,700 |
| Misc | 550 | 600 | | 2,450 | 2,450 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 32,500 |
| **Total operating disbursements** | 554,962 | 576,971 | 634,528 | 660,543 | 758,936 | 545,310 | 722,010 | 619,796 | 756,491 | 721,390 | 711,155 | 568,096 | 748,740 | 598,890 | 631,435 | 654,816 | 610,290 | 722,190 | 8,610,609 |
| **Cash available after operating activities** | 33,584 | 10,628 | (35,215) | (17,051) | (32,478) | 154,690 | (72,010) | 55,204 | (81,491) | (46,390) | (36,155) | 31,904 | (123,740) | 76,110 | 18,565 | (54,816) | (110,290) | (122,190) | (310,609) |

**Summary Cash Flow**

| | 9/27/19 | 10/4/19 | 10/11/19 | 10/18/19 | 10/25/19 | 11/1/19 | 11/8/19 | 11/15/19 | 11/22/19 | 11/29/19 | 12/6/19 | 12/13/19 | 12/20/19 | 12/27/19 | 1/3/20 | 1/10/20 | 1/17/20 | 1/24/20 | 11/1 - 1/24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning period cash | 158,488 | 192,072 | 202,700 | 167,485 | 150,434 | 117,956 | 272,646 | 200,636 | 255,840 | 174,349 | 127,959 | 91,804 | 123,708 | (32) | 76,078 | 94,643 | 39,827 | (70,463) | 117,956 |
| Cash receipts | 588,547 | 587,598 | 599,312 | 643,492 | 726,458 | 700,000 | 650,000 | 675,000 | 675,000 | 675,000 | 675,000 | 600,000 | 625,000 | 675,000 | 650,000 | 600,000 | 500,000 | 600,000 | 8,300,000 |
| Operating disbursements | (554,962) | (576,971) | (634,528) | (660,543) | (758,936) | (545,310) | (722,010) | (619,796) | (756,491) | (721,390) | (711,155) | (568,096) | (748,740) | (598,890) | (631,435) | (654,816) | (610,290) | (722,190) | (8,610,609) |
| Investing cash flow activity | | | | | | | | | | | | | | | | | | | |
| Financing cash flow activity | | | | | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | | | | | |
| **ending period cash (calculated)** | 158,488 | 192,072 | 202,700 | 167,485 | 150,434 | 117,956 | 272,646 | 200,636 | 255,840 | 174,349 | 127,959 | 91,804 | 123,708 | (32) | 76,078 | 94,643 | 39,827 | (70,463) | (192,653) |

**Rolling A/R**

| | 9/27/19 | 10/4/19 | 10/11/19 | 10/18/19 | 10/25/19 | 11/1/19 | 11/8/19 | 11/15/19 | 11/22/19 | 11/29/19 | 12/6/19 | 12/13/19 | 12/20/19 | 12/27/19 | 1/3/20 | 1/10/20 | 1/17/20 | 1/24/20 | 11/1 - 1/24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning A/R balance | 1,159,527 | 1,455,021 | 1,513,703 | 1,640,849 | 1,697,357 | 1,620,899 | 1,595,899 | 1,620,899 | 1,620,899 | 1,620,899 | 1,545,899 | 1,495,899 | 1,570,899 | 1,595,899 | 1,520,899 | 1,370,899 | 1,370,899 | 1,470,899 | 1,620,899 |
| Sales for period | 769,177 | 643,492 | 726,458 | 700,000 | 650,000 | 675,000 | 675,000 | 675,000 | 675,000 | 600,000 | 625,000 | 675,000 | 650,000 | 600,000 | 600,000 | 600,000 | 600,000 | 600,000 | 8,150,000 |
| A/R receipts | (588,547) | (584,810) | (599,312) | (643,492) | (726,458) | (700,000) | (650,000) | (675,000) | (675,000) | (675,000) | (675,000) | (600,000) | (625,000) | (675,000) | (650,000) | (600,000) | (500,000) | (600,000) | (8,300,000) |
| Reported Ending A/R Balance (9/20/19) | 1,044,664 | | | | | | | | | | | | | | | | | | |
| Sales Not Previously Reported for W/E 09.21.19 | 114,863 | 114,863 | | | | | | | | | | | | | | | | | |
| **Ending A/R balance (calculated)** | 1,159,527 | 1,455,021 | 1,513,703 | 1,640,849 | 1,697,357 | 1,620,899 | 1,595,899 | 1,620,899 | 1,620,899 | 1,620,899 | 1,545,899 | 1,495,899 | 1,570,899 | 1,595,899 | 1,520,899 | 1,370,899 | 1,370,899 | 1,470,899 | 1,470,899 |
| Pre-petition cash balance | 158,488 | 158,488 | 158,488 | 158,488 | 158,488 | 158,488 | 158,488 | 158,488 | 158,488 | 158,488 | 158,488 | 158,488 | 158,488 | 158,488 | 158,488 | 158,488 | 158,488 | 158,488 | 158,488 |
| Pre-petition A/R balance | 1,159,527 | 1,159,527 | 1,159,527 | 1,318,015 | 1,318,015 | 1,318,015 | 1,159,527 | 1,159,527 | 1,159,527 | 1,159,527 | 1,159,527 | 1,159,527 | 1,159,527 | 1,159,527 | 1,159,527 | 1,159,527 | 1,159,527 | 1,159,527 | 1,159,527 |
| Total pre-petition estate value | 1,318,015 | 1,318,015 | 1,318,015 | 1,318,015 | 1,318,015 | 1,318,015 | 1,318,015 | 1,318,015 | 1,318,015 | 1,318,015 | 1,318,015 | 1,318,015 | 1,318,015 | 1,318,015 | 1,318,015 | 1,318,015 | 1,318,015 | 1,318,015 | 1,318,015 |
| Change in estate value from pre-petition value | | 329,078 | 398,388 | 490,319 | 529,776 | 420,840 | 550,530 | 503,520 | 558,724 | 477,233 | 355,843 | 269,688 | 376,592 | 277,852 | 278,962 | 147,527 | 92,711 | 82,421 | (39,769) | (39,769) |
| Change in estate value from pre-petition value (by period) | | 69,310 | 91,930 | 39,457 | (108,936) | 129,690 | (47,010) | 55,204 | (81,491) | (121,390) | (86,155) | 106,904 | (98,740) | 1,110 | (131,435) | (54,816) | (10,290) | (122,190) | |