## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

---

In re:                                          Bankr. Case No. 19-32928 (MER)

Rancher's Legacy Meat Co.,                                      Chapter 11

Debtor.

---

## NOTICE OF MOTION AND MOTION
## FOR RELIEF FROM AUTOMATIC STAY

---

To:    The debtor and other entities specified in Local Rule 9013-3.

1.     Great Plains Beef, LLC ("Great Plains") moves the court for the relief requested below and gives notice of hearing.

2.     The court will hold a hearing on this motion at 2:30 p.m. on Thursday, February 13, 2020 in Courtroom No. 7 West, at the United States Courthouse, at 300 S. 4th St., Minneapolis, Minnesota, before Chief Bankruptcy Judge Michael E. Ridgway.

3.     Any response to this motion must be filed and served not later than **Friday, February 7, 2020**, which is five days before the time set for the hearing (including Saturdays, Sundays, and holidays). **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

4.     This court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005, and Local Rule 1070-1. This proceeding is

a core proceeding. The petition commencing this chapter 11 case was filed on

September 20, 2019. The case is now pending in this court.

5.      This motion arises under 11 U.S.C. §§ 362(d) and 553, Fe. R. Bankr. P.

4001, and Local Rule 4001-1. This motion is filed under Fed. R. Bankr. P. 9014.

Great Plains requests relief with respect to its right of setoff.

## FACTUAL BACKGROUND

6.      Pre-petition, Great Plains sold goods to Debtor. As of the Petition Date,

Debtor owed Great Plains $605,353.51 based on approximately 33 unpaid invoices

that existed as of that date (collectively, the "Great Plains Indebtedness"). A true

and correct copy of the Proof of Claim of Great Plains, filed as Proof of Claim No. 16,

is attached hereto as **Exhibit A**.

7.      Based on the unpaid invoices, Great Plains has a 20-day

administrative claim under 11 U.S.C. § 503(b)(9) in the amount of $189,544.48.

8.      In addition, pre-petition, Debtor issued invoices to Great Plains that

remained unpaid as of the Petition Date (collectively, the "Debtor Invoices"). In

total, $9,192.38 in unpaid Debtor Invoices were due prior to the commencement of

this case.

## RELIEF REQUESTED AND BASIS FOR RELIEF

9.      Great Plains is requesting that the Court grant it relief from the

automatic stay under 11 U.S.C. § 362(d) to apply the amount of the Debtor Invoices

to the Great Plains Indebtedness, thus exercising its right of setoff as authorized by

11 U.S.C. § 553.  *See* 11 U.S.C. § 362(a)(7) (stating that a creditor must obtain relief

2.

from the automatic stay in order to setoff any debt owing to the debtor that arose

before commencement of the case).

10.     This motion is further supported by the memorandum of law included

herewith and incorporated by reference herein.

11.     Pursuant to Local Rule 9013-2(c), in the event of an evidentiary

hearing on this motion, Great Plains reserves its right to offer oral testimony from a

Great Plains representative regarding the facts supporting this motion.

WHEREFORE, Great Plains moves the court for an order that:

a.  Grants Great Plains relief from the automatic stay under 11 U.S.C. § 362(d)

to enable Great Plains to exercise its right of setoff;

b.  Waives the 14-day waiting period set forth in Fed. R. Bankr. P. 4001(a)(3);

and

c.  Grants such other relief as may be just and equitable.

Respectfully submitted,

Dated: January 13, 2020          _/e/ Alexander J. Beeby_____
                                 Alexander J. Beeby (398286)
                                 Larkin Hoffman Daly & Lindgren Ltd.
                                 8300 Norman Center Drive
                                 Suite 1000
                                 Minneapolis, Minnesota  55437-1060
                                 (952) 835-3800
                                 abeeby@larkinhoffman.com

                                 Attorneys for Great Plains Beef, LLC

## VERIFICATION

I, Shane Peed, owner of Great Plains Beef, LLC, the movant named in the foregoing notice of hearing and motion, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Executed on: _1 / 9 / 2020_

_____
Shane Peed
100 W Grand Drive
Lincoln, Nebraska 68521

4811-4594-3472, v. 1

# EXHIBIT A

**Fill in this information to identify the case:**

Debtor 1   Rancher's Legacy Meat Co.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **District of Minnesota**

Case number:  **19–32928**

**FILED**

**U.S. Bankruptcy Court**
**District of Minnesota**

1/6/2020

**Lori Vosejpka, Clerk**

## Official Form 410
## Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| **Part 1:** | **Identify the Claim** |
| --- | --- |

**1. Who is the current creditor?**

Great Plains Beef LLC

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Great Plains Beef LLC

Name

PO Box 82545
Lincoln NE 68501

Contact phone     800–544–1359

Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**Where should payments to the creditor be sent?** (if different)

Name

Contact phone

Contact email

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____
                                                                              MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:     1236 |

| | |
|---|---|
| 7. **How much is the claim?** | $    605353.51      **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>     Goods sold |

| | |
|---|---|
| 9. **Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>     **Nature of property:**<br>     ☐ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.<br>     ☐ Motor vehicle<br>     ☐ Other. Describe: _____<br><br>     **Basis for perfection:** _____<br><br>     Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>     **Value of property:**     $ _____<br><br>     **Amount of the claim that is secured:**     $ _____<br><br>     **Amount of the claim that is unsecured:**     $ _____   (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>     **Amount necessary to cure any default as of the date of the petition:**     $ _____<br><br>     **Annual Interest Rate** (when case was filed)     _____ %<br><br>     ☐ Fixed<br>     ☐ Variable |

| | |
|---|---|
| 10. **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |

| | |
|---|---|
| 11. **Is this claim subject to a right of setoff?** | ☐ No<br>☑ Yes. Identify the property:    Subject to a pre–petition obligation to Debtor of $9,192.38 |

Official Form 410             Proof of Claim            

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No<br>☑ Yes. *Check all that apply:* | | Amount entitled to priority |
|---|---|---|---|---|

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). $ _____

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). $ _____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). $ _____

☑ Other. Specify subsection of 11 U.S.C. § 507(a)(2) that applies $ 189544.48

\* Amounts are subject to adjustment on 4/1/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____1/6/2020_____

MM / DD / YYYY

/s/ Shane Peed

Signature

Print the name of the person who is completing and signing this claim:

| Name | Shane Peed |
|---|---|
| | First name   Middle name   Last name |
| Title | Owner |
| Company | Great Plains Beef LLC |
| | Identify the corporate servicer as the company if the authorized agent is a servicer |
| Address | PO Box 82545 |
| | Number   Street |
| | Lincoln, NE 68501 |
| | City   State   ZIP Code |
| Contact phone | 800–544–1359        Email |

**PROOF OF CLAIM OF GREAT PLAINS BEEF LLC**
**ATTACHMENT NO. 1**

**U.S. BANKRUPTCY COURT FOR THE DISTRICT OF MINNESOTA**
**(ST. PAUL DIVISION)**

*IN RE RANCHER'S LEGACY MEAT CO.*
**CASE NO. 19-32928**

The $605,353.51 amount identified on the Proof of Claim is the total claim due to Great Plains Beef, LLC ("Great Plains") based upon goods sold to Debtor as of the bankruptcy filing date (September 20, 2019).  Copies of the invoices which form the basis of this claim are collectively attached as Exhibit A and incorporated herein by reference, including redactions of confidential pricing information.

Below is a summary of Great Plains' 20-day administrative claim per Section 503(b)(9) of the United States Bankruptcy Code in the amount $189,544.48:

| Date | Invoice No. | Delivery Date | Amount |
|---|---|---|---|
| 9/9/2019 | 94086 | 9/4/2019 | $35,281.70 |
| 9/9/2019 | 94088 | 9/6/2019 | $11,236.82 |
| 9/9/2019 | 94118 | 9/6/2019 | $16,461.09 |
| 9/16/2019 | 94296 | 9/13/2019 | $5,300.54 |
| 9/16/2019 | 94298 | 9/11/2019 | $39,181.32 |
| 9/16/2019 | 94300 | 9/11/2019 | $8,866.82 |
| 9/16/2019 | 94322 | 9/13/2019 | $7,020.60 |
| 9/23/2019 | 94492 | 9/18/2019 | $20,590.44 |
| 9/23/2019 | 94494 | 9/18/2019 | $9,729.76 |
| 9/23/2019 | 94496 | 9/18/2019 | $35,875.39 |
| **TOTAL** | | | **$189,544.48** |

DATED this 30ᵗʰ day of December 2019.

