UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:

Rancher's Legacy Meat Co.,

Debtor.

Chapter 11

Case No.: 19-32928 MER

---

AMENDED NOTICE OF HEARING FOR MOTION
FOR AN ORDER DIRECTING DOCUMENT PRODUCTION AND RULE 2004
EXAMINATIONS

James L. Ratcliff ("Ratcliff"), a party in interest, moves the Court for the relief requested below and gives this amended notice of hearing in connection with the previously filed Motion for an order allowing Rule 2004 Examinations and requiring the production of documents as listed below ("Motion").

1. NOTICE OF HEARING

The Court will hold a hearing on this Motion on Wednesday, February 12, 2020 at 9:00 a.m. before The Honorable Michael E. Ridgway, Chief Judge of the United States Bankruptcy Court, in Courtroom 7 West, Diana E. Murphy Federal Courthouse, 300 S. 4th St., Minneapolis MN 55415.

Any response to this Motion must be filed and served by delivery not later than **February 7, 2020**, which is five (5) days before the time set for the hearing.

UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

1

2.     MOTION The Motion accompanying this notice was filed on January 22, 2020 as Docket 127. The motion remains the same and is incorporated in whole by reference herein.

Dated: January 23, 2020          SAPIENTIA LAW GROUP PLLC

/e/ *__Kenneth C. Edstrom__*

Kenneth C. Edstrom (#148696)
120 South 6th Street, Suite 100
Minneapolis, MN  55402
Telephone: (612) 756-7108
Fax: (612) 756-7101
kene@sapientialaw.com

Attorneys for James L. Ratcliff

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:  Chapter 11

Rancher's Legacy Meat Co.,  Case No.: 19-32928 MER

Debtor.

---

**UNSWORN CERTIFICATE OF SERVICE**

I, Kenneth C. Edstrom, declare under penalty of perjury, that on January 23, 2020, I served the following documents:

1. Amended Notice of Motion for Motion for Document Productions and Rule 2004 Examinations; and this Unsworn Certificate of Service, to be filed electronically with the Clerk of Bankruptcy Court through ECF and that the individuals or entities on the attached service list have been served with a copy of said documents, either through notification by ECF or by United States mail:

Date: January 23, 2020   /e/ *Kenneth C. Edstrom*
                         Kenneth C. Edstrom

RANCHERS LEGACY MEAT CO.
Chapter 11 Bky. Case No. 19-32928-MER
<u>RULE 9013-3 SERVICE LIST</u>

<u>All Parties in interest served by ECF as noted or US Mail and via Fax and/or with courtesy copies via email where noted</u>

| CREDITOR JAMES RATCLIFF'S COUNSEL | DISTRICT DIRECTOR OF THE INTERNAL REVENUE SERVICE | UNITED STATES ATTORNEY FOR THE DISTRICT OF MINNESOTA |
|---|---|---|
| **Kenneth C. Edstrom**<br>Sapientia Law Group PLLC<br>120 South Sixth Street, Suite 100<br>Minneapolis, MN 55402<br>Phone: 612-756-7108<br>kene@sapientialw.com<br>**VIA ECF** | Internal Revenue Service<br>Wells Fargo Place<br>30 E. 7th St., Mail Stop 5700<br>St. Paul, MN 55101<br>Fax: 651-312-7970<br>**VIA FACSIMILE** | US Attorney<br>600 US Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>Fax: 612-664-5788<br>**VIA FACSIMILE** |
| **Criag T. Dokken**<br>Henningson & Soxell, Ltd.<br>6900 Wedgwood Road, Suite 200<br>Maple Grove, MN 55311<br>Ph: (763) 560-5700<br>C: (612) 710-5199<br>cdokken@hennsnoxlaw.com<br>**VIA ECF** | | |
| **UNITED STATES TRUSTEE** | **INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATION** | |
| **Michael R. Fadlovich**<br>U.S. Department of Justice<br>300 S 4th St, Ste 1015<br>Minneapolis, MN 55415<br>Phone : (612) 334-1350<br>Email : Michael.fadlovich@usdoj.gov<br>ustpregion12.mn.ecf@usdoj.gov<br>**VIA ECF** | IRS Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>Fax: 267-941-1015<br>**VIA FACSIMILE**<br><br>Gregory Cripps<br>Bankruptcy Specialist, Insolvency<br>105 S. Sixth Street<br>Mt. Vernon, IL 62864-4127<br>(618) 731-7365 | |
| **DISTRICT COUNSEL OF THE INTERNAL REVENUE SERVICE** | **COLLECTION DIVISION OF THE MINNESTOA DEPARTMENT OF REVENUE** | **SECURED CREDITOR** |
| IRS District Counsel<br>650 Galtier Plaza<br>380 Jackson Street<br>St. Paul, MN 55101<br>Fax: 651-726-7360<br>**VIA FACSIMILE** | Minnesota Department of Revenue<br>Collection Enforcement<br>551 Bankruptcy Section<br>600 North Robert Street<br>P.O. Box 64447<br>St. Paul, MN 55101<br>Fax: 651-282-2817<br>**VIA FACSIMILE** | **James Ratcliff**<br>c/o Jimmy Ratcliff<br>First National Bank of Vinita<br>102 W. Illinois Avenue<br>Vinita, OK 74201-3262 |
| | **DEBTOR** | **DEBTOR'S COUNSEL** |
| | RANCHER'S LEGACY MEAT CO.<br>4301 White Bear Parkway<br>Vadnais Heights, MN 55110-3677 | **Cameron A. Lallier**<br>**Thomas J. Lallier**<br>Foley & Mansfield<br>250 Marquette Avenue, Suite 1200<br>Minneapolis, MN 55401<br>(612) 216-0319<br>clallier@foleymansfield.com<br>tlallier@foleymansfield.com<br>Fax: (612) 338-1200<br>**VIA ECF** |

