**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-32928 (MER) |
| Rancher's Legacy Meat Company, | Chapter 11 |
| Debtor. | Objection Deadline: January 22, 2021 |
| | Hearing Date and Time: |
| | January 28, 2021 at 10:30 a.m. |

**NOTICE OF HEARING ON SIXTH INTERIM APPLICATION OF
BASSFORD REMELE, P.A. FOR ALLOWANCE OF FEES AND EXPENSES OF
COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM NOVEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

**TO:    The United States Trustee and other parties specified in Local Rule 9013-3.**

PLEASE TAKE NOTICE THAT this Application is scheduled for hearing on **Thursday, January 28, 2021 at 10:30 a.m.** before the Honorable Michael E. Ridgway, in Courtroom 7 West, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. The hearing may be held telephonically or otherwise as directed by the Court.

**PURSUANT TO LOCAL RULE 9006-1(c), ANY RESPONSE OR OBJECTION TO THIS APPLICATION MUST BE FILED WITH THE COURT BY FRIDAY, JANUARY 22, 2021, WHICH IS FIVE DAYS BEFORE THE TIME SET FOR THE HEARING.  A COPY MUST BE PROMPTLY SERVED UPON THE UNDERSIGNED.  FAILURE TO FILE A TIMELY RESPONSE MAY RESULT IN THE COURT GRANTING THE RELIEF REQUESTED HEREIN WITHOUT A HEARING.**

**SUMMARY OF SIXTH INTERIM APPLICATION OF
BASSFORD REMELE, P.A. FOR ALLOWANCE OF FEES AND EXPENSES AS
COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM NOVEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| | |
|---|---|
| Name of Applicant: | Bassford Remele, P.A. |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors of Rancher's Legacy Meat Company |
| Sixth Interim Fee Period: | November 1, 2020 through and including December 31, 2020 |
| Fees Requested for the Sixth Interim Period: | $12,155.00 |
| Expenses Requested for the Sixth Interim Period: | $1,259.05 |
| Total Amount Requested for the Sixth Interim Period: | $13,414.05 |
| Total Fees and Expenses Allowed Prior to Sixth Interim Application: | $112,941.65 |
| Total Fees and Expenses Paid to Date | $112,941.65 |
| Total Fees and Expenses Owed by Debtor Prior to this Application: | $0 |
| Total Fees and Expenses Owed by Debtor if Application is allowed in full: | $13,414.05 |
| Total Fees and Expenses Allowed by Court if Application is allowed in full: | $126,355.70 |

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

In re:                                              Bankruptcy Case No. 19-32928 (MER)

Rancher's Legacy Meat Company,                      Chapter 11

                              Debtor.

### NOTICE OF HEARING AND SIXTH INTERIM APPLICATION OF BASSFORD REMELE, P.A. FOR ALLOWANCE OF FEES AND EXPENSES OF COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 1, 2020 THROUGH DECEMBER 31, 2020

**TO:**   **The United States Trustee and other parties specified in Local Rule 9013-3.**

1.      Bassford Remele, P.A. ("Bassford" or the "Applicant") makes this application for allowance of legal fees and reimbursement of expenses (the "Application") for services performed as counsel for the Official Committee of Unsecured Creditors of Rancher's Legacy Meat Company (the "Committee"), and gives notice of hearing.

2.      A hearing on this Application will be held on **Thursday, January 28, 2021 at 10:30 a.m.**, before the Honorable Michael E. Ridgway, in Courtroom 7 West, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

3.      Pursuant to Local Rule 9006-1(c), any response to this Application must be filed and served not later than **Friday, January 22, 2021,** which is five days before the time set for the hearing (including Saturdays, Sundays, and holidays).  **UNLESS A RESPONSE OPPOSING THIS APPLICATION IS TIMELY FILED, THE COURT MAY APPROVE THE APPLICATION WITHOUT A HEARING.**

4.     This court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334, Rule 5005 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), and Local Rule 1070-1.

5.     This Application is filed pursuant to Bankruptcy Rule 2016 and Local Rule 2016-1, and arises under 11 U.S.C. §§ 328(a), 330, and 331. Bassford requests allowance of compensation for professional services rendered and for reimbursement of expenses. This is a core proceeding.

6.     The petition commencing this bankruptcy case was filed on September 20, 2019 (the "Petition Date").

7.     By Order dated October 15, 2019 (ECF No. 57), the Court authorized the Committee to employ Bassford as its chapter 11 counsel, *nunc pro tunc*, to October 2, 2019.  A copy of the order authorizing Bassford's employment is attached hereto as **Exhibit A**.

8.     Bassford has not received any retainer with respect to this case.

9.     This is Bassford's sixth application for interim compensation.  Bassford's prior applications were filed on November 27, 2019, April 9, 2020, July 8, 2020, October 6, 2020, and November 18, 2020 [ECF Nos. 95, 173, 253, 284, and 312] and approved by this Court on December 19, 2019, April 30, 2020, July 30, 2020, October 29, 2020, and December 10, 2020 [ECF Nos. 98, 198, 267, 302, and 319], respectively.  The amounts approved by the Court have been paid in full by the Debtor.

10.     Bassford believes that the Debtor is current in payment of ordinary operating expenses and any allowed administrative expenses, that any quarterly fees have been or will be paid as required to the United States Trustee, and that all monthly operating reports are being timely filed.  The Debtor and the Committee have filed a joint plan and disclosure statement.

2

## SUMMARY OF SERVICES PERFORMED BY BASSFORD AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

11.     By this Application, Bassford requests allowance of professional fees for services rendered between November 1, 2020 and December 31, 2020 (the "Sixth Interim Period"). The services rendered by Bassford during the Sixth Interim Period are detailed on the attached **Exhibit B**.

