## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>Rancher's Legacy Meat Co.,<br><br>Debtor. | Case No.: 19-32928-MER<br>Chapter 11 Case |

### NOTICE OF HEARING AND FIFTH INTERIM APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES OF PLATINUM MANAGEMENT, LLC, FINANCIAL CONSULTANT AND ADVISOR FOR THE DEBTOR

TO:    The United States Trustee and all parties in interest as specified in Local Rule 9013-3

1.    Platinum Management, LLC ("Applicant") makes this Application for allowance of fees and reimbursement of expenses for services performed by Applicant as financial consultant and advisor for the Debtor Rancher's Legacy Meat Co. (the "Debtor") and gives notice of hearing herewith.

2.    The Court will hold a hearing on this Application on **Thursday, January 28, 2021 at 10:30 a.m.** or as soon thereafter as counsel may be heard, before the Honorable Michael E. Ridgway, Courtroom 7W, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

3.    Any response to this Application must be filed and delivered to the Applicant no later than **Friday, January 22, 2021**, which is five days before the time set for the hearing (including Saturdays, Sundays and holidays). **UNLESS A RESPONSE OPPOSING THE APPLICATION IS TIMELY FILED, THE COURT MAY APPROVE THE APPLICATION WITHOUT A HEARING.**

4.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334, Bankruptcy Rule 5005 and Local Rule 1070-1. This Application is filed under Bankruptcy Rule 2016 and Local Rule 2016-1.  This Application arises under 11 U.S.C. §§ 328(a), 330 and 331. Applicant requests allowance of compensation for professional services rendered and for reimbursement of expenses. This is a core proceeding. The petition commencing this chapter 11 bankruptcy case was filed on September 20, 2019 (the "Petition Date").

5.      The Committee was appointed by the Office of the United States Trustee on September 27, 2019. Currently, the Committee is comprised of the following members: Upper Iowa Beef, LLC, J&B Partners, Empirical Foods, Inc., Ben E. Keith Company, and Great Plains Beef LLC. The Committee has elected Bart Seebach of Upper Iowa Beef LLC as Acting Chairperson of the Committee.

6.      By Order dated October 15, 2019, Applicant was authorized by the Court to represent the Debtor. A copy of the Order approving Applicant's retention is attached to this Application as **Exhibit A**.

7.      The terms of the employment and compensation sought therefore are as set forth in the Application to Employ Platinum Management, LLC [Docket #16].

8.      Applicant received a pre-petition retainer in the amount of $7,500.00 which has been applied to pre-petition fees and expenses of the Applicant.

9.      By Order dated February 13, 2020 [Docket # 148], Debtor was authorized to remit payment in the full amount requested in Applicant's First Interim Application covering services provided to the Debtor from October 1, 2019 through January 17, 2020. A copy of that Order is attached to this Application as **Exhibit B**.

2

10.     By Order dated April 23, 2020 [Docket # 182], Debtor was authorized to remit payment in the full amount requested in Applicant's Second Interim Application covering services provided to the Debtor from January 20, 2020 through March 27, 2020. A copy of that Order is attached to this Application as **Exhibit C**.

11.     By Order dated August 13, 2020 [Docket # 273], Debtor was authorized to remit payment in the full amount requested in Applicant's Third Interim Application covering services provided to the Debtor from March 28, 2020 through July 17, 2020. A copy of that Order is attached to this Application as **Exhibit D**.

12.     By Order dated November 5, 2020 [Docket # 307], Debtor was authorized to remit payment in the full amount requested in Applicant's Fourth Interim Application covering services provided to the Debtor from July 18, 2020 through September 21, 2020. A copy of that Order is attached to this Application as **Exhibit E**.

13.     As of the date of this Application, no plan of reorganization has been confirmed in this chapter 11 bankruptcy case.

14.     Applicant believes that Debtor is current in payment of ordinary operating expenses and any allowed administrative expenses, that any quarterly fees have been or will be paid as required by the United States Trustee, and that all monthly operating reports are being timely filed.

## **RELIEF REQUESTED**

15.     By this Application, Applicant requests allowance of all fees and expenses for services rendered between September 22, 2020 and continuing through January 1, 2021 (the "Application Period") in the amount of $**35,119.00**.

16.     The services rendered by Applicant during the Application Period are detailed on the attached **Exhibit F**.

1856348 V1

17.     All services for which compensation is requested by Applicant were performed for and on behalf of the Debtor and the bankruptcy estate, and not on behalf of the Committee, any individual creditor or other person.

18.     The amount requested herein constitutes reasonable compensation for actual and necessary services rendered by Applicant based on the nature of such services, the extent and the value of such services, the time spent on such services, and the cost of comparable services other than in a case under Title 11.