GREAT PLAINS BEEF, LLC

By: _____
Shane Peed, Owner

## GREAT PLAINS BEEF LLC - RANCHER'S LEGACY INVOICES

| | Date | Ship Date | Delivery Date | Type | No. | Amount | 503(b) Claim |
|---|---|---|---|---|---|---|---|
| Rancher's Legacy | | | | Credit Carry Forward | C92758 | $ (1,576.89) | |
| | 7/22/2019 | 7/16/2019 | 7/19/2019 | Invoice | 92544 | $ 20,284.76 | |
| | 7/22/2019 | 7/16/2019 | 7/17/2019 | Invoice | 92546 | $ 8,036.61 | |
| | 7/30/2019 | 7/23/2019 | 7/24/2019 | Invoice | 92758 | $ 29,957.10 | |
| | 7/30/2019 | 7/23/2019 | 7/24/2019 | Invoice | 92760 | $ 6,219.63 | |
| | 7/30/2019 | 7/23/2019 | 7/24/2019 | Invoice | 92762 | $ 17,029.11 | |
| | 8/5/2019 | 7/30/2019 | 7/31/2019 | Invoice | 92964 | $ 37,110.48 | |
| | 8/5/2019 | 7/30/2019 | 7/31/2019 | Invoice | 92966 | $ 14,612.45 | |
| | 8/5/2019 | 7/30/2019 | 7/31/2019 | Invoice | 92968 | $ 7,599.07 | |
| | 8/12/2019 | 8/6/2019 | 8/7/2019 | Invoice | 93194 | $ 45,518.73 | |
| | 8/12/2019 | 8/6/2019 | 8/7/2019 | Invoice | 93196 | $ 3,192.29 | |
| | 8/12/2019 | 8/6/2019 | 8/7/2019 | Invoice | 93198 | $ 9,441.22 | |
| | 8/19/2019 | 8/13/2019 | 8/14/2019 | Invoice | 93430 | $ 5,955.88 | |
| | 8/19/2019 | 8/13/2019 | 8/14/2019 | Invoice | 93432 | $ 36,692.44 | |
| | 8/19/2019 | 8/13/2019 | 8/14/2019 | Invoice | 93434 | $ 27,462.53 | |
| | 8/26/2019 | 8/20/2019 | 8/21/2019 | Invoice | 93640 | $ 335.55 | |
| | 8/26/2019 | 8/20/2019 | 8/21/2019 | Invoice | 93642 | $ 3,692.34 | |
| | 8/26/2019 | 8/20/2019 | 8/21/2019 | Invoice | 93644 | $ 9,469.85 | |
| | 8/26/2019 | 8/20/2019 | 8/21/2019 | Invoice | 93646 | $ 52,594.12 | |
| | 8/26/2019 | 8/22/2019 | 8/23/2019 | Invoice | 93668 | $ 24,189.55 | |
| | 9/3/2019 | 8/27/2019 | 8/28/2019 | Invoice | 93858 | $ 5,892.20 | |
| | 9/3/2019 | 8/27/2019 | 8/30/2019 | Invoice | 93860 | $ 36,550.38 | |
| | 9/3/2019 | 8/27/2019 | 8/28/2019 | Invoice | 93862 | $ 14,201.74 | |
| | 9/3/2019 | 8/29/2019 | 8/30/2019 | Invoice | 94004 | $ 1,428.89 | |
| | 9/9/2019 | 9/3/2019 | 9/4/2019 | Invoice | 94086 | $ 35,281.70 | $ 35,281.70 |
| | 9/9/2019 | 9/5/2019 | 9/6/2019 | Invoice | 94088 | $ 11,236.82 | $ 11,236.82 |
| | 9/9/2019 | 9/5/2019 | 9/6/2019 | Invoice | 94118 | $ 16,461.09 | $ 16,461.09 |
| | 9/16/2019 | 9/10/2019 | 9/13/2019 | Invoice | 94296 | $ 5,300.54 | $ 5,300.54 |
| | 9/16/2019 | 9/10/2019 | 9/11/2019 | Invoice | 94298 | $ 39,181.32 | $ 39,181.32 |
| | 9/16/2019 | 9/10/2019 | 9/11/2019 | Invoice | 94300 | $ 8,866.82 | $ 8,866.82 |
| | 9/16/2019 | 9/12/2019 | 9/13/2019 | Invoice | 94322 | $ 7,020.60 | $ 7,020.60 |
| | 9/23/2019 | 9/17/2019 | 9/18/2019 | Invoice | 94492 | $ 20,590.44 | $ 20,590.44 |
| | 9/23/2019 | 9/17/2019 | 9/18/2019 | Invoice | 94494 | $ 9,729.76 | $ 9,729.76 |
| | 9/23/2019 | 9/17/2019 | 9/18/2019 | Invoice | 94496 | $ 35,875.39 | $ 35,875.39 |
| Rancher's Legacy Total | | | | | | $ 605,434.51 | $ 189,544.48 |

# INVOICE

**CERTIFIED PIEDMONTESE**
By Great Plains Beef

PO Box 82545
Lincoln, NE 68501
1 (800) 544-1359

Monday July 22, 2019

**Invoice Number: 92544**

**Shipping Date:** 07/16/2019
**Delivery Date:** 07/19/2019

**Bill of Lading: 581146**
**Sales Representative: Travis Maxson**

Bill To: **Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

Ship To: **Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

| Product | | Cases | Weight | Price/lb. | Total Amount |
|---------|--------------------|-------|--------|-----------|--------------|
| 10222 | 25/75 Trim - Combo | REDACTED | | | $1,018.96 |
| 10252 | 50/50 Trim - Combo | | | | $5,439.23 |
| 10282 | 85/15 Trim - Combo | | | | $13,826.57 |

*Sub Total:* $20,284.76

*Total:* REDACTED $20,284.76
*Gross Freight:* Freight Included

**Total Amount Due** $20,284.76

**Terms: Net 21 days from receipt of goods. Total amount due no later than 08/09/2019.**

Discrepancy in quantity, weights and condition must be reported immediately to your representative on receipt of goods. Please provide details and photos to verify concerns. Thank you.
**Born, raised, and harvested in the United States.**

# EXHIBIT A

# INVOICE

**CERTIFIED PIEDMONTESE**
By Great Plains Beef

Great Plains Beef Ltd
PO Box 82545
Lincoln, NE 68501
1 (800) 544-1359

Monday July 22, 2019

**Invoice Number: 92546**

**Shipping Date:** 07/16/2019
**Delivery Date:** 07/17/2019

**Bill of Lading: 581134**
**Sales Representative: Travis Maxson**

Bill To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

Ship To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

| Product | | Cases | Weight | Price/lb. | Total Amount |
|---------|--------------------|-------|--------|-----------|-------------|
| 10010 | Center Cut Femur Bones | | REDACTED | | $959.89 |
| 11255 | Meaty Back Ribs | | | | $1,415.25 |
| 11301 | Bnls Chuck Short Ribs | | | | $2,600.42 |
| 12011 | Brisket Flat | | | | $336.46 |
| 12013 | Brisket Points | | | | $375.11 |
| 18511 | Sirloin Flap | | | | $2,349.48 |
| | *Sub Total:* | | | | $8,036.61 |

| | | | | |
|---|---|---|---|---|
| | *Total:* | REDACTED | | $8,036.61 |
| | *Gross Freight:* | | | Freight Included |

**Total Amount Due**     $8,036.61

**Terms: Net 21 days from receipt of goods. Total amount due no later than  08/07/2019.**

Discrepancy in quantity, weights and condition must be reported immediately to your representative on receipt of goods. Please provide details and photos to verify concerns. Thank you.
**Born, raised, and harvested in the United States.**

# INVOICE

**CERTIFIED PIEDMONTESE**
By Great Plains Beef

**Great Plains Beef LLC**
PO Box 82545
Lincoln, NE 68501
1 (800) 544-1359

Tuesday July 30, 2019

**Invoice Number: 92758**

**Shipping Date:** 07/23/2019
**Delivery Date:** 07/24/2019

**Bill of Lading: 581565**
**Sales Representative: Travis Maxson**

Bill To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

Ship To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

| Product | | Cases | Weight | Price/lb. | Total Amount |
|---|---|---|---|---|---|
| 10222 | 25/75 Trim - Combo | REDACTED | | | $1,377.12 |
| 10252 | 50/50 Trim - Combo | | | | $5,226.22 |
| 10282 | 85/15 Trim - Combo | | | | $23,353.76 |
| | Sub Total: | | | | $29,957.10 |

| | Total: | REDACTED | $29,957.10 |
|---|---|---|---|
| | Gross Freight: | | Freight Included |