1

| | | |
|---|---|---|
| **REQUESTS FOR NOTICE/NOTICE OF APPEARANCE - ALL VIA ECF UNLESS OTHERWISE NOTED** | | |
| **Jeffrey D. Klobucar**<br>BASSFORD REMELE<br>100 South Fifth Street, Suite 1500<br>Minneapolis, MN 55402<br>(612) 333-3000<br>jklobucar@bassford.com<br>Fax: (612) 333-8839<br>**VIA ECF**<br><br>Rep: Official Committee of Unsecured Creditors of Rancher's Legacy | **Colin R. Robinson**<br>**Bradford J. Sandler**<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 652-4100<br>crobinson@pszjlaw.com<br>bsandler@pszjlaw.com<br>Fax : (302) 652-4400<br>**VIA ECF**<br><br>Rep: Official Committee of Unsecured Creditors of Rancher's Legacy | **Steven W. Golden, Esq.**<br>**John A. Morris**<br>PACHULSKI STANG ZIEHL & JONES<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>(212) 561-7700<br>sgolden@pszjlaw.com jmorris@pszjlaw.c<br>Fax: (212) 561-7777<br>**VIA ECF**<br><br>Rep: Official Committee of Unsecured Cr Rancher's Legacy |
| **Laurie M. Quinn**<br>SPENCER FANE LLP<br>150 South 5th Street, Suite 1900<br>Minneapolis, Minnesota 55402<br>(612) 268-7000<br>lquinn@spencerfane.com<br>Fax: (612) 268-7001<br>**VIA ECF**<br><br>**John O'Brien**<br>SPENCER FANE LLP<br>1700 Lincoln Street, Suite 2000<br>Denver, CO 80203<br>(303) 839-3800<br>jobrien@spenderfane.com<br>Fax : (303) 839-3838<br>**VIA ECF**<br><br>Rep: Jeff and Curt Fredin, Fredin Brothers, Inc. | **Roger W. Damgaard**<br>**(New Angus/Demkota Ranch Beef)**<br>300 South Phillips Avenue, Suite 300<br>Post Office Box 5027<br>Sioux Falls, South Dakota 57117-5027<br>(605) 336-3890<br>Roger.Damgaard@woodsfuller.com<br>**VIA ECF**<br><br>Rep:  New Angus / DemKota | **Barton L. Seebach**<br>Story Schoeberl & Seebach LLP<br>126 North Elm Street<br>P.O. Box 89<br>Cresco, IA  52136<br>(563) 547-3329<br>seebachlaw@outlook.com<br>Fax: (563) 546-2578<br>**VIA ECF**<br><br>MN office:<br>15534 403rd Avenue<br>Canton, MN 55922<br><br>Rep:  Upper Iowa Beef |
| **Patrick D. Newman**<br>BASSFORD REMELE, P.A.<br>100 South Fifth Street, Suite 1500<br>Minneapolis, MN 55402<br>(612) 333-3000<br>Email: pnewman@bassford.com<br>**VIA ECF**<br>Rep: Official Committee of Unsecured Creditors of Rancher's Legacy | **Daniel M. Duffek**<br>**Kyle Moen**<br>Seilerschindel, PLLC<br>5901 Cedar Lake Road<br>Minneapolis, MN 55416<br>Telephone: (612) 253-6970<br>dduffek@seilerschindel.com<br>**VIA ECF**<br>Rep: Upper Lakes Foods, Inc. | **Glenn D. Moses, Esq.**<br>Genovese Joblove & Battista, P.A.<br>100 SE Second Street, 44th Floor<br>Miami, FL 33131<br>(305) 349-2300<br>**gmoses@gjb-law.com**<br>**VIA ECF**<br>Rep: Checkers Drive-In Restaurants, Inc. |
| **John T. Coghlan**<br>**Michael E. Brown**<br>Kutak Rock LLP<br>2300 Main Street, Ste. 800<br>Kansas City, MO 64108<br>john.coghlan@kutakrock.com<br>michael.brown@kutakrock.com<br>816-960-0090<br>**VIA ECF**<br><br>Rep. Paydayz Staffing Solutions, Inc. | **Julie R. Landy**<br>Faegre Baker Daniels LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>(612) 766-7000<br>Julie.landy@FaegreBD.com<br>**VIA ECF**<br><br>Rep. Great Western Bank | Matthew C. Berger #0387666<br>GISLASON & HUNTER LLP<br>2700 South Broadway<br>P. O. Box 458<br>New Ulm, MN 56073-0458<br>Phone: 507-354-3111<br>Fax: 507-354-8447<br>E-mail: mberger@gislason.com<br>**VIA ECF**<br><br>Rep. Compart Family Farms |