12.     As required by Local Rule 2016-1, the statements contained in Exhibit B contain (i) an itemization of time separated by task or proceeding, (ii) a detailed list and description of each increment of time expended on such task or proceeding, (iii) the name and capacity of the person who expended such time. **Bassford expended a total of 28.6 hours of combined attorney time for services rendered on behalf of the Committee during the Sixth Interim Period, and requests allowance of compensation in the amount of $12,155.00 in addition to expenses in the amount of $1,259.05, for a total claim of $13,414.05.**

## NARRATIVE REGARDING SERVICES PERFORMED BY BASSFORD

**Asset Analysis / Asset Disposition: Hours 0.4; Fees $170.00.**

13.     Bassford reviewed and analyzed monthly operating reports during the interim period for purposes of monitoring the value of the estate's assets.

| Attorney | Billing Rate | Hours Billed | Value |
|---|---|---|---|
| Jeffrey D. Klobucar | $425 | 0.4 | $170.00 |

**Fee / Employment Applications: Hours 2.5; Fees $1,062.50.**

14.     Bassford prepared and submitted its fifth interim fee application and assisted its co-counsel, Pachuski Stang Ziehl, & Jones with its second interim application.

| Attorney | Billing Rate | Hours Billed | Value |
|---|---|---|---|
| Jeffrey D. Klobucar | $425 | 2.5 | $1,062.50 |

3

**Other Contested Matters: Hours 25.7; Fees $10,922.50.**

15.      Bassford and the Committee engaged in continued briefing and analysis of issues related to the multiple appeals filed by James Ratcliff subsequent to the avoidance of his lien by the Bankruptcy Court related to both his motion for adequate protection and the motion for summary judgment in the Ratcliff adversary proceeding. Bassford was highly involved in the continued appellate strategy and the briefing process, working heavily with Debtor's counsel to that end, including the drafting of the supplemental brief requested by Judge Brasel in the appeal. Bassford worked with counsel preparing for oral argument on the appeal before Judge Brasel. Bassford attended depositions taken by Mr. Ratcliff's counsel related to Ratcliff's motion to convert the case.  Bassford also continued to review weekly cash reports.

| Attorney | Billing Rate | Hours Billed | Value |
|---|---|---|---|
| Jeffrey D. Klobucar | $425 | 24.6 | $10,455.00 |
| Mark R. Bradford | $425 | 1.10 | $467.50 |

16.      Bassford has taken steps to ensure that duplication, both internally, and with its co-counsel (Pachulski Stang Ziehl & Jones LLP), is avoided

17.      Bassford incurred actual costs and expenses on behalf of the Committee during the Sixth Interim Period in the amount of $731.90 related to service and printing expenses, in addition to $527.15 for deposition transcripts for purposes of the adversary litigation. Such itemized expenses are also set forth on Exhibit B.

18.      In total, Bassford seeks interim approval for fees in the amount of $12,155.00, and expenses in the amount of $1,259.05, for a total allowed claim of $13,414.05.

19.      All services performed by Bassford were necessary to the administration of this case and were beneficial toward the successful completion of this case at the time such services were rendered. The amount requested constitutes reasonable compensation for actual, necessary

4

services rendered by Bassford, based on the nature, extent, and value of such services, the time spent on such services, and the cost of comparable services other than in a case under Title 11 of the United States Code.

20.    All services for which Bassford requests compensation were performed on behalf of the Committee and not on behalf of any other person. Bassford has not entered into any agreement with any other party for the purpose of fixing fees or other compensation for services rendered or expenses incurred in excess of the compensation allowed by law

WHEREFORE, Bassford respectfully requests that the Court enter an order:

1.    Allowing Bassford interim compensation in the amount of $12,155.00 for reasonable attorney fees and $1,259.05 in reasonable expenses for a total allowed interim claim amount of $13,414.05;

2.    Directing the Debtor to pay forthwith to Bassford all sums allowed and unpaid representing the total fees and expenses sought herein; and

3.    Granting such other and further relief as is just and equitable.

Respectfully submitted,

**BASSFORD REMELE**
*A Professional Association*

Dated: January 7, 2021          By: */e/  Jeffrey D. Klobucar*
                                     Jeffrey D. Klobucar (#0389368)
                                     Patrick D. Newman (#0395864)
                                     100 South Fifth Street, Suite 1500
                                     Minneapolis, MN  55402
                                     jklobucar@bassford.com
                                     pnewman@bassford.com
                                     Telephone: (612) 333-3000
                                     Facsimile: (612) 333-8829
                                     ***Attorneys for the Official***
                                     ***Committee of Unsecured Creditors***

5

# EXHIBIT A

Case 19-32928    Doc 324    Filed 01/07/21    Entered 01/07/21 11:01:55    Desc Main
Document    Page 9 of 26

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

In re:                                          Bankruptcy Case No. 19-32928 (MER)

Rancher's Legacy Meat Company,                  Chapter 11

      Debtor.

---

### ORDER APPROVING APPLICATION TO EMPLOY BASSFORD REMELE, P.A. AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

---

This matter came before the Court on the Application of the Official Committee of Unsecured Creditors of Rancher's Legacy Meat Company (the "Committee") to employ Bassford Remele, P.A. as counsel, effective as of October 2, 2019. Upon consideration of the application; the Klobucar Declaration submitted in support of the Application; and the record,

**IT IS HEREBY ORDERED:**

1.     The application is **APPROVED**;

2.     Pursuant to 11 U.S.C. §§ 328(a) and 1103, the Committee is authorized to employ and to retain Bassford Remele, P.A., to serve as its counsel in the above-captioned case, effective retroactively as of October 2, 2019, and pursuant to the terms set forth in the Application;

3.     Bassford Remele, P.A. shall be compensated in accordance with the procedures set forth in 11 U.S.C. §§ 328, 330, and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, the U.S. Trustee guidelines, and any Order entered by this Court with respect to compensation of professionals, including that fee applications by Bassford Remele, P.A. may be heard on intervals of no less than every 30 days.