19.     Applicant has not entered into any agreement, express or implied, with any other party in interest, including the Committee, any creditor, receiver, trustee, or any representative of any of them, or with any attorneys for such party-in-interest in the proceedings for the purpose of fixing fees or other compensation to be paid to such party-in-interest in the proceedings for services rendered or expenses incurred from the assets of the estate in excess of the compensation allowed by law.

**WHEREFORE**, Platinum Management, LLC respectfully requests that the Court enter an Order:

A.     Allowing Platinum Management, LLC compensation in the amount of **$35,119.00** for services rendered for the period September 22, 2020 through January 1, 2021; and

B.     Authorizing Debtor's bankruptcy estate to pay Platinum Management, LLC the fees and expenses allowed herein; and

C.     Granting such other and further relief as may be just and proper.

4

Dated: January 7, 2021                    **PLATINUM MANAGEMENT, LLC**

                                          BY: _____
                                              Patrick Brennan

                                          ***Financial Consultant and Advisor for the Debtor***

Prepared with assistance by:

Dated: January 7, 2021                    **FOLEY & MANSFIELD, PLLP**

                                          BY: /e/ Cameron A. Lallier
                                              Thomas J. Lallier (MN #163041)
                                              Cameron A. Lallier (MN #393213)
                                              250 Marquette Avenue, Suite 1200
                                              Minneapolis, MN  55401
                                              Telephone:   (612) 338-8788

                                          ***Attorneys for the Debtor***


## VERIFICATION

I, Patrick Brennan, an authorized representative of Platinum Management, LLC, declare

under penalty of perjury that the foregoing is true and correct to the best of my knowledge,

information, and belief.

Executed on: January 7, 2021              Signed: _____
                                                  Patrick Brennan

1855824 V1

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | |
| | Case No.:  19-32928-MER |
| Rancher's Legacy Meat Co., | |
| Debtor. | |

## ORDER APPOINTING PLATINUM MANAGEMENT, LLC AS FINANCIAL CONSULTANT AND ADVISOR FOR THE DEBTOR

This matter came before the Court on the application of Rancher's Legacy Meat Co. ("Debtor") herein for an order authorizing the retention of Platinum Management, LLC to serve as financial consultants and advisors to the Debtor in this case.

The Court being satisfied that Platinum Management, LLC represents no interest adverse to the Debtor, that employment of said professional is necessary and in the best interest of the estate:

**IT IS ORDERED**, that the Debtor is authorized to employ Platinum Management LLC on the terms specified in the application, effective September 20, 2019.

**IT IS FURTHER ORDERED**, Platinum Management LLC may file fee applications on 90-day intervals from the commencement of the case.

Dated: _October 15, 2019_

*/e/ Michael E. Ridgway*
_____
Hon. Michael E. Ridgway
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on **10/15/2019**
Lori Vosejpka, Clerk, By klk, Deputy Clerk

1

Exhibit A

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>Rancher's Legacy Meat Co.,<br><br>          Debtor. | Case No.:  19-32928-MER<br>Chapter 11 Case |

### ORDER ALLOWING FEES & EXPENSES OF PLATINUM MANAGEMENT, LLC

This matter came before the Court on the First Interim Application for Allowance of Fees and Expenses of Platinum Management, LLC, Financial Consultant and Advisor for the Debtor, from October 1, 2019 through January 17, 2020. Appearances were noted in the record. Based on the submissions of Applicant and the documents of record herein,

**IT IS HEREBY ORDERED**;

1.      Platinum Management, LLC's fees incurred between October 1, 2019 through January 17, 2020, in the amount of **$103,277.50**, are hereby allowed; and

2.      Debtor's bankruptcy estate is authorized to pay Platinum Management, LLC the fees and expenses allowed herein.

Dated: February 13, 2020

*/e/ Michael E. Ridgway*
_____
Hon. Michael E. Ridgway
Chief Judge of the United States Bankruptcy Court

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *02/13/2020*
Lori Vosejpka, Clerk, by MJS

1323146 V1

Exhibit B

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| In Re: | |
|--------|--------|
| Rancher's Legacy Meat Co., | Case No.:  19-32928-MER |
| Debtor. | Chapter 11 Case |

## ORDER ALLOWING FEES & EXPENSES OF PLATINUM MANAGEMENT, LLC

This matter came before the Court on the Second Interim Application for Allowance of Fees and Expenses of Platinum Management, LLC, Financial Consultant and Advisor for the Debtor, from January 20, 2020 through March 27, 2020. Appearances were noted in the record. Based on the submissions of Applicant and the documents of record herein,

**IT IS HEREBY ORDERED**;

1.      Platinum Management, LLC's fees incurred between January 20, 2020 through March 27, 2020, in the amount of **$66,960.00**, are hereby allowed; and

2.      Debtor's bankruptcy estate is authorized to pay Platinum Management, LLC the fees and expenses allowed herein.

Dated: April  23, 2020

*/e/ Michael E. Ridgway*
Hon. Michael E. Ridgway
Chief Judge of the United States Bankruptcy Court