**Total Amount Due**     **$29,957.10**

**Terms: Net 21 days from receipt of goods. Total amount due no later than 08/14/2019.**

Discrepancy in quantity, weights and condition must be reported immediately to your representative on receipt of goods. Please provide details and photos to verify concerns. Thank you.
**Born, raised, and harvested in the United States.**

# INVOICE

Tuesday July 30, 2019

PO Box 82545
Lincoln, NE 68501
1 (800) 544-1359

CERTIFIED
**PIEDMONTESE**
By Great Plains Beef

**Invoice Number: 92760**

**Shipping Date:** 07/23/2019
**Delivery Date:** 07/24/2019

**Bill of Lading: 581570**
**Sales Representative: Travis Maxson**

Bill To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

Ship To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

| Product | | Cases | Weight | Price/lb. | Total Amount |
|---|---|---|---|---|---|
| 10010 | Center Cut Femur Bones | REDACTED | | | $1,037.08 |
| 11301 | Bnls Chuck Short Ribs | | | | $3,113.81 |
| 11621 | Chuck Tender | | | | $1,354.12 |
| 12013 | Brisket Points | | | | $714.62 |
| | Sub Total: | | | | $6,219.63 |

| | | | | |
|---|---|---|---|---|
| Total: | REDACTED | | | $6,219.63 |
| Gross Freight: | | | | Freight Included |

**Total Amount Due** $6,219.63

**Terms: Net 21 days from receipt of goods. Total amount due no later than 08/14/2019.**

Discrepancy in quantity, weights and condition must be reported immediately to your representative on receipt of goods. Please provide details and photos to verify concerns. Thank you.
**Born, raised, and harvested in the United States.**

# INVOICE

**CERTIFIED PIEDMONTESE**
By Great Plains Beef

Great Plains Beef LLC
PO Box 82545
Lincoln, NE 68501
1 (800) 544-1359

Tuesday July 30, 2019

**Invoice Number: 92762**

**Shipping Date:** 07/23/2019
**Delivery Date:** 07/24/2019

**Bill of Lading: 581574**
**Sales Representative: Travis Maxson**

Bill To: **Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

Ship To: **Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

| Product | | Cases | Weight | Price/lb. | Total Amount |
|---------|--------------------|-------|--------|-----------|--------------|
| 10252   | 50/50 Trim - Combo | REDACTED | | | $4,423.80 |
| 10282   | 85/15 Trim - Combo | | | | $12,605.31 |
| | Sub Total: | | | | $17,029.11 |

| | | | |
|---|---|---|---|
| Total: | REDACTED | | $17,029.11 |
| Gross Freight: | | | Freight Included |

**Total Amount Due**  $17,029.11

**Terms: Net 21 days from receipt of goods. Total amount due no later than  08/14/2019.**

Discrepancy in quantity, weights and condition must be reported immediately to your representative on receipt of goods. Please provide details and photos to verify concerns. Thank you.
**Born, raised, and harvested in the United States.**

# INVOICE

**CERTIFIED PIEDMONTESE**
*By Great Plains Beef*

Monday August 5, 2019

PO Box 82545
Lincoln, NE 68501
1 (800) 544-1359

**Invoice Number: 92964**

**Shipping Date:** 07/30/2019
**Delivery Date:** 07/31/2019

**Bill of Lading:** 582038
**Sales Representative:** Travis Maxson

Bill To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

Ship To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

| Product | | Cases | Weight | Price/lb. | Total Amount |
|---------|--------------------|-------|--------|-----------|--------------|
| 10222 | 25/75 Trim - Combo | | | | $1,332.48 |
| 10252 | 50/50 Trim - Combo | REDACTED | | | $5,741.36 |
| 10282 | 85/15 Trim - Combo | | | | $30,036.64 |
| | Sub Total: | | | | $37,110.48 |

| | Total: | REDACTED | $37,110.48 |
|--|--------|----------|-----------|
| | Gross Freight: | | Freight Included |

**Total Amount Due** — **$37,110.48**

**Terms: Net 21 days from receipt of goods. Total amount due no later than  08/21/2019.**

Discrepancy in quantity, weights and condition must be reported immediately to your representative on receipt of goods. Please provide details and photos to verify concerns. Thank you.

**Born, raised, and harvested in the United States.**

# INVOICE

Monday August 5, 2019

**CERTIFIED**
**PIEDMONTESE**
By Great Plains Beef

PO Box 82545
Lincoln, NE 68501
1 (800) 544-1359

**Invoice Number: 92966**

**Shipping Date:** 07/30/2019
**Delivery Date:** 07/31/2019

**Bill of Lading: 582047**
**Sales Representative: Travis Maxson**

Bill To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

Ship To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

| Product | | Cases | Weight | Price/lb. | Total Amount |
|---------|--------------------|-------|--------|-----------|-------------|
| 10252 | 50/50 Trim - Combo | REDACTED | | | $5,911.54 |
| 10282 | 85/15 Trim - Combo | | | | $8,700.91 |
| | Sub Total: | | | | $14,612.45 |

| | | | | |
|---|---|---|---|---|
| | Total: | REDACTED | | $14,612.45 |
| | Gross Freight: | | | Freight Included |

**Total Amount Due** $14,612.45

Terms: Net 21 days from receipt of goods. Total amount due no later than  08/21/2019.

Discrepancy in quantity, weights and condition must be reported immediately to your representative on receipt
of goods. Please provide details and photos to verify concerns. Thank you.
**Born, raised, and harvested in the United States.**

**INVOICE**

Monday August 5, 2019

PO Box 82545
Lincoln, NE 68501
1 (800) 544-1359

CERTIFIED
**PIEDMONTESE**
By Great Plains Beef

**Invoice Number: 92968**

**Shipping Date: 07/30/2019**
**Delivery Date: 07/31/2019**

**Bill of Lading: 582043**
**Sales Representative: Travis Maxson**

Bill To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

Ship To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

| Product | | Cases | Weight | Price/lb. | Total Amount |
|---|---|---|---|---|---|
| 10010 | Center Cut Femur Bones | REDACTED | | | $966.17 |
| 11301 | Bnls Chuck Short Ribs | | | | $2,818.28 |
| 11621 | Chuck Tender | | | | $1,604.80 |
| 18511 | Sirloin Flap | | | | $2,209.82 |
| | Sub Total: | | | | $7,599.07 |

| | | | |
|---|---|---|---|
| Total: | REDACTED | | $7,599.07 |
| Gross Freight: | | | Freight Included |

**Total Amount Due** $7,599.07

**Terms: Net 21 days from receipt of goods. Total amount due no later than  08/21/2019.**

Discrepancy in quantity, weights and condition must be reported immediately to your representative on receipt
of goods. Please provide details and photos to verify concerns. Thank you.
**Born, raised, and harvested in the United States.**

# INVOICE

**CERTIFIED PIEDMONTESE**
By Great Plains Beef

Monday August 12, 2019

PO Box 82545
Lincoln, NE 68501
1 (800) 544-1359

**Invoice Number: 93194**

**Shipping Date:** 08/06/2019
**Delivery Date:** 08/07/2019

**Bill of Lading:** 582529
**Sales Representative: Travis Maxson**

Bill To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

Ship To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

| Product | | Cases | Weight | Price/lb. | Total Amount |
|---|---|---|---|---|---|
| 10222 | 25/75 Trim - Combo | | REDACTED | | $1,229.76 |
| 10252 | 50/50 Trim - Combo | | | | $5,744.37 |
| 10282 | 85/15 Trim - Combo | | | | $38,544.60 |
| | Sub Total: | | | | $45,518.73 |

| | | | |
|---|---|---|---|
| Total: | REDACTED | | $45,518.73 |
| Gross Freight: | | | Freight Included |

**Total Amount Due** $45,518.73

**Terms: Net 21 days from receipt of goods. Total amount due no later than  08/28/2019.**

Discrepancy in quantity, weights and condition must be reported immediately to your representative on receipt
of goods. Please provide details and photos to verify concerns. Thank you.
**Born, raised, and harvested in the United States.**

**INVOICE**

Monday August 12, 2019

PO Box 82545
Lincoln, NE 68501
1 (800) 544-1359

**Invoice Number: 93196**

**Shipping Date:** 08/06/2019
**Delivery Date:** 08/07/2019

**Bill of Lading:** 582513
**Sales Representative: Travis Maxson**

Bill To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

Ship To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

| Product | | Cases | Weight | Price/lb. | Total Amount |
|---------|---|-------|--------|-----------|--------------|
| 10252 | 50/50 Trim - Combo | REDACTED | | | $3,192.29 |
| | *Sub Total:* | | | | $3,192.29 |

| | | | | |
|---|---|---|---|---|
| | *Total:* | REDACTED | | $3,192.29 |
| | *Gross Freight:* | | | Freight Included |