2

| TOP 20 UNSECURED CREDITORS | | |
|---|---|---|
| ASC Meyners Inc<br>5140 Palm Valley Road<br>Ponte Vedra Beach, FL 32082 | Ben E. Keith Company<br>Attn: Dan Harvick<br>7650 Will Rogers Blvd<br>Fort Worth, TX 76140<br>(817) 759-6337<br>dlharvick@benekeith.com | Compart Family Farms, Inc.<br>45198 400th Street<br>Nicollet, MN 56074 |
| Empirical Foods, Inc. dba NVM Distribution LLC NV<br>891 Two Rivers Drive<br>Dakota Dunes, SD 57049<br><br>And<br><br>**Rich Jochum**<br>Empirical Foods, Inc.<br>d/b/a NVM Distribution, LLC<br>950 Willow Drive<br>Dakota Dunes, SD 57049<br>(605) 217-8032<br>rjochum@empiricalfoods.com | Great Plains Beef LLC<br>Attn : Don Straight<br>PO Box 82545<br>Lincoln, NE 68501<br>(402) 326-5914<br>Don-straight@piedmontese.com | Green Bay Packaging, Inc.<br>Bin No. 53139<br>Milwaukee, WI 53288 |
| J&B Partners, Inc.<br>Attn: Denise Boock<br>P.O. Box 212<br>13200 43rd St. NE<br>Saint Michael, MN 55376<br>(763) 497-3913<br>Denise.boock@jbgroup.com | James Ratcliff<br>Ratcliff Ranch<br>24631 South Highway 2<br>Vinita, OK 74301 | Lower Foods, Double L Meats<br>700 South 200 West<br>Richmond, Utah 84333 |
| New Angus, LLC – DemKota<br>P.O. Box 30260<br>Omaha, NE 68103-1360 | Paydayz Staffing Solutions, Inc.<br>10740 Lyndale Ave. S. #16E<br>Bloomington, MN 55420 | SSJR, LLC<br>1306 West Taylor<br>Cloquet, MN 55720 |
| Upper Iowa Beef, LLC<br>4614 Highway 63<br>Lime Springs, IA 52155 | UW Provision Co.<br>P.O. Box 620038<br>2315 Pleasant View Road<br>Middleton, WI 53562-0038 | Veritiv Corporation<br>Veritiv Operating Company<br>7472 Collection Center Drive<br>Chicago, IL 60693 |

3

| Parties Affected by this motion | | |
|---|---|---|
| Susan R. Ryan<br>1306 W Taylor Ave<br>Cloquet MN 55720 | SSJR, LLC, c/o<br>1306 W Taylor Ave<br>Cloquet MN 55720 | ,Arlyn Lomen,<br>827 Highlander Trail<br>Hudson, WI 54016 |
| Scott J. Sorensen<br>15 Scharte Dr.<br>Superior, WI 54880 | Shawn E. Sorensen<br>1a Scharte Dr.<br>Superior WI, 54880 | Upper Lakes Foods, Inc.<br>801 Industry Ave<br>Cloquet MN, 55720 |

4