Dated: _____October 15, 2019_____

/e/ Michael E. Ridgway
_____
Michael E. Ridgway
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on **10/15/2019**
Lori Vosejpka, Clerk, By klk, Deputy Clerk

# EXHIBIT B

# Transactions Listing (Wide) Narrative in Color (Port)

Search for: 8993-1   Search by: Matter ID  Stage: WIP  Type: (all)

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended Amount |
|------|------|-----------|---------------------|-------|-------|-----------------|
| **Task Code: B120** | | | | | | |
| 11/20/2020 | JDK | 8993-1 / Official Committee of Unsecured Creditors In re: Rancher's Legacy Meat Company bankruptcy | T B120 | 0.20 | 425.0000 | 85.00 |
| | | Review and analyze October 2020 operating report. | | | | |
| 12/16/2020 | JDK | 8993-1 / Official Committee of Unsecured Creditors In re: Rancher's Legacy Meat Company bankruptcy | T B120 | 0.20 | 425.0000 | 85.00 |
| | | Review and analyze monthly operating report for November 2020. | | | | |
| | | Task Code: B120 | | 0.40 | | 170.00 |
| **Task Code: B160** | | | | | | |
| 11/16/2020 | JDK | 8993-1 / Official Committee of Unsecured Creditors In re: Rancher's Legacy Meat Company bankruptcy | T B160 | 0.10 | 425.0000 | 42.50 |
| | | Email exchanges with court and co-counsel regarding status of fee applications. | | | | |
| 11/17/2020 | JDK | 8993-1 / Official Committee of Unsecured Creditors In re: Rancher's Legacy Meat Company bankruptcy | T B160 | 0.80 | 425.0000 | 340.00 |
| | | Prepare Bassford fifth interim fee application. | | | | |
| 11/18/2020 | JDK | 8993-1 / Official Committee of Unsecured Creditors In re: Rancher's Legacy Meat Company bankruptcy | T B160 | 0.30 | 425.0000 | 127.50 |
| | | Finalize Bassford fifth interim fee application (0.1); email exchanges with co-counsel regarding second interim fee application (0.1); review and analyze same (0.1). | | | | |
| 11/25/2020 | JDK | 8993-1 / Official Committee of Unsecured Creditors In re: Rancher's Legacy Meat Company bankruptcy | T B160 | 0.10 | 425.0000 | 42.50 |
| | | Email exchange with co-counsel regarding status of second interim fee application. | | | | |
| 11/28/2020 | JDK | 8993-1 / Official Committee of Unsecured Creditors In re: Rancher's Legacy Meat Company bankruptcy | T B160 | 0.10 | 425.0000 | 42.50 |
| | | Email exchange with S. Golden regarding Pachulski second interim fee application. | | | | |

# Transactions Listing (Wide) Narrative in Color (Port)

Search for: 8993-1   Search by: Matter ID  Stage: WIP  Type: (all)

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended Amount |
|---|---|---|---|---|---|---|
| 12/1/2020 | JDK | 8993-1 / Official Committee of Unsecured Creditors In re: Rancher's Legacy Meat Company bankruptcy | T B160 | 0.60 | 425.0000 | 255.00 |
| | | Revise and edit Pachulski second interim fee application. | | | | |
| 12/2/2020 | JDK | 8993-1 / Official Committee of Unsecured Creditors In re: Rancher's Legacy Meat Company bankruptcy | T B160 | 0.20 | 425.0000 | 85.00 |
| | | Finalize Pachulski second interim fee application. | | | | |
| 12/27/2020 | JDK | 8993-1 / Official Committee of Unsecured Creditors In re: Rancher's Legacy Meat Company bankruptcy | T B160 | 0.30 | 425.0000 | 127.50 |
| | | Begin drafting Bassford sixth interim fee application. | | | | |
| | | Task Code: B160 | | 2.50 | | 1,062.50 |

**Task Code: B190**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended Amount |
|---|---|---|---|---|---|---|
| 11/1/2020 | JDK | 8993-1 / Official Committee of Unsecured Creditors In re: Rancher's Legacy Meat Company bankruptcy | T B190 | 0.90 | 425.0000 | 382.50 |
| | | Continued revisions of supplemental appellate response; email exchange with C. Lallier regarding same. | | | | |
| 11/2/2020 | JDK | 8993-1 / Official Committee of Unsecured Creditors In re: Rancher's Legacy Meat Company bankruptcy | T B190 | 3.20 | 425.0000 | 1,360.00 |
| | | Email exchange with C. Robinson regarding status of supplemental appellate pleading (0.1); email exchanges with counsel regarding status of evidentiary hearing and informal discovery related to same (0.2); continue drafting supplemental appellate brief (2.4); telephone conference with C. Lallier regarding same (0.5). | | | | |
| 11/3/2020 | JDK | 8993-1 / Official Committee of Unsecured Creditors In re: Rancher's Legacy Meat Company bankruptcy | T B190 | 4.40 | 425.0000 | 1,870.00 |
| | | Continue revisions to supplemental appellate brief (4.1); email exchanges with co-counsel regarding same (0.2); email exchange with M. Bradford regarding same (0.1); | | | | |
| 11/3/2020 | MRB | 8993-1 / Official Committee of Unsecured Creditors In re: Rancher's Legacy Meat Company bankruptcy | T B190 | 1.10 | 425.0000 | 467.50 |
| | | Review and revise sur-reply brief and correspond with J. Klobucar regarding suggested edits | | | | |