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/23/2020*
Lori Vosejpka, Clerk, by MJS

1430727 V1

**Exhibit C**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>Rancher's Legacy Meat Co.,<br><br>          Debtor. | Case No.:  19-32928-MER<br>Chapter 11 Case |

## ORDER ALLOWING FEES & EXPENSES OF PLATINUM MANAGEMENT, LLC

This matter came before the Court on the Third Interim Application for Allowance of Fees and Expenses of Platinum Management, LLC, Financial Consultant and Advisor for the Debtor, from March 28, 2020 through July 17, 2020. Appearances were noted in the record. Based on the submissions of Applicant and the documents of record herein,

**IT IS HEREBY ORDERED**;

1.      Platinum Management, LLC's fees and expenses incurred between March 28, 2020 through July 17, 2020, in the amount of **$102,626.50**, are hereby allowed; and

2.      Debtor's bankruptcy estate is authorized to pay Platinum Management, LLC the fees and expenses allowed herein.

Dated:    *August 13, 2020*

*/e/ Michael E. Ridgway*
_____
Hon. Michael E. Ridgway
Chief Judge of the United States Bankruptcy Court

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *08/13/2020*
Lori Vosejpka, Clerk, by MJS

1562009 V1

**Exhibit D**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>Rancher's Legacy Meat Co.,<br><br>          Debtor. | Case No.:  19-32928-MER<br>Chapter 11 Case |

## ORDER ALLOWING FEES & EXPENSES OF PLATINUM MANAGEMENT, LLC

This matter came before the Court on the Fourth Interim Application for Allowance of Fees and Expenses of Platinum Management, LLC, Financial Consultant and Advisor for the Debtor, from July 18, 2020 through September 21, 2020. Appearances were noted in the record. Based on the submissions of Applicant and the documents of record herein,

**IT IS HEREBY ORDERED**;

1.  Platinum Management, LLC's fees and expenses incurred between July 18, 2020 through September 21, 2020, in the amount of **$127,002.87**, are hereby allowed; and

2.  Debtor's bankruptcy estate is authorized to pay Platinum Management, LLC the fees and expenses allowed herein.

Dated: *November 5, 2020*

*/e/ Michael E. Ridgway*

Hon. Michael E. Ridgway
Chief Judge of the United States Bankruptcy Court

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 11/05/2020
Lori Vosejpka, Clerk, by MJS

1767987 V1

**Exhibit E**

| | Rod | Pat | Faith | Total |
|---|---|---|---|---|
| 9/25/2020 | 1,855.00 | 2,135.00 | 810.00 | 4,800.00 |
| 10/2/2020 | 2,625.00 | 2,625.00 | 324.00 | 5,574.00 |
| 10/9/2020 | 525.00 | 1,645.00 | 1,579.50 | 3,749.50 |
| 10/16/2020 | 2,520.00 | 805.00 | 270.00 | 3,595.00 |
| 10/23/2020 | 1,960.00 | 1,295.00 | 256.50 | 3,511.50 |
| 10/30/2020 | 175.00 | 945.00 | 432.00 | 1,552.00 |
| 11/6/2020 | 490.00 | 420.00 | 378.00 | 1,288.00 |
| 11/13/2020 | 105.00 | 175.00 | 67.50 | 347.50 |
| 11/20/2020 | 2,275.00 | 280.00 | 162.00 | 2,717.00 |
| 11/27/2020 | 420.00 | 175.00 | 135.00 | 730.00 |
| 12/4/2020 | 2,415.00 | 525.00 | 94.50 | 3,034.50 |
| 12/11/2020 | 175.00 | 1,435.00 | 135.00 | 1,745.00 |
| 12/18/2020 | 945.00 | 140.00 | 67.50 | 1,152.50 |
| 12/25/2020 | - | - | - | - |
| 1/1/2020 | - | 1,120.00 | 202.50 | 1,322.50 |
| Subtotal Hours | 16,485.00 | 13,720.00 | 4,914.00 | 35,119.00 |