**Total Amount Due** $3,192.29

**Terms: Net 21 days from receipt of goods. Total amount due no later than 08/28/2019.**

Discrepancy in quantity, weights and condition must be reported immediately to your representative on receipt
of goods. Please provide details and photos to verify concerns. Thank you.
**Born, raised, and harvested in the United States.**

# INVOICE

**CERTIFIED**
**PIEDMONTESE**
By Great Plains Beef

Monday August 12, 2019

PO Box 82545
Lincoln, NE 68501
1 (800) 544-1359

**Invoice Number: 93198**

**Shipping Date:** 08/06/2019
**Delivery Date:** 08/07/2019

**Bill of Lading:** 582530
**Sales Representative:** Travis Maxson

Bill To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

Ship To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

| Product | | Cases | Weight | Price/lb. | Total Amount |
|---------|------------------------|-------|--------|-----------|--------------|
| 11211 | Lipon Ribeye 0x1 | | | | $3,836.04 |
| 11255 | Meaty Back Ribs | | REDACTED | | $1,160.88 |
| 11301 | Bnls Chuck Short Ribs | | | | $3,102.36 |
| 11621 | Chuck Tender | | | | $1,341.94 |
| | Sub Total: | | | | $9,441.22 |

| | | | |
|---|---|---|---|
| | Total: | REDACTED | $9,441.22 |
| | Gross Freight: | | Freight Included |

| | |
|---|---|
| **Total Amount Due** | **$9,441.22** |

**Terms: Net 21 days from receipt of goods. Total amount due no later than  08/28/2019.**

Discrepancy in quantity, weights and condition must be reported immediately to your representative on receipt
of goods. Please provide details and photos to verify concerns. Thank you.
**Born, raised, and harvested in the United States.**

# INVOICE

**CERTIFIED PIEDMONTESE**
By Great Plains Beef

Monday August 19, 2019

Great Plains Beef, LLC
PO Box 82545
Lincoln, NE 68501
1 (800) 544-1359

**Invoice Number: 93430**

**Shipping Date:** 08/13/2019
**Delivery Date:** 08/14/2019

**Bill of Lading:** 582978
**Sales Representative:** Travis Maxson

Bill To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

Ship To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

| Product | | Cases | Weight | Price/lb. | Total Amount |
|---------|---|-------|--------|-----------|--------------|
| 11301 | Bnls Chuck Short Ribs | REDACTED | | | $3,377.78 |
| 11621 | Chuck Tender | | | | $1,396.28 |
| 12001 | Brisket | | | | $199.68 |
| 12013 | Brisket Points | | | | $832.44 |
| | Sub Total: | | | | $5,806.18 |

| Product | | Cases | Units | Price/Unit | Total Amount |
|---------|---|-------|-------|------------|--------------|
| 5282424 | Uncured Beef Hot Dog - 4/1 | REDACTED | | | $149.70 |
| | Sub Total: | | | | $149.70 |

| | | |
|---|---|---|
| Total: | | $5,955.88 |
| Gross Freight: | | Freight Included |

**Total Amount Due** $5,955.88

**Terms: Net 21 days from receipt of goods. Total amount due no later than 09/04/2019.**

Discrepancy in quantity, weights and condition must be reported immediately to your representative on receipt of goods. Please provide details and photos to verify concerns. Thank you.
**Born, raised, and harvested in the United States.**

**INVOICE**

PO Box 82545
Lincoln, NE 68501
1 (800) 544-1359

CERTIFIED
**PIEDMONTESE**
By Great Plains Beef

Monday August 19, 2019

**Invoice Number: 93432**

**Shipping Date:** 08/13/2019
**Delivery Date:** 08/14/2019

**Bill of Lading: 582979**
**Sales Representative: Travis Maxson**

Bill To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

Ship To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

| Product | | Cases | Weight | Price/lb. | Total Amount |
|---|---|---|---|---|---|
| 10222 | 25/75 Trim - Combo | | REDACTED | | $716.64 |
| 10252 | 50/50 Trim - Combo | | | | $3,705.48 |
| 10282 | 85/15 Trim - Combo | | | | $32,270.32 |
| | Sub Total: | | | | $36,692.44 |

| | Total: | REDACTED | $36,692.44 |
|---|---|---|---|
| | Gross Freight: | | Freight Included |

**Total Amount Due** $36,692.44

**Terms: Net 21 days from receipt of goods. Total amount due no later than  09/04/2019.**

Discrepancy in quantity, weights and condition must be reported immediately to your representative on receipt
of goods. Please provide details and photos to verify concerns. Thank you.
**Born, raised, and harvested in the United States.**

# INVOICE

**CERTIFIED PIEDMONTESE**
By Great Plains Beef

PO Box 82545
Lincoln, NE 68501
1 (800) 544-1359

Monday August 19, 2019

**Invoice Number: 93434**

**Shipping Date:** 08/13/2019
**Delivery Date:** 08/14/2019

**Bill of Lading:** 583008
**Sales Representative:** Travis Maxson

Bill To: **Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

Ship To: **Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

| Product | | Cases | Weight | Price/lb. | Total Amount |
|---|---|---|---|---|---|
| 10222 | 25/75 Trim - Combo | REDACTED | | | $807.84 |
| 10252 | 50/50 Trim - Combo | | | | $5,809.34 |
| 10282 | 85/15 Trim - Combo | | | | $4,551.35 |
| 10282 | 85/15 Trim - Combo | | | | $16,294.00 |
| | Sub Total: | | | | $27,462.53 |

| | | | | |
|---|---|---|---|---|
| *Total:* | REDACTED | $27,462.53 |
| *Gross Freight:* | | Freight Included |

### *Total Amount Due*      $27,462.53

**Terms: Net 21 days from receipt of goods. Total amount due no later than 09/04/2019.**

Discrepancy in quantity, weights and condition must be reported immediately to your representative on receipt of goods. Please provide details and photos to verify concerns. Thank you.
**Born, raised, and harvested in the United States.**

**INVOICE**

**CERTIFIED PIEDMONTESE**
By Great Plains Beef

Monday August 26, 2019

PO Box 82545
Lincoln, NE 68501
1 (800) 544-1359

**Invoice Number: 93640**

**Shipping Date:** 08/20/2019
**Delivery Date:** 08/21/2019

**Bill of Lading: 583498**
**Sales Representative: Travis Maxson**

Bill To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

Ship To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

| Product | | Cases | Weight | Price/lb. | Total Amount |
|---------|---|-------|--------|-----------|--------------|
| 18541 | Tri-Tip PLD | REDACTED | | | $335.55 |
| | Sub Total: | | | | $335.55 |

| | Total: | REDACTED | | | $335.55 |
|---|--------|--|--|--|--------|
| | Gross Freight: | | | | Freight Included |

**Total Amount Due** $335.55

**Terms: Net 21 days from receipt of goods. Total amount due no later than 09/11/2019.**

Discrepancy in quantity, weights and condition must be reported immediately to your representative on receipt of goods. Please provide details and photos to verify concerns. Thank you.
**Born, raised, and harvested in the United States.**

# INVOICE

**CERTIFIED PIEDMONTESE** By Great Plains Beef

Monday August 26, 2019

PO Box 82545
Lincoln, NE 68501
1 (800) 544-1359

**Invoice Number: 93642**

**Shipping Date:** 08/20/2019
**Delivery Date:** 08/21/2019

**Bill of Lading: 583522**
**Sales Representative: Travis Maxson**

Bill To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

Ship To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

| Product | | Cases | Weight | Price/lb. | Total Amount |
|---------|--|-------|--------|-----------|--------------|
| 10252 | 50/50 Trim - Combo | REDACTED | | | $3,692.34 |
| | Sub Total: | | | | $3,692.34 |

| | | | | |
|--|--|--|--|--|
| | Total: | REDACTED | | $3,692.34 |
| | Gross Freight: | | | Freight Included |

### Total Amount Due

$3,692.34

**Terms: Net 21 days from receipt of goods. Total amount due no later than  09/11/2019.**

Discrepancy in quantity, weights and condition must be reported immediately to your representative on receipt of goods. Please provide details and photos to verify concerns. Thank you.
**Born, raised, and harvested in the United States.**

# INVOICE

**CERTIFIED PIEDMONTESE**
By Great Plains Beef

Monday August 26, 2019

PO Box 82545
Lincoln, NE 68501
1 (800) 544-1359

**Invoice Number: 93644**

**Shipping Date:** 08/20/2019
**Delivery Date:** 08/21/2019

**Bill of Lading:** 583478
**Sales Representative:** Travis Maxson

Bill To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

Ship To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

| Product | | Cases | Weight | Price/lb. | Total Amount |
|---------|--------------------------|-------|--------|-----------|--------------|
| 11211 | Lipon Ribeye 0x1 | | | | $1,809.88 |
| 11255 | Meaty Back Ribs | | REDACTED | | $1,726.74 |
| 11301 | Bnls Chuck Short Ribs | | | | $3,171.85 |
| 11621 | Chuck Tender | | | | $1,505.75 |
| 12013 | Brisket Points | | | | $1,255.63 |
| | *Sub Total:* | | | | $9,469.85 |

| | | | |
|---|---|---|---|
| *Total:* | REDACTED | | $9,469.85 |
| *Gross Freight:* | | | Freight Included |

**Total Amount Due** — $9,469.85

Terms: Net 21 days from receipt of goods. Total amount due no later than  09/11/2019.