# Transactions Listing (Wide) Narrative in Color (Port)

Search for: 8993-1   Search by: Matter ID  Stage: WIP  Type: (all)

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended Amount |
|------|------|-----------|---------------------|-------|-------|-----------------|
| 11/4/2020 | JDK | 8993-1 / Official Committee of Unsecured Creditors<br>In re: Rancher's Legacy Meat Company bankruptcy | T<br>B190 | 0.40 | 425.0000 | 170.00 |
| | | Telephone conference with C. Lallier and C. Robinson regarding strategy for hearing on objection to fee application. | | | | |
| 11/5/2020 | JDK | 8993-1 / Official Committee of Unsecured Creditors<br>In re: Rancher's Legacy Meat Company bankruptcy | T<br>B190 | 0.80 | 425.0000 | 340.00 |
| | | Attend hearing on Ratcliff objections to fee applications (0.6); email exchanges with counsel regarding status of depositions and stipulation for dismissal (0.2). | | | | |
| 11/6/2020 | JDK | 8993-1 / Official Committee of Unsecured Creditors<br>In re: Rancher's Legacy Meat Company bankruptcy | T<br>B190 | 0.40 | 425.0000 | 170.00 |
| | | Email exchanges with counsel regarding status of dismissals (0.2); email exchanges with counsel regarding depositions (0.2). | | | | |
| 11/9/2020 | JDK | 8993-1 / Official Committee of Unsecured Creditors<br>In re: Rancher's Legacy Meat Company bankruptcy | T<br>B190 | 0.10 | 425.0000 | 42.50 |
| | | Email exchange with counsel regarding status of dismissals; review stipulation for dismissal filed with court. | | | | |
| 11/10/2020 | JDK | 8993-1 / Official Committee of Unsecured Creditors<br>In re: Rancher's Legacy Meat Company bankruptcy | T<br>B190 | 0.10 | 425.0000 | 42.50 |
| | | Review order dismissing adversary claims. | | | | |
| 11/17/2020 | JDK | 8993-1 / Official Committee of Unsecured Creditors<br>In re: Rancher's Legacy Meat Company bankruptcy | T<br>B190 | 0.70 | 425.0000 | 297.50 |
| | | Review and analyze Ratcliff appellate reply (0.5); email exchange with counsel regarding proposed depositions of Arlyn Lomen and Rod Peterson (0.2). | | | | |
| 11/25/2020 | JDK | 8993-1 / Official Committee of Unsecured Creditors<br>In re: Rancher's Legacy Meat Company bankruptcy | T<br>B190 | 0.10 | 425.0000 | 42.50 |
| | | Email exchange with co-counsel regarding strategy for oral argument on appeal. | | | | |
| 11/30/2020 | JDK | 8993-1 / Official Committee of Unsecured Creditors<br>In re: Rancher's Legacy Meat Company bankruptcy | T<br>B190 | 1.30 | 425.0000 | 552.50 |
| | | Email exchange with co-counsel regarding appellate argument strategy (0.1); telephone conference with C. Robinson and C. Lallier regarding same (1.0); telephone conference with C. Robinson regarding upcoming depositions (0.2). | | | | |

# Transactions Listing (Wide) Narrative in Color (Port)

Search for: 8993-1   Search by: Matter ID  Stage: WIP  Type: (all)

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended Amount |
|------|------|-----------|---------------------|-------|-------|-----------------|
| 12/1/2020 | JDK | 8993-1 / Official Committee of Unsecured Creditors<br>In re: Rancher's Legacy Meat Company bankruptcy | T<br>B190 | 1.30 | 425.0000 | 552.50 |

Prepare for and attend oral argument on remaining district court appellate matters (1.1); email exchanges with opposing counsel regarding documents for depositions on 12/3/20 (0.1); initial review of spreadsheets sent by C. Lallier regarding estate value and cash flow for depositions (0.1).

| 12/2/2020 | JDK | 8993-1 / Official Committee of Unsecured Creditors<br>In re: Rancher's Legacy Meat Company bankruptcy | T<br>B190 | 1.50 | 425.0000 | 637.50 |

Email exchanges with counsel regarding information related to depositions on 12-3-20 (0.2); review and analyze proposed deposition exhibits sent by K. Edstrom (0.3); email exchange with K. Edstrom regarding attendance at same (0.1); telephone conference with C. Lallier regarding same and analysis of proposed exhibits (0.9).

| 12/3/2020 | JDK | 8993-1 / Official Committee of Unsecured Creditors<br>In re: Rancher's Legacy Meat Company bankruptcy | T<br>B190 | 5.30 | 425.0000 | 2,252.50 |

Prepare for and attend depositions of Arlyn Lomen and Rod Peterson.

| 12/4/2020 | JDK | 8993-1 / Official Committee of Unsecured Creditors<br>In re: Rancher's Legacy Meat Company bankruptcy | T<br>B190 | 0.90 | 425.0000 | 382.50 |

Telephone conference with C. Lallier regarding results of deposition of Lommen and Peterson and strategy for evidentiary hearing (0.7); email exchange with C. Robinson regarding same (0.2).

| 12/7/2020 | JDK | 8993-1 / Official Committee of Unsecured Creditors<br>In re: Rancher's Legacy Meat Company bankruptcy | T<br>B190 | 0.20 | 425.0000 | 85.00 |