**Exhibit F**

**Ranchers Legacy**
**Hours Billed**
**For the Week Ending**    **9/25/2020**

| Date | Topic | Description | Rod Hours | Pat Hours | Faith Hours |
|------|-------|-------------|-----------|-----------|-------------|
| 9/21/2020 | Post Close | received and reviewed closing statement received from Cam. Saved same on shared drive | | | 0.3 |
| 9/21/2020 | Banking | Called treasury to check on incoming wires, update spreadsheet and emailed update to team | | | 0.50 |
| 9/21/2020 | Banking | second call to Choice for detailed list including names of senders. Emailed updated sheet to team | | | 0.50 |
| 9/21/2020 | admin | volley emails between Cam and myself. Discussing detail on wires | | | 0.20 |
| 9/21/2020 | Banking | calls w/treasury and cash mgt dept regarding online access | | | 0.30 |
| 9/22/2020 | Banking | Call w/Tracy Cote of Choice to arrange conf call w/cash mgt | | | 0.30 |
| 9/22/2020 | admin | Rod forwarded email from Kevin Doyle of Choice w/incoming wire confirmations. Saved each to shared drive/Choice bank file | | | 0.40 |
| 9/22/2020 | Banking | conference call with Cathryn Reed and Tracy Cota for online banking training. Reviewed reporting, wires, ACH and various search features and daily limits | | | 1.00 |
| 9/23/2020 | Post Close | Prepare and update adjustment analysis for working capital changes to the closing price. | 1.50 | | |
| 9/23/2020 | admin | emails between Rod, Pat, myself re: agenda for weekly meeting | | | 0.20 |
| 9/23/2020 | Post Close Items | Review and create closing activities checklist, calls with counsel regarding engagement agreement, approve reimbursment of collected funds for sold A/R to Newco. | 1.80 | 2.10 | |
| 9/24/2020 | Post Close Items | Revise list, review with Rod and Faith; review with counsel and RLM. | 2.00 | 2.20 | |
| 9/24/2020 | Post Close Items | Call with Cody of Hayes re DOL and commercial coverage, call w/Cam Lallier and e-mail Hayes regarding cancellation issue.  Confirm 9-25-20 check run. | | 1.80 | |
| 9/24/2020 | post close | weekly conf call w/team | | | 0.50 |
| 9/24/2020 | post close | call w/Pat re: time and rate for Faith, discuss ordering of check stock and status of TCF account | | | 0.30 |
| 9/24/2020 | admin | email to Arlyn regarding access to TCF account | | | 0.20 |
| 9/24/2020 | Banking | Online w/Deluxe to order checks. | | | 1.30 |
| | | total hours | 5.30 | 6.10 | 6.00 |
| | | Hourly rate | 350.00 | 350.00 | 135.00 |
| | | $ amount billed | 1,855.00 | 2,135.00 | 810.00 |

**Exhibit F**

**Ranchers Legacy**
**Hours Billed**
**For the Week Ending      10/2/2020**

| Date | Topic | Description | Rod Hours | Pat Hours | Faith Hours |
|------|-------|-------------|-----------|-----------|-------------|
| 9/26/2020 | Asset Distribution | Review distribution summary prepared by Debtor's Council. | 0.50 | 0.30 | |
| 9/28/2020 | Asset Distribution | Update asset distribution summary provided by Debtor's Council. | 0.70 | 0.30 | |
| 9/28/2020 | Task List | Update completed task list | | 0.50 | |
| 9/28/2020 | Admin | responded to email received from Suzy Full of Ranchers for access to TCF account. Compose second email to Pat & Rod regarding setting one of them up w/access | | | 0.3 |
| 9/28/2020 | Admin | Review A/R collections received at TCF and approved disbursment. | | 0.30 | |
| 9/29/2020 | Admin | received TCF credentials for access. Tested access, navigated features. | | | 0.5 |
| 9/29/2020 | Admin | call w/Pat regarding TCF. Downloaded register and emailed to Pat | | | 0.4 |
| 9/29/2020 | Admin | Review TCF Account and request outstanding check register | | 0.40 | |
| 9/29/2020 | Asset Distribution | Prepare analysis that compares the 363 net sale proceeds to the liquidation analysis per the questions presented by Ratcliff council (NC 0.7 hours). | 4.30 | | |
| 9/30/2020 | Admin | Review AP payment requests and set protocol for review and approval. Review liquidation analysis and Ratcliff dispute issues.  Review DOL and purchase coverage. | 1.60 | 2.30 | |
| 9/30/2020 | Admin | Call w/ counsel and RLM to review activities list. | 0.40 | 0.40 | |
| 9/30/2020 | Admin | received invoice from Platinum for w/e 9/25. entered same to QB | | | 0.3 |
| 9/30/2020 | Admin | Confirmed receipt of checks from Deluxe at Platinum and entered Deluxe incvoice to QB | | | 0.3 |
| 9/30/2020 | Admin | responded to Pat's request to email TCF activity to him. | | | 0.3 |
| 10/1/2020 | 363 Sale | Complete liquidation analysis comparison to sale and explain variance | | 1.50 | |
| 10/1/2020 | Admin | Coordinate and communicate disbursement process, review and approve disbursements. | | 1.20 | |
| 10/2/2020 | Admin | Communicate regarding disbursement process and controls | | 0.30 | |
| 10/2/2020 | Admin | Review TCF account online, download and saved 10/2 list of checks/ACH's cleared. | | | 0.3 |
| | | total hours | 7.50 | 7.50 | 2.40 |
| | | Hourly rate | 350.00 | 350.00 | 135.00 |
| | | $ amount billed | 2,625.00 | 2,625.00 | 324.00 |