Discrepancy in quantity, weights and condition must be reported immediately to your representative on receipt of goods. Please provide details and photos to verify concerns. Thank you.
**Born, raised, and harvested in the United States.**

# INVOICE

**CERTIFIED PIEDMONTESE**
By Great Plains Beef

Monday August 26, 2019

PO Box 82545
Lincoln, NE 68501
1 (800) 544-1359

**Invoice Number: 93646**

**Shipping Date:** 08/20/2019
**Delivery Date:** 08/21/2019

**Bill of Lading:** 583479
**Sales Representative:** Travis Maxson

Bill To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

Ship To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

| Product | | Cases | Weight | Price/lb. | Total Amount |
|---------|--------------------|-------|--------|-----------|--------------|
| 10222 | 25/75 Trim - Combo | REDACTED | | | $2,127.69 |
| 10252 | 50/50 Trim - Combo | | | | $7,193.42 |
| 10282 | 85/15 Trim - Combo | | | | $43,273.01 |
| | *Sub Total:* | | | | $52,594.12 |

| | | | |
|---|---|---|---|
| *Total:* | REDACTED | | $52,594.12 |
| *Gross Freight:* | | | Freight Included |

**Total Amount Due**            $52,594.12

**Terms: Net 21 days from receipt of goods. Total amount due no later than  09/11/2019.**

Discrepancy in quantity, weights and condition must be reported immediately to your representative on receipt
of goods. Please provide details and photos to verify concerns. Thank you.
**Born, raised, and harvested in the United States.**

# INVOICE

**CERTIFIED PIEDMONTESE**
By Great Plains Beef

Monday August 26, 2019

PO Box 82545
Lincoln, NE 68501
1 (800) 544-1359

**Invoice Number: 93668**

**Shipping Date:** 08/22/2019
**Delivery Date:** 08/23/2019

**Bill of Lading:** 583578
**Sales Representative: Travis Maxson**

Bill To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

Ship To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

| Product | | Cases | Weight | Price/lb. | Total Amount |
|---------|---|-------|--------|-----------|--------------|
| 10222 | 25/75 Trim - Combo | REDACTED | | | $788.19 |
| 10252 | 50/50 Trim - Combo | | | | $1,359.99 |
| 10282 | 85/15 Trim - Combo | | | | $8,124.00 |
| 10282 | 85/15 Trim - Combo | | | | $13,917.37 |
| | Sub Total: | | | | $24,189.55 |

| | | | |
|---|---|---|---|
| *Total:* | REDACTED | | $24,189.55 |
| *Gross Freight:* | | | Freight Included |

**Total Amount Due** $24,189.55

**Terms: Net 21 days from receipt of goods. Total amount due no later than  09/13/2019.**

Discrepancy in quantity, weights and condition must be reported immediately to your representative on receipt of goods. Please provide details and photos to verify concerns. Thank you.
**Born, raised, and harvested in the United States.**

# INVOICE

**Document**

**CERTIFIED PIEDMONTESE**
By Great Plains Beef

Tuesday September 3, 2019

PO Box 82545
Lincoln, NE 68501
1 (800) 544-1359

**Invoice Number: 93858**

**Shipping Date:** 08/27/2019
**Delivery Date:** 08/28/2019

**Bill of Lading: 583968**
**Sales Representative: Travis Maxson**

Bill To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

Ship To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

| Product | | Cases | Weight | Price/lb. | Total Amount |
|---------|------------------------|-------|--------|-----------|--------------|
| 10010 | Center Cut Femur Bones | REDACTED | | | $795.69 |
| 11255 | Meaty Back Ribs | | | | $1,088.26 |
| 11301 | Bnls Chuck Short Ribs | | | | $2,506.63 |
| 11621 | Chuck Tender | | | | $1,501.62 |
| | *Sub Total:* | | | | $5,892.20 |

| | | | | |
|--|--|--|--|--|
| | *Total:* | REDACTED | | $5,892.20 |
| | *Gross Freight:* | | | Freight Included |

**Total Amount Due** $5,892.20

**Terms: Net 21 days from receipt of goods. Total amount due no later than  09/18/2019.**

Discrepancy in quantity, weights and condition must be reported immediately to your representative on receipt
of goods. Please provide details and photos to verify concerns. Thank you.
**Born, raised, and harvested in the United States.**

# INVOICE

**PIEDMONTESE**
CERTIFIED
By Great Plains Beef

Tuesday September 3, 2019

PO Box 82545
Lincoln, NE 68501
1 (800) 544-1359

**Invoice Number: 93860**

**Shipping Date:** 08/27/2019
**Delivery Date:** 08/30/2019

**Bill of Lading: 583967**
**Sales Representative: Travis Maxson**

Bill To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

Ship To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

| Product | | Cases | Weight | Price/lb. | Total Amount |
|---------|------|-------|--------|-----------|--------------|
| 10222 | 25/75 Trim - Combo | REDACTED | | | $1,227.36 |
| 10252 | 50/50 Trim - Combo | | | | $5,211.47 |
| 10282 | 85/15 Trim - Combo | | | | $30,111.55 |

| | | | |
|---|---|---|---|
| | *Sub Total:* | | $36,550.38 |

| | | | |
|---|---|---|---|
| | *Total:* | REDACTED | $36,550.38 |
| | *Gross Freight:* | | Freight Included |

**Total Amount Due**                                $36,550.38

**Terms: Net 21 days from receipt of goods. Total amount due no later than  09/20/2019.**

Discrepancy in quantity, weights and condition must be reported immediately to your representative on receipt
of goods. Please provide details and photos to verify concerns. Thank you.
**Born, raised, and harvested in the United States.**

**INVOICE**

**PIEDMONTESE**
*By Great Plains Beef*

Tuesday September 3, 2019

PO Box 82545
Lincoln, NE 68501
1 (800) 544-1359

**Invoice Number: 93862**

**Shipping Date:** 08/27/2019
**Delivery Date:** 08/28/2019

**Bill of Lading:** 583984
**Sales Representative: Travis Maxson**

Bill To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

Ship To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

| Product | | Cases | Weight | Price/lb. | Total Amount |
|---------|------|-------|--------|-----------|--------------|
| 10252 | 50/50 Trim - Combo | REDACTED | | | $4,912.90 |
| 10282 | 85/15 Trim - Combo | | | | $9,288.84 |
| | Sub Total: | | | | $14,201.74 |

| | | | | |
|---|---|---|---|---|
| | Total: | REDACTED | | $14,201.74 |
| | Gross Freight: | | | Freight Included |

**Total Amount Due**                    **$14,201.74**

**Terms: Net 21 days from receipt of goods. Total amount due no later than  09/18/2019.**

Discrepancy in quantity, weights and condition must be reported immediately to your representative on receipt
of goods. Please provide details and photos to verify concerns. Thank you.
**Born, raised, and harvested in the United States.**

# INVOICE

**CERTIFIED PIEDMONTESE** By Great Plains Beef

Tuesday September 3, 2019

PO Box 82545
Lincoln, NE 68501
1 (800) 544-1359

**Invoice Number: 94004**

**Shipping Date:** 08/29/2019
**Delivery Date:** 08/30/2019

**Bill of Lading:** 135300
**Sales Representative:** Travis Maxson

Bill To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

Ship To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

| Product | | Cases | Weight | Price/lb. | Total Amount |
|---------|---|-------|--------|-----------|--------------|
| 11211 | Lipon Ribeye 0x1 | REDACTED | | | $1,428.89 |
| | Sub Total: | | | | $1,428.89 |

| | | | | |
|---|---|---|---|---|
| | Total: | REDACTED | | $1,428.89 |
| | Gross Freight: | | | Freight Included |