Email exchange with court and counsel regarding status of evidentiary hearing; review order regarding same (0.1); email exchange with C. Lallier regarding same (0.1).

| 12/8/2020 | JDK | 8993-1 / Official Committee of Unsecured Creditors<br>In re: Rancher's Legacy Meat Company bankruptcy | T<br>B190 | 0.20 | 425.0000 | 85.00 |

Email exchange and telephone conference with C. Lallier regarding status of exhibit and witness lists for evidentiary hearing.

| 12/10/2020 | JDK | 8993-1 / Official Committee of Unsecured Creditors<br>In re: Rancher's Legacy Meat Company bankruptcy | T<br>B190 | 1.10 | 425.0000 | 467.50 |

Email exchange with counsel regarding settlement call (0.1); participate in same with all counsel (0.3); telephone conference with co-counsel and Debtor's counsel regarding same (0.3); reivew and analyze email settlement offer from K. Edstrom (0.4).

# Transactions Listing (Wide) Narrative in Color (Port)

Search for: 8993-1   Search by: Matter ID  Stage: WIP  Type: (all)

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended Amount |
|------|------|-----------|---------------------|-------|-------|-----------------|
| 12/15/2020 | JDK | 8993-1 / Official Committee of Unsecured Creditors In re: Rancher's Legacy Meat Company bankruptcy | T B190 | 0.60 | 425.0000 | 255.00 |
| | | Email exchange with co-counsel and Debtor's counsel regarding settlement offer (0.1); review and analyze updated net proceeds analysis provided by Debtor's counsel (0.5). | | | | |
| 12/16/2020 | JDK | 8993-1 / Official Committee of Unsecured Creditors In re: Rancher's Legacy Meat Company bankruptcy | T B190 | 0.80 | 425.0000 | 340.00 |
| | | Email exchange with counsel regarding status of settlement proceeds and new proceeds analysis (0.1); telephone conference with counsel regarding same (0.7). | | | | |
| 12/23/2020 | JDK | 8993-1 / Official Committee of Unsecured Creditors In re: Rancher's Legacy Meat Company bankruptcy | T B190 | 0.30 | 425.0000 | 127.50 |
| | | Email exchanges with counsel regarding potential settlement agreement. | | | | |
| | | Task Code: B190 | | 25.70 | | 10,922.50 |

**Task Code: E108**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended Amount |
|------|------|-----------|---------------------|-------|-------|-----------------|
| 11/19/2020 | OS | 8993-1 / Official Committee of Unsecured Creditors In re: Rancher's Legacy Meat Company bankruptcy | E108 E108 | 1.00 | 77.5000 | 77.50 |
| | | Postage; | | | | |
| 12/4/2020 | OS | 8993-1 / Official Committee of Unsecured Creditors In re: Rancher's Legacy Meat Company bankruptcy | E108 E108 | 1.00 | 81.9000 | 81.90 |
| | | Postage; | | | | |
| | | Task Code: E108 | | 2.00 | | 159.40 |

**Task Code: E112**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended Amount |
|------|------|-----------|---------------------|-------|-------|-----------------|
| 11/16/2020 | | 8993-1 / Official Committee of Unsecured Creditors In re: Rancher's Legacy Meat Company bankruptcy | E112 E112 | 1.00 | 527.1500 | 527.15 |
| | | Benchmark Reporting Agency, Inc.; Certified Transcript - S Ryan 4/8/20 | | | | |
| | | Task Code: E112 | | 1.00 | | 527.15 |

# Transactions Listing (Wide) Narrative in Color (Port)

Search for: 8993-1   Search by: Matter ID  Stage: WIP  Type: (all)

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended Amount |
|------|------|-----------|--------------------|-------|-------|-----------------|
| **Task Code: E133** | | | | | | |
| 11/17/2020 | OS | 8993-1 / Official Committee of Unsecured Creditors In re: Rancher's Legacy Meat Company bankruptcy | E133 E133 | 768.00 | 0.2500 | 192.00 |
| | | Printing (BW); 768 pages, Mass Mailing | | | | |
| 12/2/2020 | OS | 8993-1 / Official Committee of Unsecured Creditors In re: Rancher's Legacy Meat Company bankruptcy | E133 E133 | 1,522.00 | 0.2500 | 380.50 |
| | | Printing (BW); 1,522 pages, Mass Mailing | | | | |
| | | | Task Code: E133 | 2,290.00 | | 572.50 |
| | | | Grand Total | 2,321.60 | | 13,414.05 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-32928 (MER) |
| Rancher's Legacy Meat Company, | Chapter 11 |
| Debtor. | |

## VERIFICATION

I, Jeffrey D. Klobucar, a partner with the law firm of Bassford Remele, P.A., the Applicant, declare, under penalty of perjury that the factual components of the foregoing Application are true and correct to the best of my information, knowledge, and belief.

Dated: January 7, 2021                    By: */e/ Jeffrey D. Klobucar*
                                                    Jeffrey D. Klobucar (MN #0389368)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                              Bankruptcy Case No. 19-32928 (MER)

Rancher's Legacy Meat Company,                      Chapter 11

                    Debtor.

## DECLARATION FOR PROOF OF SERVICE

I, Jeffrey D. Klobucar, an attorney licensed to practice law in this Court, with an office address of 100 South Fifth Street, Suite 1500, Minneapolis, MN 55402, declare that on or before January 7, 2021, pursuant to Local Rule 9013-3, I caused the following documents:

- **Notice of Hearing and Sixth Interim Application of Bassford Remele, P.A. for Allowance of Fees and Expenses of Counsel for the Official Committee of Unsecured Creditors for the Period from November 1, 2020 and December 31, 2020 with Exhibits A and B;**
- **Verification;**
- **Declaration for Proof of Service; and**
- **Proposed Order,**

to be served and filed electronically with the Clerk of the Bankruptcy Court through ECF, and that ECF will send an e-notice of the electronic filing to all parties registered to receive electronic service.