**Exhibit F**

**Ranchers Legacy**
**Hours Billed**
**For the Week Ending**    10/9/2020

| Date | Topic | Description | Rod Hours | Pat Hours | Faith Hours |
|------|-------|-------------|-----------|-----------|-------------|
| 10/5/2020 | Admin | Online to TCF download morning statement. | | | 0.3 |
| 10/5/2020 | Admin | Created check register to track TCF disbursements | | | 0.5 |
| 10/5/2020 | Admin | Emailed team to see if Ranchers had a 10/5 check run, expecting weekly runs | | | 0.3 |
| 10/5/2020 | Admin | Reconciled Ranchers Choice bank account | | | 0.3 |
| 10/5/2020 | Admin | Call with RLM staff to review disbursement process | 0.40 | 0.40 | 0.4 |
| 10/5/2020 | Admin | Created TCF bank register in QB | | | 2 |
| 10/5/2020 | Admin | Review emails received from Arlyn, print invoice copies and saved same on shared drive. Emailed report to team | | | 1 |
| 10/6/2020 | Admin | Downloaded TCF activity and updated excel spreadsheet | | | 0.7 |
| 10/6/2020 | Admin | Review check run analysis and related documents prepared by Faith | 0.60 | | |
| 10/7/2020 | Admin | respond to emails | | | 0.2 |
| 10/7/2020 | Admin | Set up database to track post close disbursement activity | | 3.20 | |
| 10/7/2020 | Admin | Updated spreadsheet with additional details requested by team | | | 0.5 |
| 10/7/2020 | Admin | Reviewed second post close check run, many questions, may need co check register. Emailed Pat with concerns | | | 0.5 |
| 10/7/2020 | Admin | Downloaded daily bank activity and updated excel sheets. Emailed updated sheet to team. | | | 0.7 |
| 10/7/2020 | Admin | Review bank activity prepared by Faith. | 0.50 | | |
| 10/8/2020 | Admin | Meeting w/Pat to review file mgt and reporting procedures | | 0.60 | 0.6 |
| 10/8/2020 | Admin | received email from Suzy, forwarded to Pat | | | 0.1 |
| 10/9/2020 | Admin | Review daily banking and reporting activity | | 0.50 | |
| | | Called w/TCF online banking to research options for printing check copies | | | 1.2 |
| 10/9/2020 | Admin | Download daily check runs starting w/Sept 21. Saved each check copy into daily folders on shared drive | | | 1.8 |
| 10/9/2020 | Admin | email to team letting everyone know of copies | | | 0.1 |
| 10/9/2020 | Admin | updated daily transactions, saved to shared drive and emailed updated sheet to team | | | 0.5 |
| | | total hours | 1.50 | 4.70 | 11.70 |
| | | Hourly rate | 350.00 | 350.00 | 135.00 |
| | | $ amount billed | 525.00 | 1,645.00 | 1,579.50 |

**Exhibit F**

**Ranchers Legacy**
**Hours Billed**
**For the Week Ending** 10/16/2020

| Date | Topic | Description | Rod Hours | Pat Hours | Faith Hours |
|---|---|---|---|---|---|
| 10/12/2020 | Admin | Review and approve 10/12/20 check run and customer payments sent to RLM but owed to Newco, review bank activity. | 0.60 | 1.50 | |
| 10/12/2020 | Admin | checked online to see if anything cleared over the weekend. Found zero and nothing today as it's a banking holiday | | | 0.2 |
| 10/13/2020 | Admin | Review and approve stop payment and payment replacement with wires. | | 0.30 | |
| 10/13/2020 | Admin | online w/TCF. Downloaded and saved daily register to shared drive. Updated spreadsheet. Emailed both to team | | | 0.5 |
| 10/13/2020 | Financial Reporting | Review period 5, 9/19/2020 financials; update report to the Trustee; Analyze fincial reports to the closing documents and cash transfer.\ | 3.70 | | |
| 10/14/2020 | Admin | online w/TCF. Downloaded and saved daily register to shared drive. Updated spreadsheet. Emailed both to team | | | 0.5 |
| 10/14/2020 | Financial Reporting | Review and analyze closing purchase price with actual figures and financial reports. | 1.70 | | |
| 10/15/2020 | Admin | Review TCF statement activity | | 0.50 | |
| 10/15/2020 | Admin | Created filing system in Platinum office for TCF and Choice bank activity, and AP. Updated QB with invoices for w/e 9/25, 10/2, and 10/9 | | | 0.8 |
| 10/16/2020 | Financial Reporting | review 9/19/2020 trial balance (revised) and compare to earlier versions and the purchase price. | 1.20 | | |

| | | | Rod | Pat | Faith |
|---|---|---|---|---|---|
| | | total hours | 7.20 | 2.30 | 2.00 |
| | | Hourly rate | 350.00 | 350.00 | 135.00 |
| | | $ amount billed | 2,520.00 | 805.00 | 270.00 |