**Total Amount Due** $1,428.89

**Terms: Net 21 days from receipt of goods. Total amount due no later than 09/20/2019.**

Discrepancy in quantity, weights and condition must be reported immediately to your representative on receipt of goods. Please provide details and photos to verify concerns. Thank you.
**Born, raised, and harvested in the United States.**

# INVOICE

**Monday September 9, 2019**

PO Box 82545
Lincoln, NE 68501
1 (800) 544-1359

**CERTIFIED PIEDMONTESE**
By Great Plains Beef

**Invoice Number: 94086**

**Shipping Date: 09/03/2019**
**Delivery Date: 09/04/2019**

**Bill of Lading: 584441**
**Sales Representative: Travis Maxson**

Bill To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

Ship To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

| Product | | Cases | Weight | Price/lb. | Total Amount |
|---------|---|-------|--------|-----------|--------------|
| 10222 | 25/75 Trim - Combo | REDACTED | | | $1,153.44 |
| 10252 | 50/50 Trim - Combo | | | | $5,687.43 |
| 10282 | 85/15 Trim - Combo | | | | $28,440.83 |
| | Sub Total: | | | | $35,281.70 |

| | | | | |
|--|--|--|--|--|
| Total: | REDACTED | | | $35,281.70 |
| Gross Freight: | | | | Freight Included |

### Total Amount Due

$35,281.70

**Terms: Net 21 days from receipt of goods. Total amount due no later than  09/25/2019.**

Discrepancy in quantity, weights and condition must be reported immediately to your representative on receipt
of goods. Please provide details and photos to verify concerns. Thank you.
**Born, raised, and harvested in the United States.**

**INVOICE**

PO Box 82545
Lincoln, NE 68501

Monday September 9, 2019

1 (800) 544-1359

**Invoice Number: 94088**

**Shipping Date:** 09/05/2019
**Delivery Date:** 09/06/2019

**Bill of Lading:** 584628
**Sales Representative: Travis Maxson**

Bill To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

Ship To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

| Product | | Cases | Weight | Price/lb. | Total Amount |
|---------|------------------------|-------|--------|-----------|--------------|
| 10010 | Center Cut Femur Bones | REDACTED | | | $893.41 |
| 11211 | Lipon Ribeye 0x1 | | | | $3,547.05 |
| 11255 | Meaty Back Ribs | | | | $1,253.06 |
| 11301 | Bnls Chuck Short Ribs | | | | $2,906.92 |
| 11621 | Chuck Tender | | | | $1,216.24 |
| 12013 | Brisket Points | | | | $1,420.14 |
| | *Sub Total:* | | | | $11,236.82 |

| | | | |
|--|--|--|--|
| *Total:* | REDACTED | | $11,236.82 |
| *Gross Freight:* | | | Freight Included |

**Total Amount Due**                    **$11,236.82**

**Terms: Net 21 days from receipt of goods. Total amount due no later than  09/27/2019.**

Discrepancy in quantity, weights and condition must be reported immediately to your representative on receipt
of goods. Please provide details and photos to verify concerns. Thank you.
**Born, raised, and harvested in the United States.**

# INVOICE

**CERTIFIED PIEDMONTESE**
By Great Plains Beef

PO Box 82545
Lincoln, NE 68501
1 (800) 544-1359

Monday September 9, 2019

**Invoice Number: 94118**

**Shipping Date:** 09/05/2019
**Delivery Date:** 09/06/2019

**Bill of Lading: 584624**
**Sales Representative: Travis Maxson**

Bill To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

Ship To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

| Product | | Cases | Weight | Price/lb. | Total Amount |
|---------|---|-------|--------|-----------|--------------|
| 10252 | 50/50 Trim - Combo | REDACTED | | | $7,206.30 |
| 10282 | 85/15 Trim - Combo | | | | $9,254.79 |
| | *Sub Total:* | | | | $16,461.09 |
| | *Total:* | REDACTED | | | $16,461.09 |
| | *Gross Freight:* | | | | Freight Included |

**Total Amount Due**        $16,461.09

Terms: Net 21 days from receipt of goods. Total amount due no later than   09/27/2019.

Discrepancy in quantity, weights and condition must be reported immediately to your representative on receipt
of goods. Please provide details and photos to verify concerns. Thank you.
**Born, raised, and harvested in the United States.**

Great Plains Beef LLC
PO Box 82545
Lincoln, NE 68501
1 (800) 544-1359

**INVOICE**

Monday September 16, 2019

PO Box 82545
Lincoln, NE 68501
1 (800) 544-1359

**Invoice Number: 94296**

**Shipping Date: 09/10/2019**
**Delivery Date: 09/13/2019**

**Bill of Lading: 584957**
**Sales Representative: Travis Maxson**

Bill To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

Ship To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

| Product | | Cases | Weight | Price/lb. | Total Amount |
|---------|--------------------------|-------|--------|-----------|--------------|
| 10010 | Center Cut Femur Bones | REDACTED | | | $617.28 |
| 11211 | Lipon Ribeye 0x1 | | | | $2,543.96 |
| 11255 | Meaty Back Ribs | | | | $1,330.79 |
| 11621 | Chuck Tender | | | | $808.51 |
| | Sub Total: | | | | $5,300.54 |

| | | | |
|--|--|--|--|
| Total: | REDACTED | | $5,300.54 |
| Gross Freight: | | | Freight Included |

**Total Amount Due**      **$5,300.54**

**Terms: Net 21 days from receipt of goods. Total amount due no later than 10/04/2019.**

Discrepancy in quantity, weights and condition must be reported immediately to your representative on receipt
of goods. Please provide details and photos to verify concerns. Thank you.
**Born, raised, and harvested in the United States.**

# INVOICE

**Monday September 16, 2019**

Great Plains Beef LLC
PO Box 82545
Lincoln, NE 68501
1 (800) 544-1359

**Invoice Number: 94298**

**Shipping Date:** 09/10/2019
**Delivery Date:** 09/11/2019

**Bill of Lading:** 584958
**Sales Representative:** Travis Maxson

Bill To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

Ship To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

| Product | | Cases | Weight | Price/lb. | Total Amount |
|---------|--------------------|-------|--------|-----------|--------------|
| 10222 | 25/75 Trim - Combo | | | | $1,619.52 |
| 10252 | 50/50 Trim - Combo | REDACTED | | | $5,196.14 |
| 10282 | 85/15 Trim - Combo | | | | $32,365.66 |
| | Sub Total: | | | | $39,181.32 |

| | | | | |
|--|--|--|--|--|
| | Total: | REDACTED | | $39,181.32 |
| | Gross Freight: | | | Freight Included |

**Total Amount Due**                    **$39,181.32**

Terms: Net 21 days from receipt of goods. Total amount due no later than 10/02/2019.

Discrepancy in quantity, weights and condition must be reported immediately to your representative on receipt of goods. Please provide details and photos to verify concerns. Thank you.

**Born, raised, and harvested in the United States.**

# INVOICE

**Invoice Number: 94300**

Monday September 16, 2019

PO Box 82545
Lincoln, NE 68501
1 (800) 544-1359

**Shipping Date: 09/10/2019**
**Delivery Date: 09/11/2019**

**Bill of Lading: 584960**
**Sales Representative: Travis Maxson**

Bill To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

Ship To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

| Product | | Cases | Weight | Price/lb. | Total Amount |
|---------|---|-------|--------|-----------|--------------|
| 10252 | 50/50 Trim - Combo | | REDACTED | | $4,220.13 |
| 10282 | 85/15 Trim - Combo | | | | $4,646.69 |
| | Sub Total: | | | | $8,866.82 |

| | | | | |
|---|---|---|---|---|
| Total: | REDACTED | | | $8,866.82 |
| Gross Freight: | | | | Freight Included |

**Total Amount Due** — **$8,866.82**

Terms: Net 21 days from receipt of goods. Total amount due no later than  10/02/2019.

Discrepancy in quantity, weights and condition must be reported immediately to your representative on receipt of goods. Please provide details and photos to verify concerns. Thank you.
**Born, raised, and harvested in the United States.**

CERTIFIED **PIEDMONTESE**
by Great Plains Beef

**INVOICE**

Monday September 16, 2019

Great Plains Beef LLC
PO Box 82545
Lincoln, NE 68501
1 (800) 544-1359

**Invoice Number: 94322**

**Shipping Date:** 09/12/2019
**Delivery Date:** 09/13/2019

**Bill of Lading: 585095**
**Sales Representative: Travis Maxson**

Bill To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

Ship To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

| Product | | Cases | Weight | Price/lb. | Total Amount |
|---|---|---|---|---|---|
| 10222 | 25/75 Trim - Combo | | REDACTED | | $1,132.32 |
| 10252 | 50/50 Trim - Combo | | | | $624.15 |
| 10282 | 85/15 Trim - Combo | | | | $5,264.13 |
| | Sub Total: | | | | $7,020.60 |

| | | | | |
|---|---|---|---|---|
| Total: | REDACTED | | | $7,020.60 |
| Gross Freight: | | | | Freight Included |

**Total Amount Due** — $7,020.60

Terms: Net 21 days from receipt of goods. Total amount due no later than 10/04/2019.