I further declare that in accordance with Local Rule 9013-3, I caused a copy of the foregoing documents to be mailed to the following non-ECF participants by enclosing in an envelope and mailing by First Class Mail with postage prepaid:

Office of the U.S. Attorney                MN Department of Revenue
600 U.S. Courthouse                        Collection Enforcement
300 South Fourth Street                    551 Bankruptcy Section
Minneapolis, MN 55415                      600 North Robert Street
                                           St. Paul, MN 55101-2228


ASC Meyners Inc.                           Ben E. Keith – General Office
5140 Palm Valley Road                      7600 Will Rogers Blvd.
Ponte Vedra Beach, FL 32082                Fort Worth, TX 76140

Compart Family Farms, Inc.
45198 400th Street
Nicollet, MN 56074

Empirical Foods, Inc.
d/b/a NVM
Distribution LLC NV
891 Two Rivers Drive
Dakota Dunes, SD 57049

Great Plains Beef LLC
P.O. Box 82545
Lincoln, NE 68501

Green Bay Packaging, Inc.
Bin No. 53139
Milwaukee, WI 53288

J&B Partners Inc.
P.O. Box 212
13200 43rd St. NE
Saint Michael, MN 55376

Dept. of Employment Economic Dev
332 Minnesota St., Suite E200
St. Paul, MN 55101-1349

James A. Ratcliff
Ratcliff Ranch
24631 South Highway 2
Vinita, OK 74301

Lower Foods
Double L. Meats
Richmond, UT 84333

New Angus, LLC – DemKota
P.O. Box 30260
Omaha, NE 68103-1360

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346

Paydayz Staffing Solutions, Inc.
10740 Lyndale Ave. S. #16E
Bloomington, MN 55420

SSJR, LLC
1306 West Taylor
Cloquet, MN 55720

MN Department of Revenue
551 Bankruptcy Section
P.O. Box 64447
St. Paul, MN 55164-0447

MN Unemployment Insurance
Dept. of Employment & Economic
332 Minnesota Street, #E200
St. Paul, MN 55101-1351

Upper Iowa Beef, LLC
4614 Highway 63
Lime Springs, IA 52155

Upper Iowa Beef
c/o Barton L. Seebach, Esq.
Story, Schoeberl & Seebach LLP
126 N Elm St., P.O. Box 89
Cresco, IA 52136

Veritiv Corporation
Veritiv Operating Company
7472 Collection Center Drive
Chicago, IL 60693

UW Provision Co.
P.O. Box 620038
2315 Pleasant View Road
Middleton, WI 53562-0038

2

I further declare that in accordance with Fed. R. Bankr. P. 2002(a)(6) and Local Rule 2016-1, I caused the following documents:

- **Notice of Hearing and Sixth Interim Application of Bassford Remele, P.A. for Allowance of Fees and Expenses of Counsel for the Official Committee of Unsecured Creditors for the Period from November 1, 2020 and December 31, 2020 and Summary Sheet;**

to be mailed to the non-ECF participants set forth on Exhibit A by enclosing in an envelope and mailed by First Class Mail with postage prepaid.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: January 7, 2021                    By: */e/ Jeffrey D. Klobucar*_____
                                          Jeffrey D. Klobucar (MN #0389368)