**Exhibit F**

**Ranchers Legacy**
**Hours Billed**
**For the Week Ending**      **10/23/2020**

| Date | Topic | Description | Rod Hours | Pat Hours | Faith Hours |
|------|-------|-------------|-----------|-----------|-------------|
| 10/19/2020 | Admin | Online to update TCF check register for Friday 10.16. Downloaded check copies and updated excel worksheets. Emailed updated reports to team | | | 0.5 |
| 10/19/2020 | Admin | Review TCF acitvity, approve payments | | 0.30 | |
| 10/19/2020 | Admin | Online to update TCF check register for Monday10.19. Downloaded check copies and updated excel worksheets. Emailed updated reports to team | | | 0.7 |
| 10/19/2020 | Financial Review | Compare the A/R and Inventory against the APA exhibit, trial balance, internal financials and Trustee reports submitted to the court (NC 1.0 hours). | 5.60 | | |
| 10/20/2020 | Financial Review | Review closing schedule reconciliation of A/R and Inventory | | 2.10 | |
| 10/21/2020 | Admin | Online to update TCF check register for Tuesday 10.20 and 10.21. Downloaded check copies and updated excel worksheets. Emailed updated reports to team | | | 0.7 |
| 10/22/2020 | Financial Review | Review and send A/P expense allocation sheet to RLM | | 1.30 | |
| total hours | | | 5.60 | 3.70 | 1.90 |
| Hourly rate | | | 350.00 | 350.00 | 135.00 |
| $ amount billed | | | 1,960.00 | 1,295.00 | 256.50 |

**Exhibit F**

**Ranchers Legacy**
**Hours Billed**
**For the Week Ending**      10/30/2020

| Date | Topic | Description | Rod Hours | Pat Hours | Faith Hours |
|------|-------|-------------|-----------|-----------|-------------|
| 10/26/2020 | Admin | Online to update TCF check register for Thursday 10.22 and Friday 10.23. Downloaded check copies and updated excel worksheets. Emailed updated reports to team | | | 1 |
| 10/26/2020 | Admin | Review updated check register. | 0.20 | | |
| 10/27/2020 | Admin | Received call from Henningson Snoxell regarding incoming wire. Confirmed banking info w/Carol. Composed email to team regarding same | | | 0.5 |
| 10/27/2020 | Admin | respond to email from Cam re: another incoming wire | | | 0.2 |
| 10/28/2020 | Admin | online to Bremer to check activity, zereo for 10/28 | | | 0.2 |
| 10/28/2020 | Admin | Review updated closing due to - due from list and update due diligence requests, review TCF bank acciunt activity, approve disbursements | | 2.70 | |
| 10/28/2020 | Admin | online to Choice to confirm incoming 20k wire. Print screen for email to team | | | 0.3 |
| 10/29/2020 | Admin | Online to update TCF check register for Tuesday 10.27 and Thursday 10.29. There was no activity for 10.28 Downloaded check copies and updated excel worksheets. Emailed updated reports to team | | | 0.5 |
| 10/29/2020 | Admin | Review updated check register. | 0.30 | | |
| 10/29/2020 | Admin | Online to Choice to check on second 20k wire. Received. Download activity, saved on shared drive and emailed team | | | 0.3 |
| 10/30/2020 | Admin | Online to check acct. No daily activity yet | | | 0.2 |
| | | total hours | 0.50 | 2.70 | 3.20 |
| | | Hourly rate | 350.00 | 350.00 | 135.00 |
| | | $ amount billed | 175.00 | 945.00 | 432.00 |

**Exhibit F**

**Ranchers Legacy**
**Hours Billed**
**For the Week Ending**        **11/6/2020**

| Date | Topic | Description | Rod Hours | Pat Hours | Faith Hours |
|------|-------|-------------|-----------|-----------|-------------|
| 11/2/2020 | Admin | Online to check weekend and todays (Monday) activity. Updated register and downloaded and saved activity on shared drive. Emailed team update. | | | 0.7 |
| 11/2/2020 | Admin | Review updated checking account activity. | 0.20 | | |
| 11/2/2020 | Admin | respond to Arvins email request for Choice bank activity. Online to Choice, Downloaded and emailed same to Arvin | | | 0.5 |
| 11/3/2020 | Admin | Online to check todays (Tuesday) activity. No activity. Emailed team update. | | | 0.2 |
| 11/3/2020 | Legal | Review Ratcliff objection to Financial Advisor fees (NC 1.5 hours). | - | | |
| 11/5/2020 | Admin | Online to check yesterdays and todays (Wednesday & Thursday) activity. No activity. Emailed team update. | | | 0.2 |
| 11/5/2020 | Admin | Review/Update disbursement registers | | 1.20 | |
| 11/5/2020 | 363 Sale | Review and update closing cash proceeds; update final cash proceeds with additional detail (NC 1.0 hours). | 1.00 | | |
| 11/5/2020 | Admin | Received email from Pat, please send Arvin banking info for Platium. Created instruction sheet, saved in Ranchers and emailed Arvin | | | 0.5 |
| 11/6/2020 | Admin | Online to check todays (Friday) activity. Saved court approved docs on shared drive and up[dated spreadsheet. Emailed team update. | | | 0.7 |
| 11/6/2020 | Admin | Review updated checking account activity. | 0.20 | | |
| | | total hours | 1.40 | 1.20 | 2.80 |
| | | Hourly rate | 350.00 | 350.00 | 135.00 |
| | | $ amount billed | 490.00 | 420.00 | 378.00 |