Discrepancy in quantity, weights and condition must be reported immediately to your representative on receipt of goods. Please provide details and photos to verify concerns. Thank you.
**Born, raised, and harvested in the United States.**

# INVOICE

**Monday September 23, 2019**

PO Box 82545
Lincoln, NE 68501
1 (800) 544-1359

**Invoice Number: 94492**

**Shipping Date: 09/17/2019**
**Delivery Date: 09/18/2019**

**Bill of Lading: 135828**
**Sales Representative: Travis Maxson**

Bill To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

Ship To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

| Product | | Cases | Weight | Price/lb. | Total Amount |
|---------|--------------------|-------|--------|-----------|--------------|
| 10222 | 25/75 Trim - Combo | | REDACTED | | $1,353.60 |
| 10252 | 50/50 Trim - Combo | | | | $3,580.65 |
| 10282 | 85/15 Trim - Combo | | | | $15,656.19 |
| | Sub Total: | | | | $20,590.44 |

| | | | |
|---|---|---|---|
| Total: | REDACTED | | $20,590.44 |
| Gross Freight: | | | Freight Included |

**Total Amount Due**                                    **$20,590.44**

**Terms: Net 21 days from receipt of goods. Total amount due no later than  10/09/2019.**

Discrepancy in quantity, weights and condition must be reported immediately to your representative on receipt
of goods. Please provide details and photos to verify concerns. Thank you.
**Born, raised, and harvested in the United States.**

# INVOICE

**CERTIFIED PIEDMONTESE**
By Great Plains Beef

Monday September 23, 2019

PO Box 82545
Lincoln, NE 68501
1 (800) 544-1359

**Invoice Number: 94494**

**Shipping Date:** 09/17/2019
**Delivery Date:** 09/18/2019

**Bill of Lading:** 585423
**Sales Representative: Travis Maxson**

Bill To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

Ship To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

| Product | | Cases | Weight | Price/lb. | Total Amount |
|---|---|---|---|---|---|
| 11211 | Lipon Ribeye 0x1 | REDACTED | | | $2,653.70 |
| 11255 | Meaty Back Ribs | | | | $1,268.66 |
| 11301 | Bnls Chuck Short Ribs | | | | $2,966.52 |
| 11621 | Chuck Tender | | | | $1,483.54 |
| 12013 | Brisket Points | | | | $1,357.34 |
| | *Sub Total:* | | | | $9,729.76 |

| | | | |
|---|---|---|---|
| *Total:* | REDACTED | | $9,729.76 |
| *Gross Freight:* | | | Freight Included |

**Total Amount Due**        **$9,729.76**

Terms: Net 21 days from receipt of goods. Total amount due no later than  10/09/2019.

Discrepancy in quantity, weights and condition must be reported immediately to your representative on receipt
of goods. Please provide details and photos to verify concerns. Thank you.
**Born, raised, and harvested in the United States.**

# INVOICE

**CERTIFIED PIEDMONTESE**
By Great Plains Beef

Great Plains Beef LLC
PO Box 82545
Lincoln, NE 68501
1 (800) 544-1359

Monday September 23, 2019

**Invoice Number: 94496**

**Shipping Date: 09/17/2019**
**Delivery Date: 09/18/2019**

**Bill of Lading: 585424**
**Sales Representative: Travis Maxson**

Bill To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

Ship To:**Rancher's Legacy**
Customer ID: 5001236
Rancher's Legacy
4301 White Bear Parkway

Vadnais Heights, MN 55110

| Product | | Cases | Weight | Price/lb. | Total Amount |
|---------|--------------------|-------|--------|-----------|--------------|
| 10222 | 25/75 Trim - Combo | | REDACTED | | $1,272.48 |
| 10252 | 50/50 Trim - Combo | | | | $6,302.82 |
| 10282 | 85/15 Trim - Combo | | | | $28,300.09 |
| | Sub Total: | | | | $35,875.39 |

| | | | |
|---|---|---|---|
| Total: | REDACTED | | $35,875.39 |
| Gross Freight: | | | Freight Included |

**Total Amount Due** — $35,875.39

**Terms: Net 21 days from receipt of goods. Total amount due no later than  10/09/2019.**

Discrepancy in quantity, weights and condition must be reported immediately to your representative on receipt of goods. Please provide details and photos to verify concerns. Thank you.
**Born, raised, and harvested in the United States.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Rancher's Legacy Meat Co.,

Debtor.

Bankr. Case No. 19-32928 (MER)

Chapter 11

## MEMORANDUM OF LAW IN SUPPORT OF
## MOTION FOR RELIEF FROM AUTOMATIC STAY

Great Plains Beef, LLC ("Great Plains"), an unsecured creditor in the above-referenced bankruptcy, by and through undersigned counsel, hereby moves the Court for relief from the automatic stay pursuant to 11 U.S.C. §§ 362(d) and 553, Fed. R. Bankr. P. 4001, and Local Rule 4001-1, in order for Great Plains to exercise its right of setoff.  In support of this Motion, Great Plains states:

### Debtor's Bankruptcy

1.     Rancher's Legacy Meat Co. ("Debtor") filed a Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code on September 20, 2019 (the "Petition Date"). (Doc. 1)

2.     The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.  This proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).  Venue of this case is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

### Background

3.     Great Plains is an exclusive provider of Certified Piedmontese Beef based in Lincoln, Nebraska.

4.     Debtor is a meat processing business, providing meat products to customers in the upper Midwest area of the United States.

5.      Pre-petition, Great Plains sold goods to Debtor.  As of the Petition Date, Debtor owed Great Plains $605,353.51 based on approximately 33 unpaid invoices that existed as of that date (collectively, the "Great Plains Indebtedness").  (Proof of Claim No. 16, Ex. A.)

*6.*      Based on the unpaid invoices, Great Plains has a 20-day administrative claim under 11 U.S.C. § 503(b)(9) in the amount of $189,544.48.  *See id.*

7.      In addition, pre-petition, Debtor issued invoices to Great Plains that remained unpaid as of the Petition Date.  These invoices are summarized as follows (collectively, the "Debtor Invoices"):

| Invoice Date | Invoice No. | Amount |
|---|---|---|
| 9/9/2019 | 144018 | $594.75 |
| 9/9/2019 | 144028 | $3,376.00 |
| 9/16/2019 | 144067 | $1,170.50 |
| 9/16/2019 | 144068 | $4,051.13 |
| **Total** | | **$9,192.38** |

8.      According to the terms set forth on the Debtor Invoices, payment on the Debtor invoices was due seven (7) days after the ship date on each invoice, meaning payment on each invoice was due prior to the commencement of this case.

## Relief from Automatic Stay

9.      Great Plains is requesting that the Court grant it relief from the automatic stay under 11 U.S.C. § 362(d) to apply the amount of the Debtor Invoices to the Great Plains Indebtedness, thus exercising its right of setoff as authorized by 11 U.S.C. § 553.  See 11 U.S.C. § 362(a)(7) (stating that a creditor must obtain relief from the automatic stay in order to setoff any debt owing to the debtor that arose before commencement of the case).

2.

10.     "Section 553 of the Code 'preserves the rights of creditors to offset mutual debts arising before a bankruptcy petition is filed.'" *Ries v. Legendary Marine, Inc. (In re Genmar Holdings, Inc.)*, 481 B.R. 500, 501 (D. Minn. Bankr. 2012) (quoting *Superpumper v. Nerland Oil (In Re Nerland Oil)*, 303 F.3d 911, 917 (8th Cir. 2002)).

11.     The Bankruptcy Code requires that, in order for a creditor to exercise a right of setoff, the following elements are met: (a) the creditor – here, Great Plains – owes a debt to the Debtor arising pre-petition; (b) Great Plains has a claim against the Debtor arising pre-petition; and (c) both the debt and the claim are mutual obligations. *See id.* (internal quotations omitted). "In other words, it is necessary only that the debt and the claim both arose prepetition and are mutual." *United States v. Gerth*, 991 F.2d 1428, 1431 (8th Cir. 1993) (citations omitted).