3

# EXHIBIT A

**Empirical Foods Inc.**
**950 Willow Drive**
**Dakota Dunes, SD 57049-5171**

**Ben E. Keith Company**
**7650 Will Rogers Blvd.**
**Fort Worth, TX 76140-6022**

**Checkers Drive-In Restaurants, Inc.**
**c/o Glenn D. Moses**
**100 SE 2 St., Suite 4400**
**Miami, FL 33131-2118**

**Great Western Bank**
**225 S. Main Ave.**
**Sioux Falls, SD 57104-6309**

**Foley & Mansfield, PLLP**
**250 Marquette Avenue, Ste. 1200**
**Minneapolis, MN 55401-1874**

**Great Plains Beef LLC**
**PO Box 82545**
**Lincoln, NE 68501-2545**

**Kloster Collateral Resources**
**606 25th Ave S, #104**
**St. Cloud, MN 56301-4810**

**J & B Group**
**Attn. Denise Boock**
**13200 43rd St. NE**
**St. Michael, MN 55376-8420**

**J & B Partners**
**13200 43rd St. NE**
**St. Michael, MN 55376-8420**

**Rancher's Legacy Meat Co.**
**4301 White Bear Parkway**
**Vadnais Heights, MN 55110-3677**

**Platinum Management LLC**
**12301 Whitewater Drive, Suite 10**
**Minnetonka, MN 55343-4157**

**200 Warren E. Berger**
**Federal Building and US Courthouse**
**316 N Robert St.**
**St. Paul, MN 55101-1465**

**Upper Iowa Beef LLC**
**4614 Hwy 63**
**Circle Springs, IA 52155-8134**

**Upper Lakes Foods, Inc.**
**c/o Seilerschindel, PLLC**
**5901 Cedar Lake Road**
**Minneapolis, MN 55416-1488**

**AmeriPride Services, Inc.**
**PO Box 518**
**Bemidji, MN 56619-0518**

**44 Farms Angus Steaks**
**101 N Houston Ave.**
**Cameron, TX 76520-3322**

**ASC Meyners Inc.**
**5140 Palm Valley Road**
**Ponte Vedra Beach, FL 32082-4646**

**Barton L. Seebach**
**15534 403rd Avenue**
**Canton, MN 55922-1306**

**AstroNova Inc.**
**600 East Greenwich Avenue**
**West Warwick, RI 02893-7526**

**Award Staffing**
**PO Box 160**
**Minneapolis, MN 55440-0160**

**Blue-Grace Logistics LLC**
**2846 S. Falkenberg Rd.**
**Riverview, FL 33578-2563**

**Ben E. Keith – General Office**
**7600 Will Rogers Blvd.**
**Fort Worth, TX 76140-6022**

**Ben E. Keith Company**
**PO Box 2628**
**Fort Worth, TX 76113-2628**

**City of Vadnais Heights**
**800 East County Road E**
**Vadnais Heights, MN 55127-7117**

**CH Robinson Worldwide Inc.**
**Attn. Bankruptcy Team Bill Glad**
**14701 Charlson Road**
**Suite 2400**
**Eden Prairie, MN 55347-5093**

**Checkers – Rally's**
**4300 West Cypress Street**
**Tampa, FL 33607-4159**

**Cloverdale Foods Company**
**PO Box 75072**
**Chicago, IL 60675-5072**

**Comcast – Xfinity**
**PO Box 34227**
**Seattle, WA 98124-1227**

**Compart Family Farms, Inc.**
45198 400th Street
Nicollet, MN 56074-4300

**Connexus Energy**
PO Box 1808
Minneapolis, MN 55480-1808

**Creekstone Farms & Premium Bee**
604 Goff Industrial Park
Arkansas City, KS 67005-8880

**Curtis D. Fredin**
c/o John O'Brien
Spencer Fane LLP
1700 Lincoln St., Ste. 200
Denver, CO 80203-4554

**DTS Inc.**
9401 James Avenue S.
Suite 120
Bloomington, MN 55431-2549

**Dalco Enterprises, Inc.**
PO Box 64777
St. Paul, MN 55164-0777

**Euler Hermes N.A.**
Agent for England Logistics Inc.
800 Red Brook Blvd.
Owings Mills, MD 21117-5173

**Ecolab Pest Elim. Div.**
26252 Network Place
Chicago, IL 60673-1262

**Empirical Foods, Inc.**
dba NVM Distribution LLC NV
891 Two Rivers Drive
Dakota Dunes, SD 57049-5391

**FedEx Corporate Services Inc.**
3965 Airways Blvd.
Module G, 3rd Floor
Memphis, TN 38116-5017

**Frattallones Hardware – Woodbury Inc.**
1203 West County Road E
Arden Hills, MN 55112-3738

**Fidelity Bank Cardmember Service**
PO Box 790408
Saint Louis, MO 63179-0408

**Foodservice News**
2808 Anthony Lane South
Minneapolis, MN 55418-3234

**Great Plains Beef LLC**
4851 N 84th St.
Lincoln, NE 68507-9700

**Great Plains Beef LLC**
Attn: Don Straight
PO Box 82545
Lincoln, NE 68501-2545

**Green Bay Packaging, Inc.**
1700 Webster Court
Green Bay, WI 54302-1196

**Green Bay Packaging, Inc.**
Bin NO. 53139
Milwaukee, WI 53288-0001

**Innovative Office Solutions**
PO Box 860627
Minneapolis, MN 55486-0627

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101-7346

**Ivy Farms Inc.**
PO Box 6
Rush City, MN 55069-0006

**J&B Group**
PO Box 860408
Minneapolis, MN 55486-0408

**James A. Ratcliff**
Ratcliff Ranch
24645 S. Highway 2
Vinita, OK 74301-5252

**James L. Ratcliff**
PO Box 402
Vinita, OK 74301-0402

**James L. Ratcliff as trustee**
4301 White Bear Parkway
Vadnais Heights, MN 55110-3677

**Jeffrey K. Fredin**
c/o John O'Brien
Spencer Fane LLP
1700 Lincoln St., Ste. 2000
Denver, CO 80203-4554

**Kristin K. Beilke**
33 E. Main St., Ste. 500
Madison, WI 53703-2287

**Lower Foods**
Double L Meats
700 South 200 West
Richmond, UT 84333-1209

**Lower Foods**
Double L Meats
Richmond, UT 84333

**Midwest Refrigerated Transport**
PO Box 770
Elkhorn, WI 53121-0770

**Mytech Partners, Inc.**
300 2nd St. NW
New Brighton, MN 55112-3242

Provisur Technologies
24558 Network Place
Chicago IL 60673-1245

Quality Forklift Sales & Svc
587 Citation Drive
Shakopee MN 55379-1888

(c)RATCLIFF RANCH
24645 S HIGHWAY 2
VINITA OK 74301-5252

Refrigerated Transport, Inc.
PO Box 6008
Arlington TX 76005-6008

Rome LTD
PO Box 186
Sheldon IA 51201-0186

Royal Foods, Inc.
PO Box 270165
Golden Valley MN 55427-6165

SSJR, LLC
1306 West Taylor
Cloquet MN 55720-1396

Sysco New Mexico, LLC
601 Comanche North East
Albuquerque NM 87107-4103

Team Personnel Service, Inc.
259 University Ave West
Saint Paul MN 55103-3002

Thousand Hills
12925 Prosperity Avenue
Becker MN 55308-8875

Thousand Hills Lifetime Grazed
12925 Prosperity Avenue
Becker, MN 55308-8875

Trademark Transportation, Inc.
PO Box 64963
Saint Paul MN 55164-0963

U.S. Bank NA Dba Elan Financial Services
Bankruptcy Department
PO Box 108
St. Louis MO 63166-0108