**Exhibit F**

**Ranchers Legacy**
**Hours Billed**
**For the Week Ending**    **11/13/2020**

| Date | Topic | Description | Rod Hours | Pat Hours | Faith Hours |
|---|---|---|---|---|---|
| 11/9/2020 | Admin | Online to check weekend and todays (Monday) activity. Updated register and downloaded and saved activity on shared drive. Emailed team update. | | | 0.5 |
| 11/10/2020 | Admin | Review cash and check run activity. | 0.30 | | |
| 11/11/2020 | Admin | Review disbursment register | | 0.50 | |
| | | total hours | 0.30 | 0.50 | 0.50 |
| | | Hourly rate | 350.00 | 350.00 | 135.00 |
| | | $ amount billed | 105.00 | 175.00 | 67.50 |

**Exhibit F**

**Ranchers Legacy**
**Hours Billed**
**For the Week Ending     11/20/2020**

| Date | Topic | Description | Rod Hours | Pat Hours | Faith Hours |
|------|-------|-------------|-----------|-----------|-------------|
| 11/16/2020 | Financial Review | Review Period 6, month ending October 24, 2020 financials; update financial model andassets/cash remaining in the estate; Analyze operating results and compare pro-forma splits between the original RLM and what will be assumed by the Newco. | 2.20 | | 0 |
| 11/16/2020 | Admin | Update excel spreadsheet of TCF bank account for Friday 11.13 and Monday 11.16. Download daily bank reports and saved check copies on shared drive Emailed team | | | 0.7 |
| 11/17/2020 | Financial Review | Review the Period 6 (10/24/2020) financials; compare results to bank activity and 363 sale cash movements; create list of open questions for Arlyn L. (NC 1.0 hours). | 2.50 | | |
| 11/17/2020 | Admin | Updated daily excel sheet for TCF bank. Emailed team | | | 0.5 |
| 11/18/2020 | Admin | Review bank statements per Faith's update. | 0.20 | | |
| 11/19/2020 | Financial Review | Review and update financial model with answers provided by Arlyn L. | 1.60 | | |
| 11/20/2020 | Financial Review | Review PPP loan forgiveness.  Review TCF account activity for the week ending 11/20/20. | | 0.80 | |

| | | | | | |
|---|---|---|---|---|---|
| | | total hours | 6.50 | 0.80 | 1.20 |
| | | Hourly rate | 350.00 | 350.00 | 135.00 |
| | | $ amount billed | 2,275.00 | 280.00 | 162.00 |

**Exhibit F**

**Ranchers Legacy**
**Hours Billed**
**For the Week Ending      11/27/2020**

| Date | Topic | Description | Rod Hours | Pat Hours | Faith Hours |
|------|-------|-------------|-----------|-----------|-------------|
| 11/23/2020 | admin | Update TCF check register, email to team | | | 0.5 |
| 11/24/2020 | Deposition | Review email and related documents in preparation for the 12/3/2020 deposition. | 1.20 | 0.50 | |
| 11/24/2020 | admin | Update TCF check register, email to team | | | 0.5 |
| | | total hours | 1.20 | 0.50 | 1.00 |
| | | Hourly rate | 350.00 | 350.00 | 135.00 |
| | | $ amount billed | 420.00 | 175.00 | 135.00 |

**Exhibit F**

**Ranchers Legacy**
**Hours Billed**
**For the Week Ending      12/4/2020**

| Date | Topic | Description | Rod Hours | Pat Hours | Faith Hours |
|------|-------|-------------|-----------|-----------|-------------|
| 11/30/2020 | Deposition | Telephone conference with Cameron L. and Pat B. regarding deposition timing, process and related documents for the 12/3/2020 deposition. | 0.70 | 0.70 | |
| 11/30/2020 | admin | Updated TCF check register with Nov 25,26,27,28,29,30. downloaded daily statements to shared file and emailed team with updates | | | 0.7 |
| 12/2/2020 | Deposition | Review deposition documents provided by C. Lallier. | 1.50 | | |
| 12/3/2020 | Deposition | Review deposition documents provided by C. Lallier. | 1.70 | | |
| 12/3/2020 | Deposition | Telephone conference deposition. | 3.00 | | |
| 12/4/2020 | Admin | Review Due to Due From Analysis | | 0.80 | |

| | | | | | |
|------|-------|-------------|-----------|-----------|-------------|
| | | total hours | 6.90 | 1.50 | 0.70 |
| | | Hourly rate | 350.00 | 350.00 | 135.00 |
| | | $ amount billed | 2,415.00 | 525.00 | 94.50 |