12.     Here, pre-petition, Great Plains owed Debtor $9,192.38 and Great Plains has a claim against the Debtor arising pre-petition in an amount in excess of $600,000.  The debt and claims both arose prepetition and are mutual, insofar as Great Plains both owed Debtor pre-petition and is asserting setoff.  *See Gerth*, 991 F.2d at 1436.

13.     Section 553(a) of the Bankruptcy Code makes a creditor's right of setoff subject to the automatic stay of § 362.  *In Re Olson*, 175 B.R. 30, 32 (D. Neb. Bankr. 1994) (citing 11 U.S.C. §§ 553(a) & 362(a)(7)).

14.     Section 362(d) of the Code states that the Court "shall" grant relief from stay (a) "for cause," which includes but is not limited to Great Plains' lack of adequate protection, or (b) with respect to property that the Debtor has no equity in and is not necessary to an effective reorganization.  *See* 11 U.S.C. § 362(d).

3.

15.    By establishing a right of setoff, Great Plains has made a *prima facie* showing of "cause" for relief under § 362(d)(1), and the burden shifts to Debtor to show that it will provide adequate protection.  *See Olson*, 175 B.R. at 32.

16.    Debtor will be unable to show that it will provide adequate protection to Great Plains so as to prevent Great Plains from exercising its right of setoff.  As of the Petition Date, Debtor owed Great Plains, an unsecured creditor, in excess of $600,000.  Great Plains simply seeks to provide itself some small level of protection by setting off the approximately $9,000 it owes to Debtor against that much larger sum.

17.    Great Plains requests therefore that it be granted permission to exercise its right of setoff, setting off the amount of the Debtor invoices it owes to Debtor against the Great Plains Indebtedness, which is in excess of $600,000.

## Conclusion

18.    Based on the foregoing, Great Plains respectfully requests that the Court enter an Order that (a) grants Great Plains relief from the automatic stay under 11 U.S.C. § 362(d) to enable Great Plains to exercise its right of setoff, (b) waives the 14-day waiting period set forth in Fed. R. Bankr. P. 4001(a)(3), and (c) grants such further relief as is just and equitable.

Dated: January 13, 2020            */e/ Alexander J. Beeby*
                                    Alexander J. Beeby (398286)
                                    Larkin Hoffman Daly & Lindgren Ltd.
                                    8300 Norman Center Drive
                                    Suite 1000
                                    Minneapolis, Minnesota  55437-1060
                                    (952) 835-3800
                                    abeeby@larkinhoffman.com

                                    Attorneys for Great Plains Beef, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                              Bankr. Case No. 19-32928 (MER)

Rancher's Legacy Meat Co.,                                              Chapter 11

Debtor.

## ORDER GRANTING GREAT PLAINS BEEF, LLC'S
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This case is before the court on the motion of Great Plains Beef, LLC for relief from the automatic stay imposed by 11 U.S.C. § 362(a). Based on the motion and the record, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.

IT IS ORDERED:

1.      The motion is **GRANTED**.

2.      The automatic stay is lifted so that Great Plains Beef, LLC, may exercise its right of setoff under 11 U.S.C. § 362(d).

3.      Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated:                        _____
                              Michael E. Ridgway
                              Chief United States Bankruptcy Judge

4834-8328-4912, v. 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

-------------------------------------------------------------------------------

In re:                                              Case No. 19-32928

Rancher's Legacy Meat Co.,                          Chapter 11

                        Debtor.

-------------------------------------------------------------------------------

## AFFIDAVIT OF SERVICE

        Under penalty of perjury, I declare that on January 13, 2020, I served the following documents:

1. Notice of Appearance and Request for Notice and Service,

2. Notice of Motion and Motion for Relief from Automatic Stay with attached Exhibit A,

3. Memorandum of Law in Support of Motion for Relief from Automatic Stay,

4. Proposed Order Granting Great Plains Beef, LLC's Motion for Relief from the Automatic Stay, and

5. Affidavit of Service

upon the attached service list via ECF or U.S. Mail, postage prepaid, addressed as listed.

Dated:  January 13, 2020                    /e/ Gina M. Rice
                                            Gina M. Rice

4820-8572-0497, v. 1

**9013-3(a)(2) Service List**
**In re Rancher's Legacy Meat Co.**
**MN Ch. 11 Bankr. Case No. 19-32928**

**DEBTOR**
Rancher's Legacy Meat Co.
FKA Unger Meat Company
4301 White Bear Parkway
Vadnais Heights, MN 55110
*(Via U.S. Mail)*

**DEBTOR'S ATTORNEY**
Thomas and Cameron A. Lallier
Foley & Mansfield, PLLP
250 Marquette Avenue
Suite 1200
Minneapolis, MN 55401
*(Via ECF)*

**SECURED CREDITORS**
James A. Ratcliff
Ratcliff Ranch
24631 South Highway 2
Vinita, OK 74301
*(Via U.S. Mail)*

Professional Driven Solutions
OBO James A. Ratcliff
Attn: Debi S. Hood, CEO
120 South Wilson
Suite A
Vinita, OK 74301
*(Via U.S. Mail)*

Nissan Motor Acc. Corp.
P.O. Bos 660360
Dallas, TX 75266-0360
*(Via U.S. Mail)*

Ocshner Partnership
Attn: Todd Ocschner
13350 – 379th Avenue
Aberdeen, SD 57401
*(Via U.S. Mail)*

**INTERNAL REVENUE**
**SERVICE**
Internal Revenue Service
Centralized Insolvency
Operations
P.O. Bos 7346
Philadelphia, PA 19101-7346
*(Via U.S. Mail)*

**COLLECTION DIVISION OF**
**MN DEP'T. OF REVENUE**
Minnesota Department of
Revenue
Bankruptcy Section
P.O. Box 64447
Saint Paul, MN 55164-0447
*(Via U.S. Mail)*

**UNITED STATES ATTORNEY**
**FOR DISTRICT OF MN**
United States Attorney
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-3070
*(Via U.S.Mail)*

**GOVERNMENTAL**
**CREDITORS**
City of Vadnais Heights
800 East County Road E
Vadnais Heights, MN 55127
*(Via U.S. Mail)*

White Bear Township
1281 Hammond Road
White Bear Township, MN
55110
*(Via U.S. Mail)*

**MANUAL NOTICE LIST**
Ben E. Keith Company
7650 Will Rogers Boulevard
Fort Worth, TX 76140
*(Via U.S. Mail)*

Foley & Mansfield, PLLP
250 Marquette Avenue
Suite 1200
Minneapolis, MN 55401
*(Via U.S. Mail)*

Great Plains Beef LLC
P.O. Box 82545
Lincoln, NE 68501
*(Via U.S. Mail)*

J&B Partners
13200 – 43rd Street Northeast
Saint Michael, MN 55376
*(Via U.S. Mail)*

Kloster Collateral Resources
606 – 25th Avenue South #104
Saint Cloud, MN 56301
*(Via U.S. Mail)*

John A. Morris
Pachulski Stang Ziehl & Jones
LLP
780 Third Avenue, 34th Floor
New York, NY 10017
*(Via U.S. Mail)*

Pachulski Stang Ziehl & Jones
919 North Market Street
17th Floor
Wilmington, DE 19801
*(Via U.S. Mail)*

2.

Upper Lakes Foods
801 Industry Avenue
Cloquet, MN 55720
*(Via U.S. Mail)*

Michael E. Brown
Kutak Rock LLP
2300 Main Street
Suite 800
Kansas City, MO 64108
*(Via U.S. Mail)*

Platinum Management LLC
12301 Whitewater Drive
Suite 10
Minnetonka, MN 55343
*(Via U.S. Mail)*

**UNITED STATES TRUSTEE**
1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-3070
*(Via ECF)*

John T. Coghlan
Kutak Rock LLP
2300 Main Street
Suite 800
Kansas City, MO 64108
*(Via U.S. Mail)*

Barton L. Seebach
Story Schoeberl & Seebach LLP
126 North Elm Street
P.O. Box 89
Cresco, IA 52136
*(Via U.S. Mail)*

**COMMITTEES**
Official Committee of
Unsecured Creditors
C/o Bassford Remele, P.A.
100 South Fifth Street
Suite 1500
Minneapolis, MN 55402-1254
*(Via U.S. Mail)*

Empirical Foods Inc.
950 Willow Drive
Dakota Dunes, SD 57049
*(Via U.S. Mail)*

Upper Iowa Beef LLC
4164 Highway 63
Circle Springs, IA 52155
*(Via U.S. Mail)*

4820-8572-0497, v. 1

3.