Uline
PO Box 88741
Chicago IL 60680-1741

UMC Equipment, LLC
827 Highlander Trail
Hudson WI 54016-7970

US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415-3070

UW Provision Co.
PO Box 620038
2315 Pleasant View Road
Middleton WI 53562-5524

UW Provision Co. c/o Murphy Desmond
S.C. / Attn: Kristin K.
P.O. Box 2038
Madison, WI 53701-2038

New Angus, LLC
dba DemKota Ranch Beef
13 135th St. SW
Aberdeen, SD 57401-8685

New Angus, LLC - DemKota
13 - 135th Street SW
Aberdeen, SD 57401-8685

Nelson Jameson Inc.
2400 E 5th St
Marshfield, WI 54449-4661

Nextera Communications
PO Box 2945
Baxter MN 56425-6645

Ochsner Partnership
Attn: Todd Ochsner
13350 379th Avenue
Aberdeen, SD 57401-8683

New Angus, LLC - DemKota
PO Box 30260
Omaha NE 68103-1360

Paydayz Staffing Solutions Inc.
10740 Lyndale Ave. South, #16E
Bloomington MN 55420-5605

Pioneer Meats, LLC
915 E. Maple Road
Birmingham MI 48009-6410

(p)OCSHNER PARTNERSHIP
ATTN TODD OCSHNER
13350 379TH AVENUE
ABERDEEN SD 57401-8683

Pro Cleaning Brother's Service
5441 N 4th Street
Brooklyn Center MN 55430-3202

Professional Driven Solutions
Attn: Debi S. Hood, CEO
120 S. Wilson, Suite A
Vinita OK 74301-3730

Pohl Food Service
510 Kasota Avenue
Minneapolis MN 55414-2811

**Uline Shipping Supplies**
**12575 Uline Dr**
**Pleasant Prairie WI 53158-3686**

**Unipro Food Service**
**2500 Cumberland Pkwy SE #600**
**Atlanta GA 30339-3924**

**United Staffing Group, LLC**
**5501 Lakeland Avenue**
**Crystal, MN 55429-3186**

**Upper Iowa Beef, LLC**
**4614 Highway 63**
**Lime Springs IA 52155-8134**

**Upper Lake Foods, Inc.**
**c/o SeilerSchindel, PLLC**
**5901 Cedar Lake Road**
**Minneapolis MN 55416-1488**

**Upper Lakes Foods**
**801 Industry Ave.**
**Cloquet MN 55720-1635**

**Upper Lakes Foods, Inc.**
**c/o Cedar Lake Road**
**Minneapolis MN 55416-1488**

**Verativ Operating Co. Inc.**
**Terry Denardo**
**850 N. Arlington Hts Rd.**
**Itasca IL 60143-1411**

**Veritiv Corporation**
**1000 Abernathy Road NE**
**Building 400, Ste. 1700**
**Atlanta GA 30328-5614**

**Veritiv Corporation**
**Veritiv Operating Company**
**7472 Collection Center Drive**
**Chicago IL 60693-0001**

**White Bear Township**
**1281 Hammond Rd.**
**White Bear Township MN 55110-5898**

**Winnesota Regional Trans. Inc.**
**10100 Crosstown Circle**
**Eden Prairie MN 55344-4518**

**Xcel Energy**
**PO Box 9477**
**Minneapolis MN 55484-9477**

**Cameron A. Lallier**
**Foley & Mansfield PLLP**
**250 Marquette Avenue, Suite 1200**
**Minneapolis MN 55401-1874**

**James Ratcliff**
**First national Bank of Vinita**
**102 W Illinois Avenue**
**Vinita OK 74301-3262**

**Thomas Lallier**
**Foley & Mansfield PLLP**
**250 Marquette Avenue, Suite 1200**
**Minneapolis MN 55401-1874**

**J&B Partners**
**13200 43rd St NE**
**St. Michael MN 55376**

**C. H. Robinson Worldwide, Inc.**
**PO Box 9121**
**Minneapolis MN 55480-9121**

**C.H. Robinson Worldwide, Inc.**
**14701 Charlson Road**
**Eden Prairie MN 55347**

**J&B Partners Inc.**
**PO Box 212**
**13200 43rd St NE**
**Saint Michael MN 55376**

**Ocshner Partnership**
**Attn: Tdd Ocshner**
**13350 – 379th Avenue**
**Aberdeen SD 57401**

**James A. Ratcliff**
**Ratcliff Ranch**
**24631 South Highway 2**
**Vinita OK 74301**

**Ratcliff Ranch**
**24631 South Highway 2**
**Vinita OK 74301**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-32928 (MER) |
| Rancher's Legacy Meat Company, | Chapter 11 |
| Debtor. | |

## ORDER APPROVING SIXTH INTERIM APPLICATION OF BASSFORD REMELE, P.A. FOR ALLOWANCE OF FEES AND EXPENSES OF COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 1, 2020 THROUGH DECEMBER 31, 2020

This matter came before the Court on the Application of Bassford Remele, P.A. ("Bassford"), as counsel for the Official Committee of Unsecured Creditors, for allowance of interim compensation and reimbursement of expenses. Based on the application, the record, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED:**

1.    Bassford's application is **APPROVED**;

2.    Bassford's attorney fees and expenses in the amount of $13,414.05 are allowed with respect to the period covered by its Sixth Interim Application, comprised of fees in the amount of $12,155.00 in addition to expenses in the amount of $1,259.05;

3.    The Debtor is authorized to pay Bassford its allowed fees and expenses; and

4.    This Order shall be effective immediately.

BY THE COURT:

Dated: _____        _____
Michael E. Ridgway
United States Bankruptcy Court Judge