**Exhibit F**

**Ranchers Legacy**
**Hours Billed**
**For the Week Ending       12/11/2020**

| Date | Topic | Description | Rod Hours | Pat Hours | Faith Hours |
|------|-------|-------------|-----------|-----------|-------------|
| 12/10/2020 | Financial Review | Review support for cash disbursements | | 2.10 | |
| 12/11/2020 | admin | Updated check register with Dec 3rd through Dec 11. Downloaded and saved daily bank registers and emailed team with weekly update | | | 1 |
| 12/11/2020 | Financial Review | Prepare cash forecast for review as foundation for settlement discussions with Radcliff, call w/ Arlyn | | 1.50 | |
| 12/11/2020 | Financial Review | Review cash forecast with counsel | 0.50 | 0.50 | |

| | | | Rod | Pat | Faith |
|------|--|--|-----------|-----------|-------------|
| total hours | | | 0.50 | 4.10 | 1.00 |
| Hourly rate | | | 350.00 | 350.00 | 135.00 |
| $ amount billed | | | 175.00 | 1,435.00 | 135.00 |

**Exhibit F**

**Ranchers Legacy**
**Hours Billed**
**For the Week Ending**    **12/18/2020**

| Date | Topic | Description | Rod Hours | Pat Hours | Faith Hours |
|------|-------|-------------|-----------|-----------|-------------|
| 12/15/2020 | Financial | Review period ending 11/21/2020 financials. | 0.70 | | |
| 12/15/2020 | admin | Updated check register with Dec 12th through Dec 15. Downloaded and saved daily bank registers and emailed team with  update | | | 0.5 |
| 12/16/2020 | Financial | Review period ending 11/21/2020 financials; update financial model with November 2020 financials. | 0.80 | | |
| 12/16/2020 | Admin | Review bank account activity, send Choice bank statement to counsel | | 0.40 | |
| 12/17/2020 | Financial | Revise liquidation analysis for historic periods. | 1.20 | | |

| | | | | | |
|---|---|---|---|---|---|
| | | total hours | 2.70 | 0.40 | 0.50 |
| | | Hourly rate | 350.00 | 350.00 | 135.00 |
| | | $ amount billed | 945.00 | 140.00 | 67.50 |

**Exhibit F**

**Ranchers Legacy**
**Hours Billed**
**For the Week Ending**    **12/25/2020**

| Date | Topic | Description | Rod Hours | Pat Hours | Faith Hours |
|---|---|---|---|---|---|
| total hours | | | - | - | - |
| Hourly rate | | | 350.00 | 350.00 | 135.00 |
| $ amount billed | | | - | - | - |

**Exhibit F**

**Ranchers Legacy**
**Hours Billed**
**For the Week Ending**       **1/1/2021**

| Date | Topic | Description | Rod Hours | Pat Hours | Faith Hours |
|------|-------|-------------|-----------|-----------|-------------|
| 12/27/2020 | admin | updated TCF excel check register, 12/16-12/27. Downloaded daily statemnents. Emailed team with updates. | | | 1 |
| 12/29/2020 | admin | updated TCF excel check register, 12/28 & 12/29. Downloaded daily statemnents. Emailed team with updates. | | | 0.5 |
| 12/29/2021 | admin | Complete Due To - Due From analysis for RLM vs Newco | | 3.20 | |

| | | | | | |
|------|-------|-------------|-----------|-----------|-------------|
| | | total hours | - | 3.20 | 1.50 |
| | | Hourly rate | 350.00 | 350.00 | 135.00 |
| | | $ amount billed | - | 1,120.00 | 202.50 |

**Exhibit F**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>Rancher's Legacy Meat Co.,<br><br>                Debtor. | Case No.:  19-32928-MER<br>Chapter 11 Case |

## ORDER ALLOWING FEES & EXPENSES OF PLATINUM MANAGEMENT, LLC

This matter came before the Court on the Fifth Interim Application for Allowance of Fees and Expenses of Platinum Management, LLC, Financial Consultant and Advisor for the Debtor, from September 22, 2020 through January 1, 2021. Appearances were noted in the record. Based on the submissions of Applicant and the documents of record herein,

**IT IS HEREBY ORDERED**;

1.    Platinum Management, LLC's fees and expenses incurred between September 22, 2020 through January 1, 2021, in the amount of **$35,119.00**, are hereby allowed; and

2.    Debtor's bankruptcy estate is authorized to pay Platinum Management, LLC the fees and expenses allowed herein.

Dated: January __, 2021

_____
Hon. Michael E. Ridgway
Chief Judge of the United States Bankruptcy Court

1856348 V1